# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| *In Re James River Group Holdings, Ltd. Securities Litigation* | 3:21-cv-00444-MHL<br><br>**Declaration of Susan Reagan Gittes In Support of Defendants' Motion to Dismiss the Amended Complaint** |

I, Susan Reagan Gittes, declare as follows:

1.      I am a partner with Debevoise & Plimpton LLP, counsel to Defendants, James River Group Holdings, Ltd. ("James River"), Robert P. Myron, J. Adam Abram, Frank N. D'Orazio, and Sarah C. Doran.  I am admitted *pro hac vice* for the above-captioned matter.

2.      I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint ("AC").

3.      Attached hereto are true and correct copies of the following documents.

4.      Attached as **Exhibit 1** is a true and correct copy of James River's press release announcing its fourth quarter and year-end 2018 financial results, dated February 21, 2019.

5.      Attached as **Exhibit 2** is a true and correct excerpt of James River's Form 10-K for the 2018 fiscal year, dated February 27, 2019.

1

6.      Attached as **Exhibit 3** is a true and correct copy of James River's press release announcing its financial results for the first quarter of 2019, dated May 1, 2019.

7.      Attached as **Exhibit 4** is a true and correct copy of James River's Form 10-Q dated May 3, 2019.

8.      Attached as **Exhibit 5** is a true and correct copy of James River's press release announcing its financial results for the second quarter of 2019, dated July 31, 2019.

9.      Attached as **Exhibit 6** is a true and correct copy of James River's Form 10-Q dated August 2, 2019.

10.     Attached as **Exhibit 7** is a true and correct copy of James River's press release announcing its financial results for the third quarter of 2019, dated November 6, 2019.

11.     Attached as **Exhibit 8** is a true and correct copy of James River's Form 10-Q dated November 7, 2019.

12.     Attached as **Exhibit 9** is a true and correct copy of James River's press release announcing its fourth-quarter and year-end financial results for 2019, dated February 20, 2020.

13.     Attached as **Exhibit 10** is a true and correct excerpt of James River's Form 10-K for the 2019 fiscal year, dated February 27, 2020.

14. Attached as **Exhibit 11** is a true and correct copy of James River's press release announcing its financial results for the first quarter of 2020, dated April 29, 2020.

15. Attached as **Exhibit 12** is a true and correct copy of James River's Form 10-Q dated April 30, 2020.

16. Attached as **Exhibit 13** is a true and correct copy of James River's press release announcing its financial results for the second quarter of 2020, dated July 29, 2020.

17. Attached as **Exhibit 14** is a true and correct copy of James River's Form 10-Q dated July 31, 2020.

18. Attached as **Exhibit 15** is a true and correct copy of James River's press release announcing its financial results for the third quarter of 2020, dated October 28, 2020.

19. Attached as **Exhibit 16** is a true and correct copy of James River's Form 10-Q dated October 29, 2020.

20. Attached as **Exhibit 17** is a true and correct copy of James River's press release announcing its fourth-quarter and year-end financial results for 2020, dated February 17, 2021.

21. Attached as **Exhibit 18** is a true and correct excerpt of James River's Form 10-K for the 2020 fiscal year, dated February 26, 2021.

22.     Attached as **Exhibit 19** is a true and correct copy of James River's Form 10-Q dated May 5, 2021.

23.     Attached as **Exhibit 20** is a true and correct copy of James River's press release announcing its financial results for the first quarter of 2021, dated May 5, 2021.

24.     Attached as **Exhibit 21** is a true and correct copy of James River's press release announcing its financial results for the second quarter of 2021, dated August 4, 2021.

25.     Attached as **Exhibit 22** is a true and correct copy of its Form 10-Q dated August 5, 2021.

26.     Attached as **Exhibit 23** is a true and correct copy of its Form 8-K dated September 30, 2021.

27.     Attached as **Exhibit 24** is a true and correct copy of James River's press release announcing its financial results for the third quarter of 2021, dated October 26, 2021.

28.     Attached as **Exhibit 25** is a true and correct copy of a transcript of James River's call with investors dated February 22, 2019.

29.     Attached as **Exhibit 26** is a true and correct copy of a transcript of James River's call with investors dated May 2, 2019.

30.     Attached as **Exhibit 27** is a true and correct copy of a transcript of

James River's call with investors dated November 7, 2019.

31.   Attached as **Exhibit 28** is a true and correct copy of a transcript of James River's call with investors dated February 21, 2020.

32.   Attached as **Exhibit 29** is a true and correct copy of a transcript of James River's call with investors dated April 30, 2020.

33.   Attached as **Exhibit 30** is a true and correct copy of a transcript of James River's call with investors dated February 26, 2021.

34.   Attached as **Exhibit 31** is a true and correct copy of a transcript of James River's call with investors dated May 5, 2021.

35.   Attached as **Exhibit 32** is a true and correct copy of a transcript of James River's call with investors dated August 5, 2021.

36.   Attached as **Exhibit 33** is a true and correct copy of a transcript of James River's call with investors dated November 3, 2021.

37.   Attached as **Exhibit 34** is a true and correct copy of a report from the investment bank JMP Securities dated May 1, 2019.

38.   Attached as Exhibit **35** is a true and correct copy of a report from the investment bank SunTrust Robinson Humphrey dated November 7, 2019.

39.   Attached as **Exhibit 36** is a true and correct copy of a report from the investment bank UBS dated October 26, 2021.

40.   Attached as **Exhibit 37** is a true and correct excerpt of the 2021 Audit

5

& Accounting Guide released by the American Institute of Certified Public Accountants ("AICPA").

41.    Attached as **Exhibit 38** is a true and correct copy of James River's stock prices for the week of September 27, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
       January 18, 2022

Susan Reagan Gittes
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorney for Defendants*