# EXHIBIT 35

**CHANGING ESTIMATES**
November 7, 2019

# James River Group Holdings, Ltd. (JRVR)



**SUNTRUST ROBINSON HUMPHREY**

# 3Q Results – Raising Estimates, Reiterate Hold

## Hold

**Price Target: $40.00**
*Prior: $40.00*

| | |
|---|---|
| Price (Nov. 6, 2019) | $35.74 |
| 52-Wk Range | $52.12-$34.59 |
| Market Cap ($M) | $1,086 |
| ADTV | 155,176 |
| Shares Out (M) | 30.4 |
| Short Interest Ratio/% Of Float | 2.2% |
| Dividend/Yield | $1.70/4.8% |
| TR to Target | 16.7% |
| Enterprise Value ($M) | $1,032.6 |

| | |
|---|---|
| Cash And Equivalents ($M) | $256.3 |
| Total Debt ($M) | $202.4 |

### What's Incremental To Our View

We are increasing our 2019 EPS estimate to $1.35 from $1.15 and our 2020 forecast to $2.00 from $1.35, both boosted by higher investment income, while the 2020 number also benefits from lower assumed corporate costs (a difference of $0.30 versus our prior model). Though we believe the company's core E&S business is very attractive, we also see elevated risk of further development in the Uber reserves, particularly given the broader volatility in the commercial auto line, especially for asset-light operators. Our price target of $40 assumes the company trades at 20x earnings (Figure 1).

- **James River reported a 3Q adjusted net loss of $0.83 per share, influenced** by previously-announced reserve development of $50 million from its large Uber (UBER, Buy, Youssef Squali) client – set to be non-renewed at year-end – along with $8 million in the Casualty Reinsurance segment (our estimate was a loss of $0.92). Total revenue of $232 million was above our prior forecast of $228 million.Net investment income of $18 million was $1 million better than our model.Pretax income would have been $31 million aside from the reserve charges, solidly above our prior forecast of $25 million.

  - Management indicated on the conference call that they expect to generate low double-digit returns on tangible equity in 2020, and also expect the overall topline to be down modestly next year.

  - The company will now be generating investment income on an incremental $1.2 billion in trust account assets assumed from Uber, a potential EPS booster of just under $0.50 annually, at least in the near term (these assets will run off over time as claims are paid).

- **Core E&S segment gross written premium jumped 72**% (also previously disclosed) to $133 million, while the overall E&S segment – including commercial auto (Uber) – gained 53% to $241 million.Net earned premiums advanced 16% to $165 million as the company has ceded all of its incremental Uber business to a reinsurer, while the core E&S earned premiums rose 35% (this was an acceleration from 11% for full-year 2018 and 19% in 2Q19).Management indicated that pricing advanced 3% overall and almost 7% excluding one large renewal.They pointed out that market activity continues to accelerate with submissions up 29% in the quarter and 22% though the nine months.

  - The current accident year loss ratio was 76.6% in the quarter with management describing the core loss ratio as approximating 70%. They point out that over the company's history, the core losses have

| | 2018A | 2019E | | 2020E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** | | | | | |
| 1Q | $0.55 | $0.71A | $0.71 | $0.54 | $0.31 |
| 2Q | $0.58 | $0.66A | $0.66 | $0.52 | $0.32 |
| 3Q | $0.64 | ($0.83)A | ($0.92) | $0.47 | $0.36 |
| 4Q | $0.56 | $0.81 | $0.70 | $0.47 | $0.37 |
| FY | $2.33 | $1.35 | $1.15 | $2.00 | $1.35 |
| P/E | 15.3x | 26.5x | | 17.9x | |
| **Revenue ($M)** | | | | | |
| FY | $886 | $908 | $898 | $686 | $655 |
| **Consensus** | | | | | |
| FY | -- | $1.07 | | $2.17 | |
| FYE Dec | | | | | |

**Mark Hughes, CFA**
615-748-4422
mark.hughes@suntrust.com

Michael J. Ramirez
404-926-5607
michael.j.ramirez@suntrust.com

**SEE PAGE 5 FOR REQUIRED DISCLOSURE INFORMATION**



tended to develop to 60%.They are not seeing signs of broader social inflation and have not seen any unusual development in their longer-tail reserves.

- The expense ratio in E&S was particularly low at 10.9%, down 200 bps sequentially and well below our forecast of 13.4%.

- **Management expressed confidence in its commercial auto reserves.** They point out that accident years 2018 and 2019 are benefiting from substantial rate hikes and that they are not seeing the type of loss emergence that had by this point already starting plaguing the 2016 and 2017 accident years.They said their decision to walk away from Uber was influenced by the passage in California of AB 5, which they believe will adversely alter the claims profile for ride sharing.

  - They noted that after having disclosed in the press release that they withdrew $1.2 billion from the collateral trust account they were contacted by Uber, who requested the money back (the answer was no).

- **The business model for 2020 in core E&S should feature a 70% accident year loss ratio**, with a likely pattern of favorable development over time down to the 60% level.That said, it may be a few quarters before the company is comfortable beginning that process, especially if they want to maintain a cushion against any development in the Uber book.With respect to expenses, the see a mid- to upper-twenties expense ratio in the E&S segment with another $7 million or so for holding company expenses (our prior model had incorporated roughly $10 million).Assuming that the Specialty Admitted and Reinsurance segments continue to make modest, positive contributions to the bottom line, our new EPS estimate is $2.00 for next year.

  - Tangible equity per common share was $18.09 at the end of the quarter and so the associated return on tangle associated with our estimate would be 11%, consistent with management's general guidance.



## Figure 1: Specialty P&C Valuation Comparison

| Institution Name | Ticker | Rating | Market Cap. ($M) | Price (11/7/19) | 2018 EPS Actual | P/E 2018 | 2019 EPS Estimate | P/E 2019E | 2020 EPS Estimate | P/E 2020E | Book Value per Share | Price to Book | 2019 ROE | P/B (ex AOCI) | ROE (ex AOCI) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ProSight Global, Inc. | PROS | NR | 695 | $ 16.50 | $ 1.40 | 11.8x | $ 1.35 | 12.2x | $ 1.45 | 11.4x | $ 11.81 | 1.4x | 11.4% | 1.4x | 11.6% |
| American Financial Group, Inc. | AFG | NR | 9,615 | $ 109.00 | $ 8.40 | 13.0x | $ 8.65 | 12.6x | $ 8.86 | 12.3x | $ 70.13 | 1.6x | 12.3% | 1.8x | 14.1% |
| Assurant, Inc. | AIZ | Buy | 7,713 | $ 127.85 | $ 5.96 | 21.5x | $ 8.65 | 14.8x | $ 9.70 | 13.2x | $ 92.93 | 1.4x | 9.3% | 1.4x | 9.3% |
| James River Group Holdings, Ltd. | JRVR | Hold | 1,076 | $ 35.09 | $ 2.33 | 15.1x | $ 1.35 | 26.0x | $ 2.00 | 17.5x | $ 25.29 | 1.4x | 5.3% | 1.4x | 5.3% |
| W. R. Berkley Corporation | WRB | NR | 12,422 | $ 67.89 | $ 2.59 | 26.2x | $ 3.03 | 22.4x | $ 2.97 | 22.9x | $ 32.97 | 2.1x | 9.2% | 2.1x | 8.4% |
| AMERISAFE, Inc. | AMSF | Buy | 1,357 | $ 69.81 | $ 3.87 | 18.1x | $ 3.69 | 18.9x | $ 3.05 | 22.9x | $ 21.25 | 3.3x | 17.4% | 3.3x | 17.4% |
| Palomar Holdings, Inc. | PLMR | Buy | 1,010 | $ 45.70 | NA | NM | $ 1.71 | 26.7x | $ 1.95 | 23.5x | $ 8.88 | 5.1x | 19.3% | 5.1x | 19.3% |
| Employers Holdings, Inc. | EIG | Buy | 1,351 | $ 43.10 | $ 4.11 | 10.5x | $ 3.07 | 14.1x | $ 1.80 | 24.0x | $ 35.64 | 1.2x | 8.6% | 1.4x | 9.6% |
| Cincinnati Financial Corporation | CINF | NR | 17,976 | $ 108.66 | $ 3.35 | 32.4x | $ 4.02 | 27.0x | $ 3.87 | 28.1x | $ 57.35 | 1.9x | 7.0% | 2.0x | 7.4% |
| Markel Corporation | MKL | Hold | 16,146 | $ 1,173.01 | $ 23.26 | 50.4x | $ 43.55 | 26.9x | $ 40.41 | 29.0x | $695.53 | 1.7x | 6.3% | 1.6x | 5.8% |
| Kinsale Capital Group, Inc. | KNSL | Buy | 1,895 | $ 87.61 | $ 1.79 | 49.1x | $ 2.43 | 36.0x | $ 2.75 | 31.8x | $ 13.27 | 6.6x | 18.3% | 6.6x | 18.3% |
| RLI Corp. | RLI | NR | 4,320 | $ 96.40 | $ 2.05 | 47.0x | $ 2.52 | 38.2x | $ 2.49 | 38.7x | $ 22.30 | 4.3x | 11.3% | 4.6x | 12.0% |
| ProAssurance Corporation | PRA | Hold | 2,115 | $ 39.05 | $ 1.36 | 28.7x | $ 0.65 | 60.3x | $ 0.70 | 55.4x | $ 29.06 | 1.3x | 2.2% | 1.3x | 2.2% |
| **Average** | | | | | | **27.0x** | | **25.9x** | | **25.4x** | | **2.6x** | **10.6%** | **2.6x** | **10.8%** |
| **Average (ex-PRA)** | | | | | | **26.8x** | | **23.0x** | | **22.9x** | | **2.7x** | **11.3%** | **2.7x** | **11.6%** |
| **Median** | | | | | | **23.8x** | | **26.0x** | | **23.5x** | | **1.7x** | **9.3%** | **1.8x** | **9.6%** |

Source: FactSet, S&P Global Market Intelligence, STRH Estimates
Intraday pricing
Covered names use STRH estimates, non-covered names use consensus estimates





# James River Group Holdings, LTD.

Mark Hughes, CFA  615-748-4422
Updated on 11/7/19
"Required Disclosures" are on the last tab of the workbook

| ($ in millions, except for per share data) | 2015 | 2016 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19 | 4Q19E | 2019E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Written Premiums | 572.2 | 737.4 | 1,081.9 | 298.1 | 293.4 | 280.0 | 295.3 | 1,166.8 | 327.3 | 380.0 | 388.2 | 345.2 | 1,440.8 | 259.8 | 304.3 | 309.7 | 261.9 | 1,135.7 |
| % change | 10% | 29% | 47% | 33% | 4% | -17% | 24% | 8% | 10% | 30% | 39% | 17% | 23% | -21% | -20% | -20% | -24% | -21% |
| Net Written Premiums | 471.0 | 557.7 | 766.6 | 211.0 | 188.6 | 173.4 | 189.6 | 762.7 | 207.7 | 239.9 | 223.9 | 211.4 | 882.9 | 136.9 | 177.6 | 178.4 | 143.1 | 636.1 |
| % change | 5% | 18% | 37% | 34% | -9% | -32% | 32% | -1% | -2% | 27% | 29% | 11% | 16% | -34% | -26% | -20% | -32% | -28% |
| Net Earned Premiums | 461.2 | 515.7 | 741.1 | 200.9 | 208.2 | 204.7 | 201.6 | 815.4 | 190.2 | 199.1 | 213.4 | 218.0 | 820.6 | 143.0 | 146.8 | 152.3 | 157.3 | 599.5 |
| % change | 16% | 12% | 44% | 30% | 13% | 1% | 1% | 10% | -5% | -4% | 4% | 8% | 1% | -25% | -26% | -29% | -28% | -27% |
| Net Investment Income | 44.8 | 52.6 | 61.1 | 13.3 | 16.1 | 16.4 | 15.5 | 61.3 | 19.4 | 17.5 | 17.9 | 22.2 | 77.1 | 21.6 | 21.3 | 20.5 | 20.2 | 83.6 |
| % change | 4% | 17% | 16% | -21% | 18% | 10% | -2% | 0% | 47% | 9% | 9% | 44% | 26% | 11% | 22% | 15% | -9% | 8% |
| Net Realized Investment Gains | (4.5) | 7.6 | (2.0) | (0.8) | (0.1) | 0.5 | (5.1) | (5.5) | 1.6 | 1.1 | (2.4) | | 0.3 | | | | | - |
| Other Income (fee income) | 3.4 | 10.4 | 17.4 | 5.0 | 3.8 | 3.1 | 2.6 | 14.4 | 2.9 | 2.7 | 2.6 | 2.2 | 10.4 | 2.0 | 1.0 | - | - | 3.0 |
| Total Revenues | 504.9 | 586.2 | 817.6 | 218.3 | 228.0 | 224.7 | 214.5 | 885.6 | 214.1 | 220.4 | 231.5 | 242.5 | 908.4 | 166.6 | 169.1 | 172.8 | 177.5 | 686.0 |
| % change | 16% | 16% | 39% | 24% | 13% | 2% | -2% | 8% | -2% | -3% | 3% | 13% | 3% | -22% | -23% | -25% | -27% | -24% |
| | | | | | | | | | | | | | | | | | | |
| Net Loss and LAE Expense Incurred | 279.0 | 325.4 | 555.4 | 143.8 | 154.6 | 150.4 | 151.5 | 600.3 | 139.9 | 147.1 | 214.1 | 161.7 | 662.8 | 97.6 | 100.3 | 103.9 | 107.3 | 409.2 |
| % net premiums earned | 60.5% | 63.1% | 74.9% | 71.5% | 74.2% | 73.5% | 75.2% | 73.6% | 73.6% | 73.9% | 100.3% | 74.2% | 80.8% | 68.3% | 68.3% | 68.2% | 68.2% | 68.3% |
| Prior year (fav.)/unfav. Development | 3.8 | (23.7) | 21.5 | (2.6) | 2.2 | 12.2 | 5.8 | 17.7 | 1.0 | 2.3 | 57.0 | 0.6 | 60.8 | (0.3) | (0.3) | (0.5) | (0.5) | (1.5) |
| % prior accident year loss ratio | 0.8% | -4.6% | 2.9% | -1.3% | 1.1% | 6.0% | 2.9% | 2.2% | 0.5% | 1.2% | 26.7% | 0.3% | 7.4% | -0.2% | -0.2% | -0.3% | -0.3% | -0.3% |
| Current year loss and LAE incurred | 275.3 | 349.1 | 533.9 | 146.4 | 152.4 | 138.2 | 145.7 | 582.6 | 139.0 | 144.7 | 157.1 | 161.2 | 602.0 | 97.9 | 100.6 | 104.4 | 107.8 | 410.7 |
| % current accident year loss ratio | 59.7% | 67.7% | 72.0% | 72.8% | 73.2% | 67.5% | 72.3% | 71.5% | 73.1% | 72.7% | 73.6% | 73.9% | 73.4% | 68.5% | 68.5% | 68.5% | 68.5% | 68.5% |
| Total underwriting expenses | 136.1 | 140.8 | 154.6 | 42.5 | 40.8 | 39.7 | 37.3 | 160.2 | 35.2 | 35.1 | 32.1 | 39.6 | 141.9 | 39.3 | 40.0 | 41.5 | 42.8 | 163.6 |
| % net premiums earned | 29.5% | 27.3% | 20.9% | 21.2% | 19.6% | 19.4% | 18.5% | 19.6% | 18.5% | 17.6% | 15.0% | 18.2% | 17.3% | 27.5% | 27.2% | 27.2% | 27.2% | 27.3% |
| Other Operating Expenses (Corporate and Other) | 21.7 | 30.0 | 42.4 | 12.3 | 11.0 | 9.5 | 8.0 | 40.8 | 10.6 | 9.8 | 9.6 | 9.7 | 39.7 | 7.5 | 7.6 | 7.7 | 7.7 | 30.5 |
| Other expenses | 0.7 | 1.6 | | 0.0 | 0.1 | (0.1) | 1.3 | | - | 0.7 | 0.4 | | | | | | | |
| EBITDA | 67.4 | 88.4 | 64.7 | 19.8 | 21.6 | 25.3 | 16.3 | 83.0 | 28.4 | 27.8 | (24.7) | 31.40 | 63.0 | 22.2 | 21.3 | 19.8 | 19.6 | 82.8 |
| % margin | 13.3% | 15.1% | 7.9% | 9.1% | 9.5% | 11.2% | 7.6% | 9.4% | 13.3% | 12.6% | -10.7% | 13.0% | 6.9% | 13.3% | 12.6% | 11.4% | 11.0% | 12.1% |
| Amortization of intangibles | (0.6) | (0.6) | (0.6) | -0.1 | -0.1 | -0.1 | -0.2 | (0.6) | -0.1 | -0.1 | -0.1 | -0.1 | (0.6) | -0.1 | -0.1 | -0.1 | -0.1 | (0.6) |
| EBIT | 66.8 | 87.8 | 64.1 | 19.6 | 21.5 | 25.1 | 16.2 | 82.4 | 28.3 | 27.6 | (24.8) | 31.3 | 62.4 | 22.0 | 21.1 | 19.6 | 19.4 | 82.2 |
| % margin | 13.2% | 15.0% | 7.8% | 9.0% | 9.4% | 11.2% | 7.5% | 9.3% | 13.2% | 12.5% | -10.7% | 12.9% | 6.9% | 13.2% | 12.5% | 11.3% | 10.9% | 12.0% |
| Interest Expenses | -7.0 | -8.4 | -9.0 | -2.5 | -2.9 | -3.0 | -3.1 | -11.6 | -2.8 | -2.7 | -2.6 | -2.6 | -10.7 | -2.6 | -2.6 | -2.6 | -2.6 | -10.4 |
| Operating Income Before Taxes | 59.8 | 79.3 | 55.1 | 17.1 | 18.5 | 22.1 | 13.1 | 70.8 | 25.5 | 25.0 | (27.4) | 28.7 | 51.7 | 19.4 | 18.5 | 17.0 | 16.8 | 71.8 |
| | | | | | | | | | | | | | | | | | | |
| Income before taxes | 59.8 | 79.3 | 55.1 | 17.1 | 18.5 | 22.1 | 13.1 | 70.8 | 25.5 | 25.0 | (27.4) | 28.7 | 51.7 | 19.4 | 18.5 | 17.0 | 16.8 | 71.8 |
| Tax expense (benefit) | 6.3 | 4.9 | 11.6 | 1.5 | 1.5 | 2.5 | 1.5 | 7.0 | 2.8 | 4.7 | (2.3) | 4.2 | 9.3 | 2.9 | 2.8 | 2.6 | 2.5 | 10.8 |
| % tax | 10.5% | 6.1% | 21.0% | 8.7% | 8.2% | 11.5% | 11.2% | 9.9% | 10.8% | 18.6% | 8.2% | 14.5% | 18.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| Net Operating Income | 61.2 | 71.3 | 47.2 | 16.6 | 17.6 | 19.4 | 17.1 | 70.6 | 21.7 | 20.3 | (25.2) | 24.5 | 41.4 | 16.5 | 15.7 | 14.5 | 14.3 | 61.0 |
| Adjusting items | | | | 0.9 | 0.6 | (0.2) | 5.4 | | (1.0) | | | | | | | | | |
| Tax effect of adjusting items | | | | | | | | | | | | | | | | | | |
| Net Income | 53.5 | 74.5 | 43.6 | 15.6 | 17.0 | 19.6 | 11.6 | 63.8 | 22.7 | 20.3 | (25.2) | 24.5 | 42.4 | 16.5 | 15.7 | 14.5 | 14.3 | 61.0 |
| % margin | 10.6% | 12.7% | 5.3% | 7.2% | 7.4% | 8.7% | 5.4% | 7.2% | 10.6% | 9.2% | -10.9% | 10.1% | 4.7% | 9.9% | 9.3% | 8.4% | 8.1% | 8.9% |
| % change | 20% | 39% | -41% | -15% | 17% | 89% | 5093% | 47% | 45% | 20% | -229% | 111% | -34% | -27% | -22% | -157% | -42% | 44% |
| | | | | | | | | | | | | | | | | | | |
| **Operating EPS** | **2.08** | **2.39** | **1.56** | **0.55** | **0.58** | **0.64** | **0.56** | **2.33** | **0.71** | **0.66** | **(0.83)** | **0.81** | **1.35** | **0.54** | **0.52** | **0.47** | **0.47** | **2.00** |
| EPS - Diluted Common Shares | 1.81 | 2.49 | 1.44 | 0.52 | 0.56 | 0.64 | 0.38 | 2.10 | 0.75 | 0.66 | (0.83) | 0.81 | 1.39 | 0.54 | 0.52 | 0.47 | 0.47 | 2.00 |
| % Growth | 3% | 15% | -35% | -6% | 18% | 80% | 339% | 50% | 30% | 14% | -230% | 44% | -42% | -24% | -22% | -157% | -42% | 48% |
| Diluted Shares | 29.6 | 29.9 | 30.2 | 30.2 | 30.3 | 30.4 | 30.4 | 30.4 | 30.5 | 30.7 | 30.4 | 30.4 | 30.4 | 30.5 | 30.5 | 30.5 | 30.5 | 30.5 |
| | | | | | | | | | | | | | | | | | | |
| Shares outstanding (basic) | 28.8 | 29.2 | 29.6 | 29.8 | 29.9 | 30.0 | 30.0 | 30.0 | 30.1 | 30.2 | 30.4 | 30.4 | 30.4 | 30.5 | 30.5 | 30.6 | 30.6 | 30.6 |
| Dividends per share | 1.64 | 2.25 | 1.70 | 0.30 | 0.30 | 0.30 | 0.30 | 1.20 | 0.30 | 0.30 | 0.30 | 0.30 | 1.20 | 0.32 | 0.32 | 0.32 | 0.32 | 1.28 |
| US GAAP Loss ratio | 60.5% | 63.1% | 74.9% | 71.5% | 74.2% | 73.5% | 75.2% | 73.6% | 73.6% | 73.9% | 100.3% | 74.2% | 80.8% | 68.3% | 68.3% | 68.2% | 68.2% | 68.3% |
| US GAAP Expense ratio | 33.5% | 31.1% | 24.2% | 24.8% | 23.0% | 22.5% | 21.2% | 22.9% | 22.5% | 21.2% | 18.3% | 21.6% | 20.9% | 31.3% | 31.7% | 32.3% | 32.1% | 31.9% |
| US GAAP Combined ratio | 94.0% | 94.2% | 99.2% | 96.3% | 97.3% | 96.0% | 96.4% | 96.5% | 96.1% | 95.0% | 118.7% | 95.8% | 101.6% | 99.6% | 100.0% | 100.5% | 100.4% | 100.1% |
| Operating Return on Average Tangible Equity | 13.2% | 14.9% | 9.7% | 13.9% | 14.8% | 16.2% | 13.9% | 14.4% | 16.7% | 14.4% | -17.9% | 17.6% | 7.7% | 11.6% | 11.0% | 10.0% | 9.8% | 10.6% |
| Return on Equity | 8.9% | 10.1% | 6.6% | 9.4% | 10.1% | 11.0% | 9.6% | 9.9% | 11.7% | 10.3% | -12.9% | 12.6% | 5.5% | 8.4% | 7.9% | 7.3% | 7.1% | 7.7% |
| Tangible Book Value per share | $15.88 | $16.20 | $16.02 | $15.65 | $15.68 | $15.95 | $16.35 | $16.35 | $17.80 | $18.91 | $18.09 | $18.60 | $18.60 | $18.76 | $18.96 | $19.05 | $19.19 | $19.19 |
| Book Value per share | $23.53 | $23.77 | $23.45 | $23.04 | $23.02 | $23.29 | $23.67 | $23.67 | $25.09 | $26.15 | $25.29 | $25.80 | $25.80 | $25.94 | $26.13 | $26.20 | $26.35 | $26.35 |

*Source: Company Filings and STRH estimates*                                         11/7/2019 Price:     $  35.16



## Company Description
James River Group Holdings, Ltd. (JRVR) is an insurance carrier focusing on non-standard risks in both the primary and reinsurance markets. The company emphasizes casualty lines, which account for 95% of gross written premiums. James River generates tax savings from its Bermuda domicile, but the vast majority of its operations and clientele are based in the US, including its core Excess & Surplus (E&S) segment (~50% of net earned premiums). The company's other two segments are Specialty Admitted (~7% of premium), where it provides workers compensation solutions for both employers and other carriers, as well as Casualty Reinsurance (~43% of premium), in which James River provides third-party proportional and internal quota share coverage, largely in general liability, non-standard/commercial auto, and workers comp.

## Investment Thesis
JRVR is a Property & Casualty (P&C) insurance carrier with a focus on the attractive Excess & Surplus (E&S) segment, which is growing at twice the rate of the overall market and accounts for the majority of James River's revenue. JRVR's combination of broad underwriting capabilities, wide distribution, and cutting-edge information systems is allowing the company to take share. James River has an unusual mixture in the senior leadership team that includes multiple successful entrepreneurial ventures, an extended tenure with the current platform through multiple cycles, and a prior stretch of public ownership that was profitability concluded with a 2007 buyout (at 2.6x book). Though we believe the company's core E&S business is very attractive, we also see elevated risk of further development in the Uber reserves, particularly given the broader volatility in the commercial auto line, especially for asset-light operators. We rate JRVR shares Hold.

## Valuation and Risks
### Valuation
Our price target of $40 represents ~20x our 2020 operating earnings per share estimate. James River's estimated return on tangible book of 7% for 2019 is below its peers, and on total equity the company's ROE of around 5% is well below its peers average of ~10%. Our target price of $40 assumes a multiple of 1.6x book, in line with JRVR's long-term norm.

**Risks to our rating and price target include:**
**Upside risks:** 1) new business may be more profitable than expected. Another upside risk is that the company sees no more adverse development in the Uber book and so the valuation expands; 2) underwriting margins improve at a greater rate than expected; and/or 3) the broad stock market continues to advance at a double-digit rate.
**Downside risks:** 1) a reversal of currently favorable pricing gains in the P&C industry; 2) regulatory risk for the Reinsurance segment; and/or 3) the exposure to the rideshare market, which pressures margins.

## Companies Mentioned in This Note
**James River Group Holdings, Ltd.** (JRVR, $35.74, Hold, Mark Hughes)
**Uber Technologies, Inc.** (UBER, $26.94, Buy, Youssef Squali)

## Analyst Certification

I, Mark Hughes , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. makes a market in the following company: JRVR-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.


As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



**Rating and Price Target History for: James River Group Holdings, Ltd. (JRVR-US) as of 11-06-2019**

Created by: BlueMatrix

## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

### STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

Case 3:21-cv-00444-DJN    Document 55-35    Filed 01/18/22    Page 8 of 9 PageID# 1921



**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 11/07/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 407 | 61.57% | Buy | 115 | 28.26% |
| Hold | 246 | 37.22% | Hold | 43 | 17.48% |
| Sell | 8 | 1.21% | Sell | 1 | 12.50% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.



**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070