# EXHIBIT 38

 JAMES RIVER GROUP HOLDINGS, LTD.    (http://www.jrgh.net/)

# Historic Price Lookup

**Lookup Month:** September    **Lookup Day:** 27    **Lookup Year:** 2021    Submit

## Week of September 27, 2021

| Date Requested | September 27, 2021 |
|---|---|
| Closing Price | $34.04 |
| Volume | 117,011 |
| Split Adjustment Factor | 1:1 |
| Open Price | $34.03 |
| Day High | $34.74 |
| Day Low | $33.99 |

| | |
|---|---|
| Date Requested | September 28, 2021 |
| Closing Price | $33.40 |
| Volume | 126,445 |
| Split Adjustment Factor | 1:1 |
| Open Price | $34.04 |
| Day High | $34.20 |
| Day Low | $33.08 |

| | |
|---|---|
| Date Requested | September 29, 2021 |
| Closing Price | $33.87 |
| Volume | 125,291 |
| Split Adjustment Factor | 1:1 |
| Open Price | $33.40 |
| Day High | $34.24 |
| Day Low | $33.27 |

| | |
|---|---|
| Date Requested | September 30, 2021 |
| Closing Price | $37.73 |
| Volume | 736,769 |
| Split Adjustment Factor | 1:1 |
| Open Price | $36.00 |
| Day High | $38.13 |
| Day Low | $35.80 |

| | |
|---|---|
| Date Requested | October 1, 2021 |
| Closing Price | $38.98 |
| Volume | 520,337 |
| Split Adjustment Factor | 1:1 |
| Open Price | $37.82 |
| Day High | $39.60 |
| Day Low | $37.00 |