UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| *In re James River Group Holdings, Ltd. Securities Litigation* | Case: 3:21-cv-00444-MHL<br><br>Hon. M. Hannah Lauck<br><br><u>CLASS ACTION</u><br><br><u>JURY TRIAL DEMANDED</u> |

DECLARATION OF STEVEN J. TOLL IN SUPPORT OF LEAD PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION
<u>TO DEFENDANTS' MOTION TO DISMISS</u>

I, Steven J. Toll, declare as follows:

1.      I am a member in good standing of the bar of the Commonwealth of Virginia and of this Court. I am managing partner of the law firm of Cohen Milstein Sellers & Toll PLLC, Liaison Counsel for the Class in the above-captioned action. I make this declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following appendices:

> **Appendix A**: A chart summarizing the basis for knowledge of each former employee cited in the Amended Complaint (ECF No. 41).

> **Appendix B**: A chart summarizing the scienter allegations for each of the Individual Defendants in the above-captioned action.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of March, 2022.

> _/s/ Steven J. Toll_
> Steven J. Toll

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll
Steven J. Toll