# Appendix A

**Appendix A**

**Summary of Each Former Employee's Basis for Knowledge**

| FE# | Position | Tenure | Basis for Knowledge |
|---|---|---|---|
| 1 | Claims Examiner, James River Insurance's Richmond, Virginia office | 2019-2020 | Participated in reserve-setting for Uber claims; witnessed lack of training for claims employees on his own team; saw that reserves were set too low; confirmed that Director of Claims automatically cut reserves (¶¶65, 67, 70, 71, 83, 89) |
| 2 | Bodily Injury Claims Examiner, James River Insurance | October 2017-December 2019 | Participated in reserve-setting for Uber claims; his own settlement authority decreased after cancellation of the Uber contract (¶¶66, 102) |
| 3 | Bodily Injury Claims Examiner; Litigation Specialist, James River Insurance | February 2017-May 2020; May-December 2020 | Participated in reserve-setting for Uber claims; experienced Uber's pressure to settle claims by any means necessary and avoid trial; received audit reports which were also received by Anita Rogers, Donna Jefferson, and Richard Schmitzer (¶¶80, 84, 98) |
| 4 | Bodily Injury Claims Manager, James River Insurance | September 2017-May 2020 | Participated in reserve-setting for Uber claims; described receiving reserving directives from Anita Rogers, who received instruction from the c-suite (¶¶66, 67, 70) |
| 5 | Litigation Claims Examiner, James River Insurance's Richmond, Virginia office | January 2017-January 2021 | Examined litigation claims on the Uber account; experienced jumping through hoops to increase reserves; witnessed automatic 30% cuts to reserves after Donna Jefferson became Director of Claims (¶¶67, 77) |

| FE# | Position | Tenure | Basis for Knowledge |
|---|---|---|---|
| 6 | Litigation Claims Examiner, James River Insurance | 2016-December 2020 | Examined litigation claims on the Uber account; experienced receiving no reserve training when hired; used the inaccurate and outdated Mitchell IQ system for setting reserves; experienced Donna Jefferson, who reported to Anita Rogers, automatically cutting reserves (¶¶67, 75, 83, 92, 102) |
| 7 | Bodily Injury Claims Examiner, James River Insurance | May 2017-March 2020 | Serviced Uber claims; experienced setting reserves at $1 (¶69) |
| 8 | Manager, James River Insurance | July 2019-July 2020 | Managed the national transportation claim team dedicated to the Uber account and had 28 years of experience handling insurance claims; experienced reserve cutting at the director level; complained to Anita Rogers and Courtenay Warren about reserve cutting (¶¶72, 73, 75, 91) |
| 9 | Bodily Injury Claims Manager, James River Insurance | August 2017-November 2019 | Handled Uber claims; participated in daily conference calls with Rogers during which reserves were slashed (¶74) |
| 10 | Claims Quality Assurance Manager, James River Insurance's Richmond, Virginia office | April 2017-January 2020 | Oversaw focus audits on Uber reserves, which indicated that most files were under-reserved, and the results of which went to the c-suite and to Uber (¶¶76, 99, 100) |
| 11 | Litigation Claims Examiner, James River Insurance | November 2015-April 2021 | Handled litigation claims for Uber; witnessed claims examiners "bent over backwards" for Uber; described scrutiny of Uber claims increasing after cancellation of the account, specifically by Courtenay Warren and Anita Rogers (¶¶78, 90, 101) |

| FE# | Position | Tenure | Basis for Knowledge |
|---|---|---|---|
| 12 | Litigation Claims Examiner, James River Insurance's Richmond, Virginia office | May 2018-July 2020 | Handled litigation claims for Uber; was told that Uber was James River's largest client and the Company wanted to make Uber happy; received no training on valuing claims; described scrutiny of Uber claims increasing after cancellation of the account, specifically by Courtenay Warren and Anita Rogers (¶¶79, 85, 87, 102) |
| 13 | Claims Examiner, Assistant Claims Manager, Claims Manager, James River Insurance | April 2015-May 2020 | Handled claims for Uber; experienced Uber conducting its own audits on claims; fielded questions about claims from both James River and Uber (¶¶81, 92, 94) |
| 14 | Claims Examiner, James River Insurance's Richmond, Virginia office | May 2019-January 2021 | Handled claims for Uber in a department that was understaffed and unable to process the influx of claims (¶86) |
| 15 | Senior Claims Examiner, James River Insurance | November 2017-March 2021 | Oversaw inexperienced and overworked claims adjusters hired to handle the Uber account (¶¶88, 89) |