**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| *In Re James River Group Holdings, Ltd. Securities Litigation* | Case: 3:21-cv-00444-MHL<br><br>Hon. M. Hannah Lauck<br><br><u>CLASS ACTION</u><br><br><u>JURY TRIAL DEMANDED</u> |

**LEAD PLAINTIFFS' MOTION FOR LEAVE
<u>TO AMEND THE AMENDED CLASS ACTION COMPLAINT</u>**

Lead Plaintiffs Employees' Retirement Fund of the City of Fort Worth d/b/a Fort Worth Employees' Retirement Fund and The City of Miami General Employees' & Sanitation Employees' Retirement Trust (together, "Lead Plaintiffs"), by their undersigned counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file Lead Plaintiffs' Second Amended Class Action Complaint for Violations of the Federal Securities Laws. In support of this Motion, Lead Plaintiffs submit herewith a Memorandum of Law as well as the Decoration of Steven J. Toll in support thereof.

Dated: August 25, 2022

Respectfully submitted,

By: /s/ *Steven J. Toll*
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
Daniel S. Sommers
dsommers@cohenmilstein.com
S. Douglas Bunch
dbunch@cohenmilstein.com

**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
John C. Browne (*pro hac vice*)
Rebecca E. Boon (*pro hac vice*)
Kate W. Aufses (*pro hac vice*)
Benjamin W. Horowitz (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
rebecca.boon@blbglaw.com
kate.aufses@blbglaw.com
will.horowitz@blbglaw.com

*Attorneys for Lead Plaintiff City of Miami General
Employees' and Sanitation Employees' Retirement
Trust and Lead Counsel for the Class*

**SAXENA WHITE P.A.**
Steven B. Singer (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com

Maya Saxena
Joseph E. White, III (*pro hac vice*)
Jonathan Lamet (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
jlamet@saxenawhite.com

2

David R. Kaplan (*pro hac vice*)
Hani Y. Farah (*pro hac vice*)
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
hfarah@saxenawhite.com

*Attorneys for Lead Plaintiff Employees' Retirement Fund of the City of Fort Worth dba Fort Worth Employees' Retirement Fund and Lead Counsel for the Class*

**KLAUSNER KAUFMAN JENSEN & LEVINSON LLP**
Robert D. Klausner
bob@robertdklausner.com
Stuart A. Kaufman
stu@robertdklausner.com
7080 Northwest 4th Street
Plantation, Florida 33317
Tel: (954) 916-1202
Fax: (954) 916-1232

*Additional Counsel for Lead Plaintiff the City of Miami General Employees' and Sanitation Employees' Retirement Trust*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll

Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS
  & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

4