**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| *In Re James River Group Holdings, Ltd.*<br>*Securities Litigation* | Case: 3:21-cv-00444-MHL<br><br>Hon. M. Hannah Lauck<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO AMEND THE AMENDED CLASS ACTION COMPLAINT**

Having considered Plaintiffs' Motion for Leave to Amend the Amended Class Action

Complaint, as well as all supporting papers thereon, it is hereby ORDERED that the motion is

GRANTED.

**ORDER**

IT IS SO ORDERED.

DATED: _____     _____

THE HONORABLE M. HANNAH LAUCK.
UNITED STATES DISTRICT JUDGE