**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| *In re James River Group Holdings, Ltd.* *Securities Litigation* | Case: 3:21-cv-00444-MHL |
| | Hon. M. Hannah Lauck |
| | <u>CLASS ACTION</u> |
| | <u>JURY TRIAL DEMANDED</u> |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF LEAD PLAINTIFFS'**
**MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR LEAVE TO**
**AMEND THE AMENDED CLASS ACTION COMPLAINT**

I, Steven J. Toll, declare as follows:

1.    I am a member in good standing of the bar of the Commonwealth of Virginia and of this Court. I am managing partner of the law firm of Cohen Milstein Sellers & Toll PLLC, Liaison Counsel for the Class in the above-captioned action. I make this declaration in support of Lead Plaintiffs' Memorandum of Law in Support of Their Motion for Leave to Amend the Amended Class Action Complaint.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following Exhibits:

> **Exhibit A**: Lead Plaintiffs' Proposed Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("SAC").
>
> **Exhibit B**: A redline comparing the SAC with the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 41).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of August, 2022.

/s/ Steven J. Toll
Steven J. Toll

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll
Steven J. Toll