**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**IN RE JAMES RIVER GROUP HOLDINGS,**          **Civil Action No. 3:21cv444**
**LTD. SECURITIES LITIGATION**

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Leave to Amend the Amended Class Action Complaint (the "Motion to Amend"), (ECF No. 64), and Defendant's Motion to Dismiss for Failure to State a Claim (the "Motion to Dismiss"), (ECF No. 53),

In support of the Motion to Amend, Plaintiffs state that "new evidence came to light" through "an unrelated bad faith action against Defendant James River's specialty insurance operating subsidiary, James River Insurance Company." (ECF No. 65, at 1.) Plaintiffs submit that their Amended Complaint would "not raise new legal theories or add new counts, claims, or defendants, nor does it change the Class definition, modify the Class Period, or request any new form of relief." (ECF No. 65, at 15.) Defendants have stated that they do not oppose the Motion to Amend. (ECF No. 67, at 2.)

Upon due consideration, and pursuant to Federal Rule of Civil Procedure 15(a)(2),[1] the Court GRANTS the Motion to Amend. (ECF No. 64.) The Court DIRECTS the Clerk to file Exhibit A of Plaintiffs' Declaration regarding their Motion to Amend the Amended Class Action Complaint as Plaintiff's Amended Complaint. (ECF No. 66-1.)

Defendants SHALL file their answer or responsive motions in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the

---

[1] Federal Rule of Civil Procedure 15(a)(2) provides, in pertinent part: "[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

Eastern District of Virginia no later than Monday, October 24, 2022.  The Court DENIES

Defendant's Motion to Dismiss as MOOT.  (ECF No. 53.)

It is SO ORDERED.


Date: 9/9/2022

Richmond, Virginia

_____ /s/

M. Hannah Lauck

United States District Judge