# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| *In Re James River Group Holdings, Ltd. Securities Litigation* | 3:21-cv-00444-MHL<br><br>**Declaration of Susan Reagan Gittes In Support of Defendants' Motion to Dismiss the Second Amended Complaint** |

I, Susan Reagan Gittes, declare as follows:

1.      I am a partner with Debevoise & Plimpton LLP, counsel to Defendants, James River Group Holdings, Ltd. ("James River"), Robert P. Myron, J. Adam Abram, Frank N. D'Orazio, and Sarah C. Doran.  I am admitted *pro hac vice* for the above-captioned matter.

2.      I submit this Declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint ("SAC").

3.      Attached hereto are true and correct copies of the following documents.

4.      Attached as **Exhibit 1** is a true and correct copy of James River's press release announcing its fourth quarter and year-end 2018 financial results, dated February 21, 2019.

5.      Attached as **Exhibit 2** is a true and correct excerpt of James River's Form 10-K for the 2018 fiscal year, dated February 27, 2019.

1

6.    Attached as **Exhibit 3** is a true and correct copy of James River's press release announcing its financial results for the first quarter of 2019, dated May 1, 2019.

7.    Attached as **Exhibit 4** is a true and correct copy of James River's Form 10-Q dated May 3, 2019.

8.    Attached as **Exhibit 5** is a true and correct copy of James River's press release announcing its financial results for the second quarter of 2019, dated July 31, 2019.

9.    Attached as **Exhibit 6** is a true and correct copy of James River's Form 10-Q dated August 2, 2019.

10.    Attached as **Exhibit 7** is a true and correct copy of James River's press release announcing its financial results for the third quarter of 2019, dated November 6, 2019.

11.    Attached as **Exhibit 8** is a true and correct copy of James River's Form 10-Q dated November 7, 2019.

12.    Attached as **Exhibit 9** is a true and correct copy of James River's press release announcing its fourth-quarter and year-end financial results for 2019, dated February 20, 2020.

13.    Attached as **Exhibit 10** is a true and correct excerpt of James River's Form 10-K for the 2019 fiscal year, dated February 27, 2020.

14.    Attached as **Exhibit 11** is a true and correct copy of James River's press release announcing its financial results for the first quarter of 2020, dated April 29, 2020.

15.    Attached as **Exhibit 12** is a true and correct copy of James River's Form 10-Q dated April 30, 2020.

16.    Attached as **Exhibit 13** is a true and correct copy of James River's press release announcing its financial results for the second quarter of 2020, dated July 29, 2020.

17.    Attached as **Exhibit 14** is a true and correct copy of James River's Form 10-Q dated July 31, 2020.

18.    Attached as **Exhibit 15** is a true and correct copy of James River's press release announcing its financial results for the third quarter of 2020, dated October 28, 2020.

19.    Attached as **Exhibit 16** is a true and correct copy of James River's Form 10-Q dated October 29, 2020.

20.    Attached as **Exhibit 17** is a true and correct copy of James River's press release announcing its fourth-quarter and year-end financial results for 2020, dated February 17, 2021.

21.    Attached as **Exhibit 18** is a true and correct excerpt of James River's Form 10-K for the 2020 fiscal year, dated February 26, 2021.

22.    Attached as **Exhibit 19** is a true and correct copy of James River's Form 10-Q dated May 5, 2021.

23.    Attached as **Exhibit 20** is a true and correct copy of James River's press release announcing its financial results for the first quarter of 2021, dated May 5, 2021.

24.    Attached as **Exhibit 21** is a true and correct copy of James River's press release announcing its financial results for the second quarter of 2021, dated August 4, 2021.

25.    Attached as **Exhibit 22** is a true and correct copy of its Form 10-Q dated August 5, 2021.

26.    Attached as **Exhibit 23** is a true and correct copy of its Form 8-K dated September 30, 2021.

27.    Attached as **Exhibit 24** is a true and correct copy of James River's press release announcing its financial results for the third quarter of 2021, dated October 26, 2021.

28.    Attached as **Exhibit 25** is a true and correct copy of a transcript of James River's call with investors dated February 22, 2019.

29.    Attached as **Exhibit 26** is a true and correct copy of a transcript of James River's call with investors dated May 2, 2019.

30.    Attached as **Exhibit 27** is a true and correct copy of a transcript of

James River's call with investors dated November 7, 2019.

31.    Attached as **Exhibit 28** is a true and correct copy of a transcript of James River's call with investors dated February 21, 2020.

32.    Attached as **Exhibit 29** is a true and correct copy of a transcript of James River's call with investors dated April 30, 2020.

33.    Attached as **Exhibit 30** is a true and correct copy of a transcript of James River's call with investors dated February 26, 2021.

34.    Attached as **Exhibit 31** is a true and correct copy of a transcript of James River's call with investors dated May 5, 2021.

35.    Attached as **Exhibit 32** is a true and correct copy of a transcript of James River's call with investors dated August 5, 2021.

36.    Attached as **Exhibit 33** is a true and correct copy of a transcript of James River's call with investors dated November 3, 2021.

37.    Attached as **Exhibit 34** is a true and correct copy of a report from the investment bank JMP Securities dated May 1, 2019.

38.    Attached as Exhibit **35** is a true and correct copy of a report from the investment bank SunTrust Robinson Humphrey dated November 7, 2019.

39.    Attached as **Exhibit 36** is a true and correct copy of a report from the investment bank UBS dated October 26, 2021.

40.    Attached as **Exhibit 37** is a true and correct excerpt of the 2021 Audit

& Accounting Guide released by the American Institute of Certified Public

Accountants ("AICPA").

41.     Attached as **Exhibit 38** is a true and correct copy of James River's

stock prices for the week of September 27, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
         October 24, 2022

Susan Reagan Gittes
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7715
srgittes@debevoise.com
*Attorney for Defendants*

6