# EXHIBIT 34

**Insurance | Rating/Price Target Change**
May 1, 2019



# James River Group Holdings, Ltd. (JRVR)
## 1Q19: Starting 2019 Off on the Right Foot; EPS Beat and Auto Reserve Stability

**MARKET OUTPERFORM**
Price: $42.39
Price Target: $47.00

**Matthew J. Carletti**
mcarletti@jmpsecurities.com
(312) 768-1784

**Karol Chmiel, CFA**
kchmiel@jmpsecurities.com
(312) 768-1786

## INVESTMENT HIGHLIGHTS

- **We reaffirm our Market Outperform rating and increase our price target to $47 (1.7x current forward book value estimate) from $45 (1.7x previous forward book value estimate) on shares of James River Holdings following 1Q19 results.** Operating EPS of $0.71 was better than consensus of $0.63 and our $0.67 estimate. The beat versus our estimate was driven by stronger NII ($19 mln vs. $16 mln est.; $0.11 beat), partially offset by a small amount of adverse prior-period development ($1 mln / 0.5 points adverse vs. nil estimate, primarily related to casualty reinsurance treaties the company no longer writes; $0.03 miss). Notably, commercial auto reserves were stable and there were no large movements within the individual accident years. We continue to believe that stability in the commercial auto reserves is key to the stock's performance in the near/intermediate term. In the absence of adverse development, investors will be able to focus on the underlying cycle turn taking place in the company's core E&S business (its largest business). Top-line growth was strong at +10% (vs. our +8% est.) driven by strong growth in Specialty Admitted (+18% vs. +10% est.) and continued growth in E&S (+11% vs. +15% est.), while Casualty Reinsurance (-12% vs. -25% est.; planned top-line reductions) declined less than expected. Book value at March 31 was $25.01, slightly shy of our $25.54 estimate and up 6% versus December 31.

- **Premium growth stronger than expected in two of the three segments.** GWP increased 10% yr/yr, ahead of our +8% estimate. The biggest contributor was the growth in Specialty Admitted Insurance (+18% vs. +10% est.), reflecting continued growth in the fronting business, which generates lucrative fee income for James River. Casualty Reinsurance continued to reflect planned top-line reductions (-12% vs. -25% est.). The Excess & Surplus Lines segment continued its growth albeit below our expectations (+11% vs. +15% est.), reflecting renewal of its largest contract (Uber), as well as accelerating new business growth (submissions +17% vs. +12% in Q4), and continued rate increases (+3% vs. +10% in Q4) in the core E&S book. In the core E&S book, premiums were up 23%, when excluding the Allied Health business (which had a very strong year-ago quarter), and we suspect rate increases would have similarly been stronger on this basis. As previously disclosed, James River renewed its contract with Uber effective March 1. However, new information in the quarter shows that it was done at increased pricing, and based upon a modestly lower retention of premiums, we suspect James River may have purchased reinsurance for the first time on this book of business. We look to tomorrow's conference call for more discussion on this topic, as well as color on whether or not James River's share of the overall Uber quota share relationship increased. Based on the growth in the quarter, but knowing that the number of states declined, we suspect this may be the case (which would be in line with management's stated longer-term vision).

### MARKET DATA

| | |
|---|---|
| Price | $42.39 |
| 52-Week Range: | $34.08 - $43.47 |
| Shares Out. (M): | 30.1 |
| Market Cap ($M): | $1,275.9 |
| Average Daily Vol. (000): | 172.0 |
| Book Value/Share: | $25.01 |
| Dividend: | $1.20 |
| Dividend Yield: | 2.83% |
| Float (M): | 29.2 |
| Price to Book Value: | 1.7x |
| Price to Tangible Book: | 2.4x |
| ROAE: | 11.6% |
| Tangible BV/Share: | $17.74 |
| Total Debt/Total Cap.: | 21.1% |

ROAE: Estimated for 2019E
*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| Oper. Inc. (M) | 1Q | $16.6 | $21.7A | -- |
| | 2Q | $17.6 | $21.5 | -- |
| | 3Q | $19.4 | $21.6 | -- |
| | 4Q | $17.1 | $22.0 | -- |
| | **FY** | **$70.6** | **$86.8** | **$92.8** |
| EPS | 1Q | $0.55 | $0.71A | -- |
| | 2Q | $0.58 | $0.71 | -- |
| | 3Q | $0.64 | $0.71 | -- |
| | 4Q | $0.56 | $0.72 | -- |
| | **FY** | **$2.33** | **$2.85** | **$3.05** |
| | P/E | 18.2x | 14.9x | 13.9x |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE

**James River Group Holdings, Ltd. (JRVR)**

JMP

- **Accident year results in line overall.** The overall accident year combined ratio was in line at 96%, with a better expense ratio offsetting a slightly worse-than-modeled loss ratio. Casualty Reinsurance was modestly better than expectations (91% vs. 92% est.), while the Excess & Surplus Lines segment was in line (91%) and Specialty Admitted Insurance (103% vs. 96% est.) missed expectations. Worth noting in Casualty Reinsurance is that the planned shrinkage and repositioning of the book seems to be having the intended impact on profitability, with the accident year loss ratio in each of the past two quarters coming in a few points lower than the prior run rate.

- **Negligible overall adverse reserve development driven by Casualty Reinsurance.** Overall adverse reserve development totaled $1 mln / 0.5 loss ratio points, with $3 mln / 8 points adverse in Casualty (largely related to accident years at least four years old and treaties the company no longer writes), partially offset by $2 mln / 16 points favorable development in Specialty Admitted, while Excess & Surplus lines was largely unchanged ($10k favorable). While only one quarter, we believe it is important to note that the commercial auto business saw stable reserve trends in the quarter, with no material development overall or by accident year.

**James River Group Holdings, Ltd. (JRVR)**

**JMP**

## FIGURE 1.  Peer Valuation Comps

| Company | Ticker | JMP Rating | Price 5/1/2019 | Mkt Cap ($M) | Book Value | Tangible BV | Price/ BV | Price/ TBV | Consensus Operating EPS | | | P/E Multiple | | | ROAE | | | Dividend Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2018 | 2019E | 2020E | 2018 | 2019E | 2020E | 2018 | 2019E | 2020E | |
| American Financial Group, Inc. | AFG | NC | $103.06 | 9,238 | $63.20 | $60.32 | 1.63x | 1.71x | $8.40 | $8.76 | $8.87 | 12.3x | 11.8x | 11.6x | 14.8% | 13.6% | 13.0% | 1.7% |
| Amerisafe, Inc. | AMSF | MO | $58.86 | 1,135 | $22.33 | $22.33 | 2.64x | 2.64x | $3.86 | $3.27 | $3.18 | 15.2x | 18.0x | 18.5x | 17.8% | 15.0% | 14.8% | 1.7% |
| Argo Group International Holdings, Ltd. | ARGO | MP | $77.24 | 2,624 | $55.23 | $47.30 | 1.40x | 1.63x | $3.22 | $4.25 | $4.65 | 24.0x | 18.2x | 16.6x | 6.3% | 8.3% | 8.3% | 1.6% |
| Kinsale Capital Group | KNSL | NC | $73.91 | 1,573 | $12.43 | $12.26 | 5.95x | 6.03x | $1.79 | $2.26 | $2.49 | 41.3x | 32.7x | 29.7x | 15.4% | 17.1% | 16.7% | 0.5% |
| Markel Corporation | MKL | NC | $1,061 | 14,691 | $706.98 | $423.47 | 1.50x | 2.51x | ($8.64) | $38.06 | $39.65 | NA | 27.9x | 26.8x | -1.3% | 5.2% | 5.2% | 0.0% |
| RLI Corp. | RLI | MP | $82.09 | 3,657 | $20.08 | $18.86 | 4.09x | 4.35x | $2.05 | $2.45 | $2.43 | 40.0x | 33.5x | 33.7x | 10.9% | 13.0% | 12.6% | 1.2% |
| W. R. Berkley Corporation | WRB | NC | $61.28 | 11,668 | $20.98 | $20.98 | 2.92x | 2.92x | $2.69 | $2.63 | $2.81 | 22.8x | 23.3x | 21.8x | 9.5% | 8.9% | 8.7% | 0.7% |
| **Group Average** | | | | | | | **2.87x** | **3.11x** | | | | **25.9x** | **23.6x** | **22.7x** | **10.5%** | **11.6%** | **11.3%** | **1.1%** |
| **Group Median** | | | | | | | **2.64x** | **2.64x** | | | | **23.4x** | **23.3x** | **21.8x** | **10.9%** | **13.0%** | **12.6%** | **1.2%** |
| **James River Group Inc.** | **JRVR** | **MO** | **$42.39** | **1,278** | **$25.01** | **$17.74** | **1.69x** | **2.39x** | **$2.33** | **$2.85** | **$3.05** | **18.2x** | **14.9x** | **13.9x** | **10.1%** | **11.6%** | **11.3%** | **2.8%** |

*Source: Thomson Reuters, SNL  and JMP Securities LLC*

**James River Group Holdings, Ltd. (JRVR)**

JMP

## Company Description

James River Group Holdings, Ltd. is a Bermuda-based insurance holding company. It operates a group of specialty insurance and reinsurance companies founded by members of its management team. A majority of group-wide gross written premiums originates from the U.S. excess and surplus ("E&S") lines market. Substantially all of the business is casualty insurance and reinsurance, with a small/medium account size focus. James River is split into three specialty property-casualty insurance and reinsurance segments: Excess and Surplus Lines, Specialty Admitted Insurance, and Casualty Reinsurance.

## Investment Risks

Adverse reserve development. James River primarily writes casualty exposures, which by their nature have longer claim tails than property risks. This longer tail exposes the balance sheet and earnings to unforeseen changes in loss cost and claim payment patterns/trends. While we believe management has reserved conservatively, significant adverse unexpected events could still negatively impact results.

Standard lines market appetite expansion. By definition, the E&S market is whatever the standard lines market does not want. In times of extreme competition, this can significantly shrink the size of the market, and thus, James River's potential growth opportunities.

Newer products bring less reserving certainty. James River has been successful at developing new products to meet the needs of potential insureds. While management has been cautious in doing so from a risk standpoint, making use of reinsurance and setting conservative loss picks, such new products nonetheless have less loss cost and claim data surrounding them, which increases the potential for adverse surprises down the road.

**James River Group Holdings, Ltd. (JRVR)**

# JMP

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Matthew J. Carletti and Karol Chmiel

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of James River Group Holdings, Ltd.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from James River Group Holdings, Ltd. in the next 3 months.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of May 1, 2019)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 245 | 58.06% | Buy | 245 | 58.06% | 67 | 27.35% |
| MARKET PERFORM | Hold | 141 | 33.41% | Hold | 141 | 33.41% | 24 | 17.02% |
| MARKET UNDERPERFORM | Sell | 4 | 0.95% | Sell | 4 | 0.95% | 0 | 0% |
| COVERAGE IN TRANSITION | | 31 | 7.35% | | 31 | 7.35% | 6 | 19.35% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 422 | 100% | | 422 | 100% | 97 | 22.99% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.

**Rating and Price Target History for: James River Group Holdings, Ltd. (JRVR) as of 05-01-2019**



Created by: BlueMatrix

**James River Group Holdings, Ltd. (JRVR)**



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2019. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

**James River Group Holdings, Ltd. (JRVR)**



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

---

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Commercial & Specialty Finance**
| | |
|---|---|
| Christopher York | (415) 835-8965 |
| Thomas Wenk | (415) 835-8962 |

**Consumer Finance**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Financial Processing & Outsourcing**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel | (312) 768-1786 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Chris Muller | (212) 906-3559 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |

### HEALTHCARE

**Biopharma**
| | |
|---|---|
| Donald Ellis, PharmD | (212) 906-3507 |
| Nazibur Rahman | (212) 906-3519 |

**Biotechnology**
| | |
|---|---|
| Liisa A. Bayko | (312) 768-1785 |
| Jonathan Wolleben | (312) 768-1788 |
| Neil Panchal, MD | (312) 768-1795 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Roy Buchanan | (212) 906-3509 |

**Healthcare Services & Facilities**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| Daniel W. Stauder | (212) 906-3535 |

### REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |
| Doug Hansen | (415) 835-8934 |

**Property Services**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**Residential Services**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

**REITs: Healthcare & Specialty**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Jonathan Freed | (415) 835-8908 |

**REITs: Diversified, Industrial, Office, & Retail**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**REITs: Residential**
| | |
|---|---|
| Aaron Hecht | (415) 835-3963 |

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
| | |
|---|---|
| Joseph Osha | (415) 835-8998 |
| Hilary Cauley | (415) 835-8996 |

**Cybersecurity & IT Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |
| Michael Berg | (415) 835-3914 |

**Internet & Digital Media**
| | |
|---|---|
| Ronald V. Josey III | (212) 906-3528 |
| Samuel Dimond | (415) 835-8916 |
| David Yueh | (415) 835-3957 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Joe Goodwin | (415) 869-4477 |
| Mark Chan | (415) 835-8930 |
| Joey Marincek | (415) 869-4418 |

---

## ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **Charles Sweeney** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Director of Sales & Trading** | San Francisco, CA 94111 |
| (212) 906-3599 | (212) 906-3573 | www.jmpsecurities.com |