IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE JAMES RIVER GROUP HOLDINGS,
LTD. SECURITIES LITIGATION

Civil No. 3:21cv444 (DJN)

**ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss the Second Amended Complaint. (ECF No. 71.) For the reasons stated in the accompanying Memorandum Opinion, the Motion is hereby DENIED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: August 28, 2023