IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE JAMES RIVER GROUP HOLDINGS,
LTD. SECURITIES LITIGATION                         Civil No. 3:21cv444 (DJN)

## **ORDER**
### **(Directing Jury Process)**

This matter comes before the Court for pretrial management with trial scheduled to begin

with jury selection on **April 19, 2024, at 9:30 a.m.** At that time, the Court will select seven (7)

jurors for the trial of this case.

Jury selection will proceed as follows. The Court will summonses forty-five (45)

prospective jurors in three separate panels to report at 9:00 a.m., 11:00 a.m. and 1 p.m.,

respectively. The first and second panels will consist of eighteen (18) prospective jurors each,

while the third panel will consist of nine (9) prospective jurors. The Clerk shall randomize the

list of jurors before creating the three panels. Additionally, the Clerk shall provide the lawyers

for each side with a list of the jurors summoned in each panel no later than April 4, 2024.

For each panel, the Court will individually question prospective jurors. Following the

individual questioning of each prospective juror, the parties will be provided with the

opportunity to argue that the prospective juror should be stricken for cause, or the party may

elect to use one of its peremptory strikes.[1] Any prospective juror not struck will become a

member of the jury. Any juror not selected will be excused. No backstriking will be permitted.

This process will be repeated until seven (7) jurors have been selected. Selected jurors will be

---

[1]    The number of peremptory strikes provided for in Fed. R. Civ. P. 47 will serve as the maximum number of peremptory strikes that each party may use in the aggregate across all three panels.

required to report to the Richmond Courthouse on April 23, 2024, at 9 a.m., with opening

statements and the presentment of evidence to begin that day at 9:30 a.m.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Date:  September 7, 2023