**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| IN RE JAMES RIVER GROUP HOLDINGS, LTD. SECURITIES LITIGATION | Case: 3:21-cv-00444-DJN<br><br>CLASS ACTION |

**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Lead Plaintiffs Employees' Retirement Fund of the City of Fort Worth d/b/a Fort Worth Employees' Retirement Fund ("Fort Worth") and The City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami") and Defendants James River Group Holdings, Ltd. ("James River" or "the Company"), Robert P. Myron, J. Adam Abram, Frank N. D'Orazio, and Sarah C. Doran (each a "Party," and together, the "Parties"), respectfully, and by counsel, jointly move the Court for entry of the attached Stipulated Protective Order and state as follows in support:

1.      The Parties contemplate that discovery in this action may involve the production or disclosure of trade secrets; confidential personal, financial, or business information; and/or competitive information of some or all of Fort Worth, Miami, and the Defendants.

2.      To ensure the protection of such information from public disclosure, the Parties request entry of a Stipulated Protective Order in this case, a copy of which is attached hereto as Exhibit 1.

3.      As evidenced by the electronic signatures of counsel for the Parties on the proposed Stipulated Protective Order, Lead Plaintiffs and Defendants, by counsel, consent to jointly move to enter the attached Stipulated Protective Order.

4.      Because the Parties have agreed to the entry of the proposed Stipulated Protective Order, no hearing on this Joint Motion is necessary unless desired by the Court.

5.      Good cause exists for the entry of the Stipulated Protective Order.

WHEREFORE, Lead Plaintiffs and Defendants, by counsel, respectfully request that the Court grant their Joint Motion and enter the attached Stipulated Protective Order.

Dated: October 5, 2023                          Respectfully submitted,

By: */s/ Steven J. Toll*                         By: */s/ Bryan A. Fratkin*
Steven J. Toll (Va. Bar No. 15300)              Bryan A. Fratkin (VSB# 38933)
Daniel S. Sommers                               Brian E. Pumphrey (VSB# 47312)
S. Douglas Bunch                                Garrett H. Hooe (VSB# 83983)
**COHEN MILSTEIN SELLERS**                      **MCGUIREWOODS LLP**
**& TOLL PLLC**                                 Gateway Plaza
1100 New York Avenue, Suite 500                 800 East Canal Street
Washington, D.C. 20005                          Richmond, VA 23219
Telephone: (202) 408-4600                        Telephone: (804) 775-4352
Facsimile: (202) 408-4699                        Facsimile: (804) 698-2100
stoll@cohenmilstein.com                         bfratkin@mcguirewoods.com
dsommers@cohenmilstein.com                      bpumphrey@mcguirewoods.com
dbunch@cohenmilstein.com                        ghooe@mcguirewoods.com
*Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**                   **DEBEVOISE & PLIMPTON LLP**
**& GROSSMANN LLP**                             Maeve O'Connor (*pro hac vice*)
Salvatore J. Graziano (*pro hac vice*)          Susan Reagan Gittes (*pro hac vice*)
Rebecca E. Boon (*pro hac vice*)                66 Hudson Boulevard
Jeremy P. Robinson (*pro hac vice*)             New York, NY 10001
Emily A. Tu (*pro hac vice*)                    Telephone: (212) 909-6000
Chloe Jasper (*pro hac vice*)                   Facsimile: (212) 521-7715
1251 Avenue of the Americas                     mloconnor@debevoise.com
New York, New York 10020                        srgittes@debevoise.com
Telephone: (212) 554-1400                        *Counsel for Defendants*
salvatore@blbglaw.com
rebecca.boon@blbglaw.com
jeremy@blbglaw.com
emily.tu@blbglaw.com
chloe.jasper@blbglaw.com
*Attorneys for Lead Plaintiff City of Miami*
*General Employees' and Sanitation*
*Employees' Retirement Trust and Lead*
*Counsel for the Class*

2

**SAXENA WHITE P.A.**
David R. Kaplan (*pro hac vice*)
Emily R. Bishop (*pro hac vice*)
505 Lomas Santa Fe Dr.
Suite #180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
ebishop@saxenawhite.com

Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White, III (*pro hac vice*
forthcoming)
Jonathan Lamet (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
jlamet@saxenawhite.com

Steven B. Singer (*pro hac vice* forthcoming)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
*Attorneys for Lead Plaintiff Employees'*
*Retirement Fund of the City of Fort Worth*
*dba Fort Worth Employees' Retirement*
*Fund and Lead Counsel for the Class*

**KLAUSNER KAUFMAN JENSEN**
**& LEVINSON LLP**
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

3

*Additional Counsel for Lead Plaintiff the*
*City of Miami General Employees' and*
*Sanitation Employees' Retirement Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will automatically serve all counsel of record registered with the Court's CM/ECF system.

/s/ Bryan A. Fratkin
Bryan A. Fratkin (VSB# 38933)