# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE JAMES RIVER GROUP HOLDINGS,
LTD. SECURITIES LITIGATION                    Civil No. 3:21cv444 (DJN)


**UNDERTAKING TO BE BOUND BY STIPULATED PROTECTIVE ORDER**

I, _____, declare:

1.      My current business address (or home address if no business address exists) is

_____.

2.      I have received a copy of the Stipulated Protective Order (the "Order") in this action. I have carefully read and understand the provisions of the Order.

3.      I agree to be bound by the provisions of the Order.

4.      I further agree that in the event that I fail to abide by the terms of the Order, I may be subject to sanctions, including, but not limited to, contempt of court.

5.      I further agree that I shall not disclose to others, except in accordance with the Order, information or documents provided to me pursuant to the Order that are designated as Confidential under the Order, and that such Confidential information and documents shall be used only for the purpose of the legal proceeding in which the documents were produced.

6.      I further agree and attest to my understanding that my obligation to honor the confidentiality of such information or documents will continue even after the termination of this legal proceeding.

7.      I consent to the jurisdiction of the U.S. District Court for the Eastern District of

Virginia for enforcement of the Order.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: _____          Signature: _____

                                    Print Name _____