**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| IN RE JAMES RIVER GROUP HOLDINGS, LTD. SECURITIES LITIGATION | Case: 3:21-cv-00444-DJN <br><br> <u>CLASS ACTION</u> |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO AMEND SCHEDULING ORDER

Lead Plaintiffs Employees' Retirement Fund of the City of Fort Worth d/b/a Fort Worth Employees' Retirement Fund and The City of Miami General Employees' & Sanitation Employees' Retirement Trust and Defendants James River Group Holdings, Ltd., Robert P. Myron, J. Adam Abram, Frank N. D'Orazio, and Sarah C. Doran (together, the "Parties"), respectfully, and by counsel, jointly move the Court for an extension of time to complete discovery and to amend the Scheduling Order as follows:

|  | **Original Date** | **Requested Extension** |
|---|---|---|
| Identify Expert(s) in Support of Complaint/Counterclaim/Crossclaim and Serve Accompanying Report | Nov. 11, 2023 | Dec.22, 2023 |
| Identify Expert(s) in Opposition to Complaint and Serve Accompanying Report | Nov. 26, 2023 | Jan 10, 2024 |
| Identify Rebuttal Expert(s) and Serve Accompanying Report | Dec. 6, 2023 | Jan. 24, 2024 |
| Close of Discovery | Jan. 5, 2024 | Feb. 9, 2024 |
| Deadline to file *Daubert* Motions | Jan. 12, 2024 | Feb. 9, 2024 |
| Deadline to File Dispositive Motions | Jan. 15, 2024 | Feb. 9, 2024 |

|  | **Original Date** | **Requested Extension** |
|---|---|---|
| Deadline for Plaintiff to File Notice of Witnesses and Evidence | Mar. 14, 2024 | None – no change |
| Deadline to File Non-Dispositive Motions; Deadline for Defendant to File Notice of Witnesses and Evidence | Mar. 24, 2024 | None – no change |
| Evidentiary Objections | Mar. 30, 2024 | None – no change |
| Jury Instructions; Proposed Jury *Voir Dire*; Written Stipulations of Uncontroverted Facts | April 2, 2024 | None – no change |
| Final Pretrial Conference | April 12, 2024 | None – no change |
| Pretrial Briefs | April 18, 2024 | None – no change |
| Trial | Apr. 19, 2024 – May 3, 2024 | None – no change |

The Parties submit the accompanying memorandum to explain the reasons and show good cause for the requested extensions.

Dated: Oct. 27, 2023                    Respectfully submitted,

By: /s/ Steven J. Toll
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers
S. Douglas Bunch
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
*Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Bryan A. Fratkin*
Bryan A. Fratkin (VSB# 38933)
Brian E. Pumphrey (VSB# 47312)
Garrett H. Hooe (VSB# 83983)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4352
Facsimile: (804) 698-2100
bfratkin@mcguirewoods.com
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com

**DEBEVOISE & PLIMPTON LLP**
Maeve O'Connor (pro hac vice)
Susan Reagan Gittes (pro hac vice)

2

Salvatore J. Graziano (pro hac vice)
Rebecca E. Boon (pro hac vice)
Jeremy P. Robinson (pro hac vice)
Emily A. Tu (pro hac vice)
Chloe Jasper (pro hac vice)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
salvatore@blbglaw.com
rebecca.boon@blbglaw.com
jeremy@blbglaw.com
emily.tu@blbglaw.com
chloe.jasper@blbglaw.com
*Attorneys for Lead Plaintiff City of Miami
General Employees' and Sanitation
Employees' Retirement Trust and Lead
Counsel for the Class*

66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Facsimile: (212) 521-7715
mloconnor@debevoise.com
srgittes@debevoise.com
*Counsel for Defendants*

**SAXENA WHITE P.A.**
David R. Kaplan (pro hac vice)
Emily R. Bishop (pro hac vice)
505 Lomas Santa Fe Dr.
Suite #180
San Diego, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
ebishop@saxenawhite.com

Maya Saxena (pro hac vice forthcoming)
Joseph E. White, III (pro hac vice)
Jonathan Lamet (pro hac vice)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
jlamet@saxenawhite.com

Steven B. Singer (pro hac vice)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com

3

*Attorneys for Lead Plaintiff Employees'*
*Retirement Fund of the City of Fort Worth*
*dba Fort Worth Employees' Retirement*
*Fund and Lead Counsel for the Class*

**KLAUSNER KAUFMAN JENSEN**
**& LEVINSON LLP**
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com
*Additional Counsel for Lead Plaintiff the*
*City of Miami General Employees' and*
*Sanitation Employees' Retirement Trust*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 27, 2023, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will automatically serve all counsel of record registered with the Court's CM/ECF system.

*/s/ Bryan A. Fratkin*
Bryan A. Fratkin (VSB# 38933)
