**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| IN RE JAMES RIVER GROUP HOLDINGS, LTD. SECURITIES LITIGATION | Case: 3:21-cv-00444-DJN <br><br> CLASS ACTION |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES**

Lead Plaintiffs Employees' Retirement Fund of the City of Fort Worth d/b/a Fort Worth Employees' Retirement Fund ("Fort Worth") and The City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami") (collectively "Lead Plaintiffs") and Defendants James River Group Holdings, Ltd., Robert P. Myron, J. Adam Abram, Frank N. D'Orazio, and Sarah C. Doran (collectively "Defendants") (each a "Party," and together, the "Parties"), respectfully, write to provide notice to the Court that the Parties have reached an agreement in principle to settle all claims in this Action. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement in principle, Plaintiffs will move for preliminary approval of a proposed settlement within 14 days of this Notice.

In light of the pending settlement, the Parties respectfully request the Court stay all deadlines in the Scheduling and Pretrial Order and Order Modifying Discovery Deadlines (ECF Nos. 95, 111). The Parties are available at the Court's convenience for a status conference to discuss this settlement.

Dated: December 8, 2023                    Respectfully submitted,

By: /s/ *Steven J. Toll*                     By: /s/ *Bryan A. Fratkin*
Steven J. Toll (Va. Bar No. 15300)           Bryan A. Fratkin (VSB# 38933)
Daniel S. Sommers                            Brian E. Pumphrey (VSB# 47312)
S. Douglas Bunch                             Garrett H. Hooe (VSB# 83983)

**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
*Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
Salvatore J. Graziano (pro hac vice)
Rebecca E. Boon (pro hac vice)
Jeremy P. Robinson (pro hac vice)
Emily A. Tu (pro hac vice)
Chloe Jasper (pro hac vice)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
salvatore@blbglaw.com
rebecca.boon@blbglaw.com
jeremy@blbglaw.com
emily.tu@blbglaw.com
chloe.jasper@blbglaw.com
*Attorneys for Lead Plaintiff City of Miami
General Employees' and Sanitation
Employees' Retirement Trust and Lead
Counsel for the Class*

**SAXENA WHITE P.A.**
David R. Kaplan (pro hac vice)
Emily R. Bishop (pro hac vice)
505 Lomas Santa Fe Dr.
Suite #180
San Diego, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
ebishop@saxenawhite.com

Maya Saxena (pro hac vice forthcoming)
Joseph E. White, III (pro hac vice)
Jonathan Lamet (pro hac vice)
7777 Glades Road, Suite 300

**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4352
Facsimile: (804) 698-2100
bfratkin@mcguirewoods.com
bpumphrey@mcguirewoods.com
ghooe@mcguirewoods.com

**DEBEVOISE & PLIMPTON LLP**
Maeve O'Connor (pro hac vice)
Susan Reagan Gittes (pro hac vice)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Facsimile: (212) 521-7715
mloconnor@debevoise.com
srgittes@debevoise.com
*Counsel for Defendants*

2

Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
jlamet@saxenawhite.com

Steven B. Singer (pro hac vice)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com
*Attorneys for Lead Plaintiff Employees'*
*Retirement Fund of the City of Fort Worth*
*dba Fort Worth Employees' Retirement*
*Fund and Lead Counsel for the Class*

**KLAUSNER KAUFMAN JENSEN**
**& LEVINSON LLP**
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com
*Additional Counsel for Lead Plaintiff the*
*City of Miami General Employees' and*
*Sanitation Employees' Retirement Trust*