IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IN RE JAMES RIVER GROUP HOLDINGS,
LTD. SECURITIES LITIGATION

Civil No. 3:21cv444 (DJN)

## ORDER
### (Granting Stay)

This order comes before the Court on the Parties' Notice of Settlement and Joint Motion to Stay All Deadlines, ("Motion," ECF No. 112). The Parties informed the Court in a Notice of Settlement on December 8, 2023, that they have reached a settlement of all claims in this matter. (*Id.*) Accordingly, the Court hereby STAYS all proceedings and deadlines in this case until the Court receives the Parties' Motion for Preliminary Approval of a Proposed Settlement, which is due within fourteen (14) days of the entry of this Order.

The Clerk is DIRECTED to provide a copy of this Order to all counsel of record and any party not represented by counsel.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Date: December 8, 2023