# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE JAMES RIVER GROUP HOLDINGS, LTD. SECURITIES LITIGATION

Case: 3:21-cv-00444-DJN

CLASS ACTION

**DECLARATION OF ADAM D. WALTER REGARDING:
(A) MAILING OF THE NOTICE AND CLAIM FORM;
(B) PUBLICATION OF THE SUMMARY NOTICE; AND
(C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, ADAM D. WALTER, declare as follows:

1.    I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"). Pursuant to the Court's January 26, 2024 Order Preliminarily Approving Settlement and Authorizing Dissemination of Settlement Notice (ECF No. 119) ("Preliminary Approval Order"), the Court approved the retention of A.B. Data as Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1]

2.    I am over 21 years of age and am not a party to the Action. The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called as a witness, I could and would testify competently thereto.

3.    I submit this Declaration to provide the Court and the Parties to the Action with information regarding the dissemination of the Notice of (I) Pendency of Class Action and

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings set forth in the Stipulation and Agreement of Settlement, dated December 22, 2023 (ECF No. 114-1) (the "Stipulation").

Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice") and the Proof of Claim and Release Form (the "Claim Form") (collectively, the Notice and Claim Form are referred to as the "Notice Packet") as well as other updates regarding notice and the settlement administration process. Lead Counsel and A.B. Data have previously worked together in disseminating securities class action settlement information, and have successfully implemented the same or substantially similar notice and claims processing programs in other cases to that approved by the Court in this Action.

## DISSEMINATION OF THE NOTICE PACKET

4. Pursuant to the Preliminary Approval Order, A.B. Data was responsible for mailing the Notice Packet to potential Settlement Class Members. As defined in the Notice (¶ 27), the Settlement Class consists of all persons or entities who purchased or otherwise acquired James River common stock during the period from February 22, 2019 through October 25, 2021, inclusive, and who were damaged thereby. A copy of the Notice Packet is attached hereto as Exhibit A.

5. On January 12, 2024, A.B. Data received from Lead Counsel an Excel spreadsheet, which Lead Counsel had received from Defendants' Counsel, containing a total of nine unique names and addresses of persons or entities who were identified as record holders of James River common stock during the Class Period, including Cede & Co, the nominee name and registered owner for all shares held in "street name." On February 16, 2024, A.B. Data caused the Notice Packet to be sent by first-class mail to these nine potential Settlement Class Members and nominees.

6. As discussed in further detail in my Declaration Concerning Proposed Plan For Providing Notice of the Settlement to the Settlement Class submitted to the Court on January 16,

2

2024 (ECF No. 118-1), in this case, as in most securities class actions, the great majority of potential Settlement Class Members are beneficial purchasers whose securities are held in "street name," *i.e.*, the securities are purchased by brokerage firms, banks, institutions, or other third-party nominees ("Nominees") in the name of the Nominee, on behalf of the beneficial purchasers.  A.B. Data maintains a proprietary database with the names and addresses of the largest and most common Nominees, including national and regional offices of certain Nominees (the "Nominee Database").  At the time of the initial mailing, A.B. Data's Nominee Database contained 4,957 records.[2]  On February 16, 2024, A.B. Data caused Notice Packets to be sent by first-class mail to the 4,957 mailing records contained in its Nominee Database.

7. In total, 4,966 Notice Packets were mailed to potential Settlement Class Members and Nominees by first-class mail on February 16, 2024.

8. The Notice itself and a cover letter that accompanied the Notice Packet mailed to Nominees (as well as an email mailed to Nominees) directed Nominees who purchased James River common stock during the Class Period for the beneficial interest of persons or organizations other than themselves to, within seven (7) calendar days of receipt of the Notice, either (i) request from the Claims Administrator sufficient copies of the Notice Packet to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Notice Packets forward them to all such beneficial owners, or (ii) provide a list of the names and addresses of all such beneficial owners to A.B. Data (who would then mail copies of the Notice Packet to those beneficial owners).  *See* Notice ¶ 75.

---

[2] A.B. Data's Nominee Database is updated from time to time as new Nominees are identified, and others merge or cease to exist.

9.     A.B. Data also provided a copy of the Notice and Claim Form to the Depository Trust Company ("DTC") for posting on its Legal Notice System ("LENS").  The LENS may be accessed by any Nominee that participates in DTC's security system, and provides the DTC participants the ability to search and download legal notices as well as receive email alerts based on particular notices or particular security identifiers (known as CUSIPs).  The Notice and Claim Form were posted on DTC's LENS on February 16, 2024.

10.    A.B. Data monitored the responses received from brokers and other Nominees and followed up by email and, if necessary, phone calls to ensure that Nominees provided timely responses to A.B. Data's mailing.  As of April 18, 2024, A.B. Data has mailed an additional 8,013 Notice Packets to potential Settlement Class Members whose names and addresses were received from individuals or brokerage firms, banks, institutions, and other Nominees requesting that Notice Packets be mailed to such persons and entities.  A.B. Data has also mailed another 24,815 Notice Packets in bulk to Nominees who requested Notice Packets to forward to their customers.  All such requests have been, and will continue to be, complied with and addressed in a timely manner.

11.    As of April 18, 2024, a total of 37,794 Notice Packets have been mailed to potential Settlement Class Members and nominees.  In addition, A.B. Data has re-mailed 715 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to A.B. Data by the USPS or were obtained through other means.

12.    The process for disseminating the Notice Packet by mail to potential Settlement Class Members is intended to reach the maximum number of potential Settlement Class Members who can reasonably be identified.  As a result, the process is expected to result in the mailing of Notice Packets to a number of persons and entities who are not or may not be Settlement Class

Members.  For example, A.B. Data's internal list of the 4,957 Nominees in its Nominee Database is intended to be reasonably broad and includes a number of smaller or specialty brokerage firms and international firms who may not have any clients who were beneficial purchasers of James River common stock during the Class Period.  Similarly, although the Notice and cover letter request that Nominees identify purchasers or acquirors of James River common stock during the Class Period, A.B. Data is aware from experience that some Nominees provide reasonably over-inclusive lists of potential Settlement Class Members.  In addition, even where the names provided are limited to persons who purchased or acquired the stock during the Class Period, such lists will include investors who may have purchased and sold their shares before the alleged corrective disclosure or were otherwise not damaged and therefore not eligible for a payment in the Settlement.  Due to A.B. Data's efforts to reach the highest possible number of potential Settlement Class Members through reasonable means and as a result of the process of dissemination through Nominees, A.B. Data expects that a substantial number of the total Notice Packets mailed will be mailed to persons and entities who are not Settlement Class Members or are not eligible for a recovery in the Settlement.

## PUBLICATION OF THE SUMMARY NOTICE

13.    In accordance with Paragraph 7(d) of the Preliminary Approval Order, A.B. Data caused the Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Summary Notice") to be published in *The Wall Street Journal* and transmitted over the *PR Newswire* on March 4, 2024.  Copies of proof of publication of the Summary Notice in *The Wall Street Journal* and over *PR Newswire* are attached hereto as Exhibits B and C, respectively.

## ESTABLISHMENT OF THE SETTLEMENT WEBSITE

14.    On February 16, 2024, A.B. Data established a website dedicated to the Settlement, www.JamesRiverSecuritiesLitigation.com (the "Settlement Website").  A.B. Data continues to maintain the Settlement Website to inform class members about the Settlement and provide answers to frequently asked questions.  The website address was set forth in the Notice Packet and in the Summary Notice.  The Settlement Website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and details about the Court's Settlement hearing.  Copies of the Notice and Claim Form, as well as the Stipulation, Preliminary Approval Order, and Complaint are posted on the Settlement Website and are available for downloading.  The Settlement Website became operational on February 16, 2024, and is accessible 24 hours a day, 7 days a week.  A.B. Data will update the Settlement Website as necessary through the administration of the Settlement.

## ESTABLISHMENT OF TELEPHONE HELPLINE

15.    On February 16, 2024, A.B. Data established a case-specific, toll-free telephone helpline, 1-877-495-0945, with an interactive voice response system and live operators, to accommodate potential Settlement Class Members with questions about the Action and the Settlement.  The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions.  Callers requiring further help have the option to be transferred to a live operator during business hours.  A.B. Data continues to maintain the telephone helpline and will update the interactive voice response system as necessary through the administration of the Settlement.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

16.    The Notice, Summary Notice, and Settlement Website also provide Settlement Class Members with clear instructions on how to request exclusion from the Settlement. Specifically, Settlement Class Members are informed that requests for exclusion from the Settlement Class are to be sent by First Class Mail to James River Securities Litigation, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, such that they are received no later than May 3, 2024.  The Notice also sets forth the information that must be included in each request for exclusion.  A.B. Data has monitored and will continue to monitor all mail delivered to the above address.

17.    As of April 17, 2024, A.B. Data has received one request for exclusion.  It is from an individual who claims to have "purchased and sold approximately 50 shares through TD Ameritrade" during the Class Period.  A.B. Data will submit a supplemental declaration after the May 3, 2024, deadline for requesting exclusion that will address any additional requests for exclusion that may be received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 18, 2024 in Palm Beach Gardens, Florida.

ADAM D. WALTER

7

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE JAMES RIVER GROUP HOLDINGS, LTD. SECURITIES LITIGATION | Case: 3:21-cv-00444-DJN <br><br><br> CLASS ACTION |

**NOTICE OF (I) PENDENCY OF CLASS ACTION**
**AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND**
**(III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

*A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:**  Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the Eastern District of Virginia (the "Court"), if you purchased the common stock of James River Group Holdings, Ltd. ("James River") during the period from February 22, 2019 through October 25, 2021, inclusive (the "Class Period"), and were damaged thereby.[1]

**NOTICE OF SETTLEMENT:**  Please also be advised that the Court-appointed Lead Plaintiffs, Employees' Retirement Fund of the City of Fort Worth d/b/a Fort Worth Employees' Retirement Fund and The City of Miami General Employees' & Sanitation Employees' Retirement Trust (together, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in ¶ 27 below), have reached a proposed settlement of the Action for **$30,000,000** in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY.  This Notice explains important rights you may have, including the possible receipt of cash from the Settlement.  If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact the Court, the Office of the Clerk of the Court, James River, any other Defendants in the Action, or their counsel.  All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 76 below).**

1. **Description of the Action and the Settlement Class:**  This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging that James River and certain of its executives, Robert P. Myron, J. Adam Abram, Frank N. D'Orazio, and Sarah C. Doran (collectively, the "Individual Defendants") violated the federal securities laws by making false and misleading statements regarding James River's financial condition and alleged systemic policy of under-reserving for insurance claims during the Class Period.  A more detailed description of the Action is set forth in paragraphs 11-26 below.  If the Court approves the proposed Settlement, the Action will be dismissed and members of the Settlement Class (defined in paragraph 27 below) will settle and release all Released Plaintiffs' Claims (defined in paragraph 40 below).

2. **Statement of the Settlement Class's Recovery:**  Subject to Court approval, Lead Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $30,000,000 in cash (the "Settlement Amount") to be deposited into an escrow account.  The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, (d) any attorneys' fees awarded by the Court; and (e) any other costs or fees approved by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class.  The proposed plan of allocation (the "Plan of Allocation") is attached hereto as Appendix A.

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated December 22, 2023 (the "Stipulation"), which is available at www.JamesRiverSecuritiesLitigation.com.

3. **Estimate of Average Amount of Recovery Per Share:** Based on Lead Plaintiffs' damages expert's estimate of the number of shares of James River common stock purchased during the Class Period that may have been affected by the conduct alleged in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) is $1.10 per eligible share. Settlement Class Members should note, however, that the foregoing average recovery per share is only an estimate. Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased or sold their James River common stock, and the total number and value of valid Claim Forms submitted. Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth in Appendix A or such other plan of allocation as may be ordered by the Court.

4. **Average Amount of Damages Per Share:** The Parties do not agree on the average amount of damages per share that would be recoverable if Lead Plaintiffs were to prevail in the Action. Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

5. **Attorneys' Fees and Expenses Sought:** Plaintiffs' Counsel, which have been prosecuting the Action on a wholly contingent basis, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action. Court-appointed Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP, will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 25% of the Settlement Fund. In addition, Lead Counsel will apply for payment of Litigation Expenses incurred in connection with the institution, prosecution, and resolution of the Action, in an amount not to exceed $800,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Any fees and expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. The estimated average cost per affected share of James River common stock, if the Court approves Lead Counsel's fee and expense application, is $0.31 per share.

6. **Identification of Attorneys' Representatives:** Lead Plaintiffs and the Settlement Class are represented by Rebecca Boon and Jeremy P. Robinson of Bernstein Litowitz Berger & Grossmann LLP, 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, (800) 380-8496, settlements@blbglaw.com; and David R. Kaplan of Saxena White P.A., 505 Lomas Santa Fe Drive, Suite 180, Solana Beach, CA 92075, (858) 997-0860, dkaplan@saxenawhite.com.

7. **Reasons for the Settlement:** Lead Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery—or indeed no recovery at all—might be achieved after further contested motions, a trial of the Action and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden, and expense of further protracted litigation.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM** *POSTMARKED OR SUBMITTED ONLINE* **NO LATER THAN JUNE 25, 2024.** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in ¶ 40 below) that you have against Defendants and the other Defendants' Releasees (defined in ¶ 41 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS** *RECEIVED* **NO LATER THAN MAY 3, 2024.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiffs' Claims. |

| | |
|---|---|
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *FILED OR POSTMARKED* NO LATER THAN MAY 3, 2024.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation, or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON MAY 24, 2024 AT 11:00 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN MAY 3, 2024.** | Filing a written objection and notice of intention to appear by May 3, 2024 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

**These rights and options—and the deadlines to exercise them—are further explained in this Notice. Please Note: the date and time of the Settlement Hearing—currently scheduled for May 24, 2024, at 11:00 a.m. Eastern Time— is subject to change without further notice to the Settlement Class. If you plan to attend the hearing, you should check the Settlement website, www.JamesRiverSecuritiesLitigation.com, or with Lead Counsel as set forth above to confirm that no change to the date and/or time of the hearing has been made.**

| | |
|---|---|
| **WHAT THIS NOTICE CONTAINS** | |

Why Did I Get This Notice? ..... Page 3
What Is This Case About? ..... Page 4
How Do I Know If I Am Affected By The Settlement?
  Who Is Included In The Settlement Class? ..... Page 5
What Are Lead Plaintiffs' Reasons For The Settlement? ..... Page 6
What Might Happen If There Were No Settlement? ..... Page 7
How Are Settlement Class Members Affected By The Action
  And The Settlement? ..... Page 7
How Do I Participate In The Settlement? What Do I Need To Do? ..... Page 8
How Much Will My Payment Be? ..... Page 8
What Payment Are The Attorneys For The Settlement Class Seeking?
  How Will The Lawyers Be Paid? ..... Page 9
What If I Do Not Want To Be A Member Of The Settlement Class?
  How Do I Exclude Myself? ..... Page 10
When And Where Will The Court Decide Whether To Approve The Settlement?
  Do I Have To Come To The Hearing? May I Speak At The Hearing If I
  Don't Like The Settlement? ..... Page 10
What If I Bought Shares On Someone Else's Behalf? ..... Page 12
Can I See The Court File? Whom Should I Contact If I Have Questions? ..... Page 12
Appendix A: Plan of Allocation of the Net Settlement Fund ..... Page 13

| | |
|---|---|
| **WHY DID I GET THIS NOTICE?** | |

8. The Court directed that this Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased James River common stock during the Class Period. The Court has directed us to send you this Notice because, as a potential Settlement Class Member, you have a right to know

about your options before the Court rules on the proposed Settlement. Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights. If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the Claims Administrator selected by Lead Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9. The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so. It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation, and the motion by Lead Counsel for attorneys' fees and Litigation Expenses (the "Settlement Hearing"). *See* ¶¶ 65-66 below for details about the Settlement Hearing, including the date and location of the hearing.

10. The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement. If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing. Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11. James River is an insurance holding company that owns and operates a group of specialty insurance and reinsurance companies. James River's common stock trades on the NASDAQ under the ticker symbol "JRVR." This Action involves allegations that, during the Class Period (from February 22, 2019 through October 25, 2021), James River and certain of its executives (the Individual Defendants) made material misrepresentations and omissions about James River's financial condition and alleged systemic policy of under-reserving for insurance claims. Lead Plaintiffs allege that these misrepresentations and omissions caused the price of James River's common stock to be inflated during the Class Period, and that the price declined when the truth was disclosed through a series of disclosures from October 8, 2019 through October 26, 2021.

12. On July 9, 2021, Employees' Retirement Fund of the City of Fort Worth brought a class action in the United States District Court for the Eastern District of Virginia (the "Court") against Defendants, alleging violations of the Securities Exchange Act of 1934 (the "Exchange Act").

13. On September 22, 2021, the Court (the Honorable M. Hannah Lauck) appointed Employees' Retirement Fund of the City of Fort Worth and The City of Miami General Employees' & Sanitation Employees' Retirement Trust as Lead Plaintiffs, approved Saxena White P.A. and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel, and approved Cohen Milstein Sellers & Toll PLLC as Liaison Counsel under the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4.

14. On November 19, 2021, Lead Plaintiffs filed and served the Amended Class Action Complaint for Violations of the Federal Securities Laws asserting claims against Defendants under Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, and against the Individual Defendants under Section 20(a) of the Exchange Act. Among other things, the Amended Complaint alleged that Defendants made materially false and misleading statements about James River's reserving processes, the adequacy of James River's reserves, and James River's compliance with GAAP, and the effectiveness of the Company's internal controls. The Complaint further alleged that the price of James River's common stock was artificially inflated as a result of Defendants' allegedly false and misleading statements and declined when the truth was revealed.

15. On July 13, 2022, Lead Plaintiffs filed a Notice of Intent to Amend the Complaint due to the discovery of new facts. On August 25, 2022, Lead Plaintiffs filed a motion seeking leave to amend the complaint, which Defendants did not oppose. On September 9, 2022, the Court granted Lead Plaintiffs' motion seeking leave to amend the complaint.

16. On September 9, 2022, Lead Plaintiffs filed the Second Amended Complaint (the "Second Amended Complaint" or "Complaint").

17. On October 24, 2022, Defendants filed a motion to dismiss the Second Amended Complaint. On November 7, 2022, Lead Plaintiffs filed their memorandum of law in opposition to the motion to dismiss, and, on November 14, 2022, Defendants filed their reply papers.

18. On June 23, 2023, the case was reassigned to the Honorable David J. Novak.

19. On August 28, 2023, the Court entered a Memorandum Opinion and Order denying Defendants' motion to dismiss the Second Amended Complaint.

20. On October 6, 2023, Defendants filed their Answer to the Second Amended Complaint. Among other things, Defendants' Answer denied Lead Plaintiffs' allegations of wrongdoing and asserted various defenses to the claims pled against them.

21. Discovery in the Action commenced in September 2023. Defendants produced more than 247,000 documents, totaling more than 1.6 million pages, to Lead Plaintiffs, and Lead Plaintiffs' counsel reviewed such documents on a rolling basis as Defendants produced them. Third parties produced additional documents to Lead Plaintiffs, which Lead Plaintiffs' counsel also reviewed. The Parties also met and conferred and exchanged numerous correspondence concerning disputed discovery issues over several months, and Lead Plaintiffs noticed depositions to take place in November and December of 2023.

22. The Parties began exploring the possibility of a settlement in September 2023. The Parties agreed to engage in private mediation and retained Jed D. Melnick, Esq., an experienced mediator in complex securities and shareholder litigation, to act as mediator in the Action (the "Mediator"). On November 3, 2023, counsel for the Parties participated in a full-day mediation session before the Mediator. In advance of that session, the Parties exchanged and submitted detailed mediation statements to the Mediator. Lead Plaintiffs further submitted a response to Defendants' mediation statement to the Mediator and Defendants in advance of the first mediation session. The Parties were unable to reach a settlement during the November 3, 2023 mediation.

23. After the conclusion of the first session, the Parties agreed to engage in a second half-day session before the Mediator on November 15, 2023. Prior to this mediation session, Lead Plaintiffs submitted a follow-up written submission to Defendants and the Mediator. Defendants also submitted a response to Lead Plaintiffs' follow-up submission to Lead Plaintiffs and the Mediator. The Parties did not reach an agreement at the second session. After the conclusion of the second session, the parties continued negotiations and reached an agreement as to the Settlement Amount. The parties subsequently began negotiations regarding the principal non-financial terms of the potential settlement.

24. The agreement's terms were memorialized in a term sheet dated December 5, 2023, and fully executed on December 7, 2023 (the "Term Sheet"). The Term Sheet set forth, among other things, the Parties' agreement to settle and release all claims against Defendants in the Action in return for a cash payment of $30,000,000 for the benefit of the Settlement Class, subject to certain terms and conditions and the execution of a customary "long form" stipulation and agreement of settlement and related papers.

25. On December 22, 2023, the Parties entered into a Stipulation and Agreement of Settlement (the "Stipulation"), which sets forth the terms and conditions of the Settlement. The Stipulation can be viewed at www.JamesRiverSecuritiesLitigation.com.

26. On January 26, 2024, the Court preliminarily approved the Settlement, authorized this Notice to be disseminated to potential Settlement Class Members, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

## HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?
## WHO IS INCLUDED IN THE SETTLEMENT CLASS?

27. If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded. The Settlement Class consists of:

> all persons or entities who purchased or otherwise acquired James River common stock during the period from February 22, 2019 through October 25, 2021, inclusive, and who were damaged thereby.

Excluded from the Settlement Class are: (i) Defendants; (ii) the Immediate Family Members of any Individual Defendant; (iii) any person who was an Officer or director of James River during or after the Class Period and any of their Immediate Family Members; (iv) Defendants' liability insurance carriers, and any affiliates or subsidiaries; (v) any entity in which any Defendant or any of their Immediate Family Members has or had a controlling interest; and (vi) the legal representatives, heirs, agents, affiliates, successors, or assigns of any such excluded persons and entities. Also excluded from the Settlement Class are any persons or entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court in accordance with the requirements set forth in this Notice. *See* "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself?," on page 10 below.

**Please Note:  Receipt of this Notice does not mean that you are a Settlement Class Member or that you will be entitled to receive proceeds from the Settlement.**

**If you are a Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the Settlement, you are required to submit the Claim Form that is being distributed with this Notice and the required supporting documentation as set forth therein postmarked (or submitted online) no later than June 25, 2024.**

| WHAT ARE LEAD PLAINTIFFS' REASONS FOR THE SETTLEMENT? |
| --- |

28.  Lead Plaintiffs and Lead Counsel believe that the claims asserted against Defendants have merit.  They recognize, however, the very substantial risks they would face in establishing liability and damages.  To defeat summary judgment and prevail at trial, Lead Plaintiffs would have been required to prove not only that Defendants' statements were materially false, but that the Individual Defendants knew that their statements were false when made or were reckless in making the statements, and that the alleged corrective disclosures caused the decline in the price of James River's stock.

29.  Lead Plaintiffs' central allegations in the Action were that Defendants made materially false and misleading statements and omissions to investors regarding James River's process of reserving for losses, the adequacy of James River's reserves, the handling of claims under the Company's major contract with Uber Technologies, Inc. ("Uber"), and the Company's compliance with GAAP and its internal controls.  Defendants contend that their statements were not false or misleading.  For example, Defendants would argue that the James River's loss reserves were estimated in good faith by actuaries and reviewed by external actuaries and that the Company's public filings included a description of the Company's actuarial processes and fully disclosed the different factors and inputs that were weighed in the Company's actuarial judgment.  Further, Defendants would argue that the statements concerning the Company's loss reserves are non-actionable statements of opinion.  Defendants would point to the fact that neither the U.S. Securities and Exchange Commission, nor any other regulatory body, opened any form of investigation or inquiry into the falsity of Defendants' public statements or has taken any public enforcement action against the Company.

30.  Lead Plaintiffs would also face risks in proving that Defendants made the allegedly false statements and omissions with intent to mislead investors or with deliberate indifference.  Defendants were expected to argue that Lead Plaintiffs would be unable to prove scienter because their allegations are based on the accounts of claims employees handling individual claims under the Uber contract and are not tied to the Company's actuarial process for loss reserves.  Further, Defendants would argue that the Company repeatedly disclosed its processes for setting loss reserves and thus undercut any inference that Defendants knew or should have known that overall reserves were understated.  There was a risk that a finder of fact could be persuaded that Defendants were engaged in a good-faith exercise of actuarial judgment to estimate overall losses, including for current and future insurance claims under James River's contract with Uber.

31.  In addition, Defendants would argue that Lead Plaintiffs could not establish that the alleged misstatements at issue caused the declines in the price of James River common stock or prove the amount of damages.  In particular, Defendants were expected to argue that the certain of the alleged corrective disclosures could not be shown to have caused damages to investors because the information had already been disclosed to the market or because other information (unrelated to the alleged fraud) was disclosed at the same time.  Had these arguments been accepted in whole or in part, it could have eliminated or, at a minimum, drastically limited any potential recovery.

32.  Further, in order to obtain recovery for the Settlement Class, Lead Plaintiffs would have to prevail at several stages—on a motion for class certification, at summary judgment, and at trial—and, even if it prevailed on those, appeals were likely to follow.  There were significant risks that the Court or a jury might accept Defendants' arguments at one of these stages, which would result in no recovery for the Settlement Class.  Accordingly, there was no guarantee that further litigation would have resulted in a higher recovery, or any recovery at all.

33.  In light of these risks, the amount of the Settlement and the immediacy of recovery to the Settlement Class, Lead Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Settlement Class.  Lead Plaintiffs and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $30,000,000 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller, or no recovery after summary judgment, trial, and appeals, possibly years in the future.

34.  Defendants have denied and continue to deny all claims asserted against them in the Action and have denied and continue to deny having engaged in any wrongdoing or violation of law of any kind whatsoever.  Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation.  Defendants continue to believe the

claims asserted against them in the Action are without merit and that the Action itself could not be certified as a class action for purposes of trial and adjudication of liability and damages.  Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

## WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?

35.  If there were no Settlement and Lead Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Lead Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants.  Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial, or on appeal, the Settlement Class could recover less than the amount provided in the Settlement, or nothing at all.

## HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT?

36.  As a Settlement Class Member, you are represented by Lead Plaintiffs and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense.  You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on page 10 below.

37.  If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?," on page 10 below.

38.  If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on page 10 below.

39.  If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court.  If the Settlement is approved, the Court will enter a judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiffs and each of the other Settlement Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, will have fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim (as defined in ¶ 40 below) against Defendants and the other Defendants' Releasees (as defined in ¶ 41 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

40.  "Released Plaintiffs' Claims" means any and all manner of claims, demands, rights, liabilities, losses, obligations, duties, damages, costs, debts, expenses, interest, penalties, sanctions, fees, attorneys' fees, actions, potential actions, causes of action, suits, agreements, judgments, decrees, matters, issues, and controversies of any and every kind, nature or description whatsoever, whether arising under federal, state, common, or foreign law, whether class or individual in nature, including known claims and Unknown Claims, that (i) Lead Plaintiffs or any other member of the Settlement Class asserted in the Complaint or could have asserted in this or any other forum that arise out of or are based upon the allegations, transactions, facts, matters or occurrences, representations, or omissions involved, set forth, or referred to in the Complaint, including any disclosures, public filings, registration statements, or other statements by any Defendant that relate in any way, directly or indirectly, to any facts, matters, allegations, transactions, events, occurrences, representations, disclosures, statements, acts or omissions set forth, alleged or could have been alleged by Lead Plaintiffs or any member of the Settlement Class in the Complaint, and (ii) relate to the purchase or acquisition of James River common stock during the Class Period.  This release does not cover, include, or release: (i) any claims asserted in any shareholder derivative action, or any cases consolidated into those actions; (ii) any claims brought under ERISA; (iii) any claims by any governmental entity that arise out of any governmental investigation of Defendants relating to the conduct alleged in the Action; or (iv) any claims relating to the enforcement of the Settlement.

41.  "Defendants' Releasees" means Defendants and their current and former parents, affiliates, subsidiaries, officers, directors, agents, successors, predecessors, assigns, assignees, partnerships, partners, trustees, trusts, employees, Immediate Family Members, insurers, reinsurers, and attorneys.

42. "Unknown Claims" means any Released Plaintiffs' Claims which any of the Lead Plaintiffs or any other Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of such

claims, and any Released Defendants' Claims which any Defendant does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement.  With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiffs and Defendants shall expressly waive, and each of the Settlement Class Members shall be deemed to have waived, and by operation of the Judgment shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Lead Plaintiffs and Defendants acknowledge, and each of the Settlement Class Members shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

43. The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, will have fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Defendants' Claim (as defined in ¶ 44 below) against Lead Plaintiffs and the other Plaintiffs' Releasees (as defined in ¶ 45 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees.

44. "Released Defendants' Claims" means any and all claims and causes of action of every nature and description, whether arising under federal, state, common, or foreign law, including known claims and Unknown Claims, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants in the Action, except for claims relating to the enforcement of the Settlement.

45. "Plaintiffs' Releasees" means Lead Plaintiffs, Plaintiffs' Counsel, all other plaintiffs in the Action, and all other Settlement Class Members, and their respective current and former parents, affiliates, subsidiaries, officers, directors, agents, successors, predecessors, assigns, assignees, partnerships, partners, trustees, trusts, employees, Immediate Family Members, insurers, reinsurers, and attorneys.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?  WHAT DO I NEED TO DO?

46. To be eligible for a payment from the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation **postmarked (if mailed), or submitted online** at www.JamesRiverSecuritiesLitigation.com **no later than June 25, 2024**.  A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, www.JamesRiverSecuritiesLitigation.com.  You may also request that a Claim Form be mailed to you by calling the Claims Administrator toll-free at 1-877-495-0945 or by emailing the Claims Administrator at info@JamesRiverSecuritiesLitigation.com.  **Please retain all records of your ownership of and transactions in James River common stock, as they will be needed to document your Claim.**  The Parties and Claims Administrator do not have information about your transactions in James River common stock.

47. If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

48. At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

49. Pursuant to the Settlement, Defendants have agreed to cause $30,000,000 in cash (the "Settlement Amount") to be paid into an escrow account.  The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund."  If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members;

(c) any attorneys' fees and Litigation Expenses awarded by the Court; and (d) any other costs or fees approved by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

50. The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal, or review, whether by certiorari or otherwise, has expired.

51. Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation, or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund, or the plan of allocation.

52. Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

53. Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked (or submitted online) on or before June 25, 2024 shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 40 above) against the Defendants' Releasees (as defined in ¶ 41 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

54. Participants in and beneficiaries of any employee retirement and/or benefit plan covered by ERISA ("ERISA Plan") should NOT include any information relating to shares of James River common stock purchased through the ERISA Plan in any Claim Form they submit in this Action. They should include ONLY shares of James River common stock purchased during the Class Period outside of an ERISA Plan. Claims based on any ERISA Plan's purchases of James River common stock during the Class Period may be made by the plan's trustees.

55. The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

56. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

57. Only Settlement Class Members or persons authorized to submit a claim on their behalf will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms. The only security that is included in the Settlement is James River common stock.

58. **Appendix A to this Notice sets forth the Plan of Allocation for allocating the Net Settlement Fund among Authorized Claimants, as proposed by Lead Plaintiffs. At the Settlement Hearing, Lead Plaintiffs will request that the Court approve the Plan of Allocation. The Court may modify the Plan of Allocation, or approve a different plan of allocation, without further notice to the Settlement Class.**

---

**WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING?**
**HOW WILL THE LAWYERS BE PAID?**

---

59. Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 25% of the Settlement Fund. At the same time, Lead Counsel also intend to apply for payment of Litigation Expenses in an amount not to exceed $800,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class, pursuant to the PSLRA. The Court will determine the amount of any award of attorneys' fees or Litigation Expenses. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

60. Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *James River Securities Litigation*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217. The Request for Exclusion must be *received* no later than **May 3, 2024**. You will not be able to exclude yourself from the Settlement Class after that date. Each Request for Exclusion must (i) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (ii) state that such person or entity "requests exclusion from the Settlement Class in *In re James River Group Holdings, Ltd. Securities Litigation*, Case: 3:21-cv-00444-DJN"; (iii) state the number of shares of James River common stock that the person or entity requesting exclusion (A) owned as of the opening of trading on February 22, 2019 and (B) purchased/acquired and/or sold from February 22, 2019 through October 25, 2021, inclusive, as well as the date, number of shares, and prices of each such purchase/acquisition and sale; and (iv) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

61. If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

62. If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

63. Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiffs and Defendants.

## WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?

64. **Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing**.

65. **Please Note**: The date and time of the Settlement Hearing may change without further written notice to the Settlement Class. The Court may decide to allow Settlement Class Members to appear at the hearing by phone, without further written notice to the Settlement Class. **In order to determine whether the date and time of the Settlement Hearing have changed, or whether Settlement Class Members may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.JamesRiverSecuritiesLitigation.com, before making any plans to attend the Settlement Hearing. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the Settlement website, www.JamesRiverSecuritiesLitigation.com. If the Court allows Settlement Class Members to participate in the Settlement Hearing by telephone or video conference, the information for accessing the telephone or video conference will be posted to the Settlement website, www.JamesRiverSecuritiesLitigation.com.**

66. The Settlement Hearing will be held on **May 24, 2024, at 11:00 a.m.**, before the Honorable David J. Novak, in person at the United States District Court for the Eastern District of Virginia, Courtroom 6300 of the Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, 701 East Broad Street, Richmond, VA 23219. At the Settlement Hearing, the Court will consider: (a) whether the proposed Settlement is fair, reasonable, and adequate to the Settlement Class, and should be finally approved; (b) whether a Judgment substantially in the form attached as Exhibit B to the Stipulation should be entered dismissing the Action with prejudice against Defendants; (c) whether the Settlement Class should be certified for purposes of the Settlement; (d) whether the proposed Plan of Allocation for the proceeds of the Settlement is fair and reasonable and should be approved; (e) whether the motion by Lead Counsel for attorneys' fees and Litigation Expenses should be approved; and (f) other matters that may properly be brought before the Court in connection with the Settlement. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead

Counsel's motion for an award of attorneys' fees and Litigation Expenses, and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

67.   Any Settlement Class Member that does not request exclusion may object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.  Objections must be in writing.  You must file any written objection, together with copies of all other papers and briefs supporting the objection, electronically with the Court or by letter mailed to the Clerk's Office at the United States District Court for the Eastern District of Virginia, at the address set forth below **on or before May 3, 2024**.  You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are *received* **on or before May 3, 2024.**

| Clerk's Office | Lead Counsel | Defendants' Counsel |
|---|---|---|
| United States District Court Eastern District of Virginia Clerk of the Court 701 East Broad Street Richmond, VA 23219 | **Bernstein Litowitz Berger & Grossmann LLP** Rebecca Boon Jeremy P. Robinson 1251 Avenue of the Americas 44th Floor New York, NY 10020 **Saxena White P.A.** David R. Kaplan 505 Lomas Santa Fe Drive, Suite 180 Solana Beach, CA 92075 | **Debevoise & Plimpton LLP** Maeve O'Connor Susan Reagan Gittes 66 Hudson Boulevard New York, NY 10001 |

68.   Any objection must include (a) the name of this proceeding, *In re James River Group Holdings, Ltd. Securities Litigation*, Case: 3:21-cv-00444-DJN; (b) the objector's full name, current address, and telephone number; (c) the objector's signature; (d) a statement providing the specific reasons for the objection, including a detailed statement of the specific legal and factual basis for each and every objection and whether the objection applies only to the objector, to a specific subset of the Settlement Class, or to the entire Settlement Class; and (e) documents sufficient to prove membership in the Settlement Class, including documents showing the number of shares of James River common stock that the objecting Settlement Class Member purchased/acquired and/or sold from February 22, 2019 through October 25, 2021, inclusive, as well as the date, number of shares, and prices of each such purchase/acquisition and sale.  The documentation establishing membership in the Settlement Class must consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from the objector's broker containing the transactional and holding information found in a broker confirmation slip or account statement.

69.   You may not object to the Settlement, the Plan of Allocation, or Lead Counsel's motion for attorneys' fees and Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

70.   You may file a written objection without having to appear at the Settlement Hearing.  You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

71.  If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office so that it is *received* **on or before May 3, 2024**.  Such persons may be heard orally at the discretion of the Court.

72.  You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing.  However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court so that the notice is *received* **on or before May 3, 2024**.

73.  The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class, other than a posting of the adjournment on the case website, www.JamesRiverSecuritiesLitigation.com. If you plan to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel.

74.  **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for attorneys' fees**

**and Litigation Expenses.  Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

75.  If you purchased James River common stock from February 22, 2019 through October 25, 2021, inclusive, for the beneficial interest of persons or organizations other than yourself, you must either (a) within seven (7) calendar days of receipt of this Notice, request from the Claims Administrator sufficient copies of the Notice and Claim Form (the "Notice Packet") to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Notice Packets forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to *James River Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173139, Milwaukee, WI 53217.  If you choose the second option, the Claims Administrator will send a copy of the Notice and the Claim Form to the beneficial owners.  Upon full compliance with these directions, such nominees may seek payment of their reasonable expenses actually incurred, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought.  Copies of this Notice and the Claim Form may also be obtained from the website maintained by the Claims Administrator, www.JamesRiverSecuritiesLitigation.com, or by calling the Claims Administrator toll-free at 1-877-495-0945.

## CAN I SEE THE COURT FILE?  WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?

76.  This Notice contains only a summary of the terms of the proposed Settlement.  For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be reviewed by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Eastern District of Virginia, Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, 701 East Broad Street, Richmond, VA 23219.  Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.JamesRiverSecuritiesLitigation.com.

All inquiries concerning this Notice and the Claim Form should be directed to:

*James River Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173139
Milwaukee, WI 53217
877-495-0945
www.JamesRiverSecuritiesLitigation.com

or

| | |
|---|---|
| Rebecca Boon | David R. Kaplan |
| Jeremy P. Robinson | SAXENA WHITE P.A. |
| BERNSTEIN LITOWITZ BERGER | 505 Lomas Santa Fe Drive, Suite 180 |
| & GROSSMANN LLP | Solana Beach, CA 92075 |
| 1251 Avenue of the Americas, 44th Floor | 858-997-0860 |
| New York, NY 10020 | dkaplan@saxenawhite.com |
| 800-380-8496 | |
| settlements@blbglaw.com | |

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: February 26, 2024

By Order of the Court
United States District Court
Eastern District of Virginia

### Appendix A

## PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND

77. As discussed above, the Settlement provides $30,000,000 in cash for the benefit of the Settlement Class. The Settlement Amount and any interest it earns constitute the "Settlement Fund." The Settlement Fund, after deduction of Court-approved attorneys' fees and Litigation Expenses, Notice and Administration Costs, Taxes, and any other fees or expenses approved by the Court, is the "Net Settlement Fund." If the Settlement is approved by the Court, the Net Settlement Fund will be distributed to eligible Authorized Claimants, *i.e.*, members of the Settlement Class who timely submit valid Claim Forms that are accepted for payment by the Court, in accordance with a plan of allocation to be adopted by the Court. Settlement Class Members who do not timely submit valid Claim Forms will not share in the Net Settlement Fund, but will otherwise be bound by the Settlement.

78. The Plan of Allocation (the "Plan") set forth herein is the plan that is being proposed to the Court for approval by Lead Plaintiffs after consultation with their damages expert. The Court may approve the Plan with or without modification, or approve another plan of allocation, without further notice to the Settlement Class. Any Orders regarding a modification to the Plan will be posted to www.JamesRiverSecuritiesLitigation.com. Defendants have had, and will have, no involvement or responsibility for the terms or application of the Plan.

79. The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants who suffered economic losses as a proximate result of the alleged wrongdoing. The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial. Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

80. The Plan of Allocation was created with the assistance of a consulting damages expert and reflects the assumption that Defendants' alleged false and misleading statements and material omissions proximately caused the price of James River common stock to be artificially inflated throughout the Class Period. In calculating the estimated artificial inflation allegedly caused by Defendants' alleged misrepresentations and omissions, Lead Plaintiffs' damages expert considered price changes in James River common stock in reaction to certain public announcements allegedly revealing the truth concerning Defendants' alleged misrepresentations and material omissions, adjusting for price changes that were attributable to market or industry forces.

81. In order to have recoverable damages, the disclosure of the allegedly misrepresented information must be the cause of the decline in the price of James River common stock. In this case, Lead Plaintiffs allege that Defendants made false statements and omitted material facts during the period from February 22, 2019 through October 25, 2021, inclusive, which had the effect of artificially inflating the price of James River common stock. Lead Plaintiffs further allege that corrective information was released to the market on October 8, 2019, November 6, 2019, May 5, 2021, and October 26, 2021, which removed the artificial inflation from the price of James River common stock on October 9, 2019, November 7, 2019, May 6, 2021, and October 26, 2021.

82. Recognized Loss Amounts are based primarily on the difference in the amount of alleged artificial inflation in the prices of James River common stock at the time of purchase or acquisition and at the time of sale, or the difference between the actual purchase price and sale price. Accordingly, in order to have a Recognized Loss Amount under the Plan of Allocation, a Settlement Class Member that purchased or otherwise acquired James River common stock during the Class Period must have held those shares through at least one of the dates where new corrective information was released to the market and partially removed the artificial inflation from the price of James River common stock.

## CALCULATION OF RECOGNIZED LOSS AMOUNT

83. Based on the formula stated below, a "Recognized Loss Amount" will be calculated for each purchase or acquisition of James River common stock during the Class Period that is listed on the Claim Form and for which adequate documentation is provided. If a Recognized Loss Amount calculates to a negative number or zero under the formula below, that Recognized Loss Amount will be zero.[2]

---

[2] Any transactions in James River common stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

84. For each share of James River common stock purchased or otherwise acquired during the Class Period (that is, the period from February 22, 2019 through and including the close of trading on October 25, 2021), and:

    A.  Sold prior to the close of trading on October 8, 2019, the Recognized Loss Amount will be $0.00.

    B.  Sold from October 9, 2019 through and including the close of trading on October 25, 2021, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A below *minus* the amount of artificial inflation per share on the date of sale as stated in Table A below; or (ii) the purchase/acquisition price *minus* the sale price.

    C.  Sold from October 26, 2021 through and including the close of trading on January 21, 2022, the Recognized Loss Amount will be *the least of*: (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A below; (ii) the purchase/acquisition price *minus* the average closing price from October 26, 2021 through the date of sale as stated in Table B below; or (iii) the purchase/acquisition price *minus* the sale price.

    D.  Held as of the close of trading on January 21, 2022, the Recognized Loss Amount will be *the lesser of*: (i) the amount of artificial inflation per share on the date of purchase/acquisition as stated in Table A below, or (ii) the purchase/acquisition price *minus* $28.31.[3]

### ADDITIONAL PROVISIONS

85. **Calculation of Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" will be the sum of his, her, or its Recognized Loss Amounts as calculated under ¶ 84 above.

86. **FIFO Matching:** If a Claimant made more than one purchase/acquisition or sale of James River common stock during the Class Period, all purchases/acquisitions and sales will be matched on a First In, First Out ("FIFO") basis. Class Period sales will be matched first against any holdings at the beginning of the Class Period and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Class Period.

87. **Purchase/Sale Prices:** For the purposes of calculations in ¶ 84 above, "purchase/acquisition price" means the actual price paid, excluding any fees, commissions, and taxes, and "sale price" means the actual amount received, not deducting any fees, commissions, and taxes.

88. **"Purchase/Acquisition/Sale" Dates:** Purchases or acquisitions and sales of James River common stock will be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. The receipt or grant by gift, inheritance, or operation of law of James River common stock during the Class Period will not be deemed a purchase, acquisition, or sale of James River common stock for the calculation of a Claimant's Recognized Loss Amount, nor will the receipt or grant be deemed an assignment of any claim relating to the purchase/acquisition/sale of James River common stock unless (i) the donor or decedent purchased or otherwise acquired or sold such James River common stock during the Class Period; (ii) the instrument of gift or assignment specifically provides that it is intended to transfer such rights; and (iii) no Claim was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to shares of such shares of James River common stock.

89. **Short Sales:** The date of covering a "short sale" is deemed to be the date of purchase or acquisition of the James River common stock. The date of a "short sale" is deemed to be the date of sale of the James River common stock. In accordance with the Plan of Allocation, however, the Recognized Loss Amount on "short sales" and the purchases covering "short sales" is zero.

---

[3] Pursuant to Section 21D(e)(1) of the Exchange Act, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." Consistent with the requirements of the Exchange Act, Recognized Loss Amounts are reduced to an appropriate extent by taking into account the closing prices of James River common stock during the "90-day look-back period," October 26, 2021 through January 21, 2022. The mean (average) closing price for James River common stock during this 90-day look-back period was $28.31.

90.  In the event that a Claimant has an opening short position in James River common stock, the earliest purchases or acquisitions of James River common stock during the Class Period will be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

91.  **Common Stock Purchased/Sold Through the Exercise of Options:** Option contracts are not securities eligible to participate in the Settlement. With respect to James River common stock purchased or sold through the exercise of an option, the purchase/sale date of the common stock is the exercise date of the option and the purchase/sale price is the exercise price of the option.

92.  **Market Gains and Losses:**  The Claims Administrator will determine if the Claimant had a "Market Gain" or a "Market Loss" with respect to his, her, or its overall transactions in James River common stock during the Class Period. For purposes of making this calculation, the Claims Administrator shall determine the difference between (i) the Claimant's Total Purchase Amount[4] and (ii) the sum of the Claimant's Total Sales Proceeds[5] and the Claimant's Holding Value.[6]  If the Claimant's Total Purchase Amount *minus* the sum of the Claimant's Total Sales Proceeds and the Holding Value is a positive number, that number will be the Claimant's Market Loss; if the number is a negative number or zero, that number will be the Claimant's Market Gain.

93.  If a Claimant had a Market Gain with respect to his, her, or its overall transactions in James River common stock during the Class Period, the value of the Claimant's Recognized Claim will be zero, and the Claimant will in any event be bound by the Settlement.  If a Claimant suffered an overall Market Loss with respect to his, her, or its overall transactions in James River common stock during the Class Period but that Market Loss was less than the Claimant's Recognized Claim, then the Claimant's Recognized Claim will be limited to the amount of the Market Loss.

94.  **Determination of Distribution Amount:** The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which will be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.

95.  If an Authorized Claimant's Distribution Amount calculates to less than $10.00, no distribution will be made to that Authorized Claimant.  Those funds will be included in the distribution to Authorized Claimants whose Distribution Amount is $10.00 or more.

96.  After the initial distribution of the Net Settlement Fund, the Claims Administrator will make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks.  To the extent any monies remain in the Net Settlement Fund seven (7) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determine that it is cost-effective to do so, the Claims Administrator will conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution.  Additional re-distributions to Authorized Claimants who have cashed their prior checks may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determine that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective.  At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance will be contributed to one or more non-sectarian, not-for-profit, 501(c)(3) organizations to be selected by Lead Counsel and approved by the Court.

97.  Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, will be conclusive against all Claimants.  No person shall have any claim against Lead Plaintiffs, Plaintiffs' Counsel, Lead

---

[4] The "Total Purchase Amount" is the total amount the Claimant paid (excluding all fees, taxes, and commissions) for all shares of James River common stock purchased or acquired during Class Period.

[5] The Claims Administrator shall match any sales of James River common stock during the Class Period first against the Claimant's opening position in James River common stock (the proceeds of those sales will not be considered for purposes of calculating market gains or losses).  The total amount received (not deducting any fees, taxes and commissions) for sales of the remaining shares of James River common stock sold during the Class Period is the "Total Sales Proceeds."

[6] The Claims Administrator shall ascribe a "Holding Value" of $32.75 to each share of James River common stock purchased or acquired during the Class Period that was still held as of the close of trading on October 25, 2021.

Plaintiffs' damages experts, Lead Plaintiffs' consulting experts, Defendants, Defendants' Counsel, or any of the other Plaintiffs' Releasees or Defendants' Releasees, or the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court.  Lead Plaintiffs, Defendants, and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund; the plan of allocation; the determination, administration, calculation, or payment of any Claim or nonperformance of the Claims Administrator; the payment or withholding of Taxes; or any losses incurred in connection therewith.

**TABLE A**

| Estimated Artificial Inflation in James River Common Stock February 22, 2019 through October 25, 2021 | |
| --- | --- |
| **Date Range** | **Artificial Inflation Per Share** |
| February 22, 2019 – October 8, 2019 | $30.78 |
| October 9, 2019 – November 6, 2019 | $19.75 |
| November 7, 2019 – May 5, 2021 | $19.13 |
| May 6, 2021 – October 25, 2021 | $6.33 |

**TABLE B**

| | | | | | |
|---|---|---|---|---|---|
| **90-Day Look-back Table for James River Common Stock<br>Closing Price and Average Closing Price<br>October 26, 2021 through January 21, 2022** | | | | | |
| **Date** | **Closing Price** | **Average Closing Price from October 26, 2021 through Date Shown** | **Date** | **Closing Price** | **Average Closing Price from October 26, 2021 through Date Shown** |
| 10/26/2021 | $32.75 | $32.75 | 12/9/2021 | $25.97 | $28.96 |
| 10/27/2021 | $32.26 | $32.51 | 12/10/2021 | $24.95 | $28.83 |
| 10/28/2021 | $31.99 | $32.33 | 12/13/2021 | $25.67 | $28.74 |
| 10/29/2021 | $31.95 | $32.24 | 12/14/2021 | $26.04 | $28.66 |
| 11/1/2021 | $32.29 | $32.25 | 12/15/2021 | $26.11 | $28.59 |
| 11/2/2021 | $32.33 | $32.26 | 12/16/2021 | $26.27 | $28.53 |
| 11/3/2021 | $31.66 | $32.18 | 12/17/2021 | $26.67 | $28.48 |
| 11/4/2021 | $30.91 | $32.02 | 12/20/2021 | $26.05 | $28.42 |
| 11/5/2021 | $31.03 | $31.91 | 12/21/2021 | $26.32 | $28.37 |
| 11/8/2021 | $30.48 | $31.77 | 12/22/2021 | $26.46 | $28.32 |
| 11/9/2021 | $29.38 | $31.55 | 12/23/2021 | $27.14 | $28.29 |
| 11/10/2021 | $28.70 | $31.31 | 12/27/2021 | $27.76 | $28.28 |
| 11/11/2021 | $28.18 | $31.07 | 12/28/2021 | $27.72 | $28.27 |
| 11/12/2021 | $29.42 | $30.95 | 12/29/2021 | $28.15 | $28.26 |
| 11/15/2021 | $29.05 | $30.83 | 12/30/2021 | $28.14 | $28.26 |
| 11/16/2021 | $29.49 | $30.74 | 12/31/2021 | $28.81 | $28.27 |
| 11/17/2021 | $29.49 | $30.67 | 1/3/2022 | $28.50 | $28.28 |
| 11/18/2021 | $28.92 | $30.57 | 1/4/2022 | $28.18 | $28.28 |
| 11/19/2021 | $28.94 | $30.49 | 1/5/2022 | $28.15 | $28.27 |
| 11/22/2021 | $28.37 | $30.38 | 1/6/2022 | $28.34 | $28.27 |
| 11/23/2021 | $28.70 | $30.30 | 1/7/2022 | $28.86 | $28.29 |
| 11/24/2021 | $28.58 | $30.22 | 1/10/2022 | $29.47 | $28.31 |
| 11/26/2021 | $27.63 | $30.11 | 1/11/2022 | $28.89 | $28.32 |
| 11/29/2021 | $26.95 | $29.98 | 1/12/2022 | $28.42 | $28.32 |
| 11/30/2021 | $26.44 | $29.84 | 1/13/2022 | $29.08 | $28.33 |
| 12/1/2021 | $25.32 | $29.66 | 1/14/2022 | $29.00 | $28.35 |
| 12/2/2021 | $25.84 | $29.52 | 1/18/2022 | $29.05 | $28.36 |
| 12/3/2021 | $24.80 | $29.35 | 1/19/2022 | $27.91 | $28.35 |
| 12/6/2021 | $25.89 | $29.23 | 1/20/2022 | $27.34 | $28.33 |
| 12/7/2021 | $26.27 | $29.13 | 1/21/2022 | $26.97 | $28.31 |
| 12/8/2021 | $26.58 | $29.05 | | | |

*In re James River Group Holdings, Ltd. Securities Litigation*
**Toll-Free Number:  (877) 495-0945**
**Email:  info@JamesRiverSecuritiesLitigation.com**
**Website:  www.JamesRiverSecuritiesLitigation.com**

# PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by first-class mail to the address below, or submit it online at www.JamesRiverSecuritiesLitigation.com, with supporting documentation, *postmarked* **(if mailed) or received no later than June 25, 2024**.

### Mail to:

*James River Securities Litigation*
**c/o A.B. Data, Ltd.**
**P.O. Box 173139**
**Milwaukee, WI 53217**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the Parties to the Action, or their counsel.  Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| **PART I – CLAIMANT INFORMATION** | **2** |
| **PART II – GENERAL INSTRUCTIONS** | **3** |
| **PART III – SCHEDULE OF TRANSACTIONS IN JAMES RIVER COMMON STOCK (NASDAQ: JRVR, CUSIP: G5005R107)** | **5** |
| **PART IV – RELEASE OF CLAIMS AND SIGNATURE** | **6** |

## PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.  Complete names of all persons and entities must be provided.

Beneficial Owner's Name

First Name

Last Name

Joint Beneficial Owner's Name (*if applicable*)

First Name

Last Name

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

Address (Second line, if needed)

City                                                                 State/Province    Zip Code

Foreign Postal Code (if applicable)                          Foreign Country (if applicable)

Telephone Number (Day)                                       Telephone Number (Evening)

Email Address (email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim):

**Type of Beneficial Owner:**

Specify one of the following:

☐ Individual(s)     ☐ Corporation     ☐ UGMA Custodian     ☐ IRA

☐ Partnership      ☐ Estate          ☐ Trust              ☐ Other (describe:_____)

**PART II – GENERAL INSTRUCTIONS**

1.  It is important that you completely read the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice.  The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court.  The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

2.  By submitting this Claim Form, you will be making a request to share in the proceeds of the Settlement described in the Notice.  If you are not a Settlement Class Member (see the definition of the Settlement Class on page 5 of the Notice), or if you, or someone acting on your behalf, submitted a request for exclusion from the Settlement Class, do not submit a Claim Form. **You may not, directly or indirectly, participate in the Settlement if you are not a Settlement Class Member.**  Thus, if you are excluded from the Settlement Class, any Claim Form that you submit, or that may be submitted on your behalf, will not be accepted.

3.  **Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice or by such other plan of allocation as the Court approves.**

4.  On the Schedule of Transactions in Part III of this Claim Form, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of James River Group Holdings, Ltd. ("James River") common stock (including free transfers and deliveries), whether such transactions resulted in a profit or a loss. **Failure to report all transaction and holding information during the requested time period may result in the rejection of your claim.**

5.  **Please note**:  Only purchases or acquisitions of James River common stock from February 22, 2019 through October 25, 2021, inclusive, are eligible under the Settlement and the proposed Plan of Allocation set forth in the Notice. However, under the "90-day look-back period" (described in the Plan of Allocation), sales of James River common stock during the period from October 26, 2021 through the close of trading on January 21, 2022 will be used for purposes of calculating Recognized Loss Amounts under the Plan of Allocation.  Therefore, in order for the Claims Administrator to be able to balance your claim, the requested purchase information during this period must also be provided.

6.  You are required to submit genuine and sufficient documentation for all of your transactions in and holdings of James River common stock set forth in the Schedule of Transactions in Part III.  Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement.  The Parties and the Claims Administrator do not independently have information about your investments in James River common stock. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OF THE DOCUMENTS OR EQUIVALENT DOCUMENTS FROM YOUR BROKER.  FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM.  DO NOT SEND ORIGINAL DOCUMENTS.

7.  **Please keep a copy of all documents that you send to the Claims Administrator.  Also, do not highlight any portion of the Claim Form or any supporting documents.**

8.  Use Part I of this Claim Form entitled "CLAIMANT INFORMATION" to identify the beneficial owner(s) of James River common stock.  The complete name(s) of the beneficial owner(s) must be entered.  If you held the James River common stock in your own name, you were the beneficial owner as well as the record owner.  If, however, your shares of James River common stock were registered in the name of a third party, such as a nominee or brokerage firm, you were the beneficial owner of these shares, but the third party was the record owner.  The beneficial owner, not the record owner, must sign this Claim Form to be eligible to participate in the Settlement.  If there were joint beneficial owners each must sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

9.  **One Claim should be submitted for each separate legal entity or separately managed account.**  Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, an individual should not combine his or her IRA transactions with transactions made solely in the individual's name).  Generally, a single Claim Form should be submitted

on behalf of one legal entity including all holdings and transactions made by that entity on one Claim Form. However, if a single person or legal entity had multiple accounts that were separately managed, separate Claims may be submitted for each such account. The Claims Administrator reserves the right to request information on all the holdings and transactions in James River common stock made on behalf of a single beneficial owner.

10. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

(a) expressly state the capacity in which they are acting;

(b) identify the name, account number, Social Security Number (or taxpayer identification number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the James River common stock; and

(c) furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

11. By submitting a signed Claim Form, you will be swearing that you:

(a) own(ed) the James River common stock you have listed in the Claim Form; or

(b) are expressly authorized to act on behalf of the owner thereof.

12. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

13. Payments to eligible Authorized Claimants will be made only if the Court approves the Settlement, after any appeals are resolved, and after the completion of all claims processing.

14. **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation, and no distribution will be made to that Authorized Claimant.

15. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, A.B. Data, Ltd., at the above address, by email at info@JamesRiverSecuritiesLitigation.com, or by toll-free phone at (877) 495-0945, or you can visit the website, www.JamesRiverSecuritiesLitigation.com, where copies of the Claim Form and Notice are available for downloading.

16. NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the ***mandatory*** electronic filing requirements and file layout, you may visit the settlement website at www.JamesRiverSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at info@JamesRiverSecuritiesLitigation.com. **Any file not in accordance with the required electronic filing format will be subject to rejection.** The ***complete*** name of the beneficial owner of the securities must be entered where called for (*see* ¶ 8 above). No electronic files will be considered to have been submitted unless the Claims Administrator issues an email confirming receipt of your submission. **Do not assume that your file has been received until you receive that email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@JamesRiverSecuritiesLitigation.com to inquire about your file and confirm it was received.**

### IMPORTANT:  PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL, WITHIN 60 DAYS.  IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CALL THE CLAIMS ADMINISTRATOR TOLL-FREE AT (877) 495-0945.**

**PART III – SCHEDULE OF TRANSACTIONS IN JAMES RIVER COMMON STOCK**

The only eligible security is James River Group Holdings, Ltd. ("James River") common stock (**Ticker: NASDAQ: JRVR, CUSIP: G5005R107**).  Do not include information regarding any other securities.  Please include proper documentation with your Claim Form as described in Part II – General Instructions, ¶ 6, above.

| | | | | Confirm Proof of Position Enclosed |
|---|---|---|---|---|
| **1. HOLDINGS AS OF FEBRUARY 22, 2019 –** State the total number of shares of James River common stock held as of the opening of trading on February 22, 2019.  (Must be documented.)  If none, write "zero" or "0." | | | | ☐ |

**2.  PURCHASES/ACQUISITIONS FROM FEBRUARY 22, 2019 THROUGH OCTOBER 25, 2021** – Separately list each and every purchase or acquisition (including free receipts) of James River common stock from February 22, 2019 through the close of trading on October 25, 2021.  (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding any taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |

**3.  PURCHASES/ACQUISITIONS FROM OCTOBER 26, 2021 THROUGH JANUARY 21, 2022** – State the total number of shares of James River common stock purchased or acquired (including free receipts) from October 26, 2021 through the close of trading on January 21, 2022.  If none, write "zero" or "0."

| | |
|---|---|
| **4.  SALES FROM FEBRUARY 22, 2019 THROUGH JANUARY 21, 2022** – Separately list each and every sale or disposition (including free deliveries) of James River common stock from February 22, 2019 through the close of trading on January 21, 2022.  (Must be documented.) | **IF NONE, CHECK HERE** ☐ |

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (not deducting any taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |
| /    / | | $ | $ | ☐ |

| | Confirm Proof of Position Enclosed |
|---|---|
| **5.  HOLDINGS AS OF JANUARY 21, 2022 –** State the total number of shares of James River common stock held as of the close of trading on January 21, 2022.  (Must be documented.)  If none, write "zero" or "0." | ☐ |

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT.  PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE.  IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.** ☐

## PART IV – RELEASE OF CLAIMS AND SIGNATURE

### YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW
### AND SIGN ON PAGE 7 OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Defendants and the other Defendants' Releasees, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

### CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.      that I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      that the claimant(s) is a (are) Settlement Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Settlement Class as set forth in the Notice;

3.      that the claimant(s) did *not* submit a request for exclusion from the Settlement Class;

4.      that I (we) own(ed) the James River common stock identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5.      that the claimant(s) has (have) not submitted any other claim covering the same purchases of James River common stock and knows (know) of no other person having done so on the claimant's (claimants') behalf;

6.      that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

7.      that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

8.      that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this Claim, and waive(s) any right of appeal or review with respect to such determination;

9.      that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.     that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding.  **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____
Signature of claimant                                                                          Date


_____
Print claimant name here


_____
Signature of joint claimant, if any                                                        Date


_____
Print joint claimant name here


*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*


_____
Signature of person signing on behalf of claimant                             Date


_____
Print name of person signing on behalf of claimant here


_____
Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc.  (Must provide evidence of authority to act on behalf of claimant – see ¶ 10 on page 4 of this Claim Form.)

# REMINDER CHECKLIST

1. Sign the above release and certification.  If this Claim Form is being made on behalf of joint claimants, then both must sign.

2. Attach only *copies* of acceptable supporting documentation as these documents will not be returned to you.

3. Do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days.  Your claim is not deemed filed until you receive an acknowledgement postcard.  **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll-free at (877) 495-0945.**

6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address.  If you change your name, inform the Claims Administrator.

7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@JamesRiverSecuritiesLitigation.com, or by toll-free phone at (877) 495-0945, or you may visit www.JamesRiverSecuritiesLitigation.com.  DO NOT call James River or its counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL OR SUBMITTED ONLINE AT WWW.JAMESRIVERSECURITIESLITIGATION.COM, **POSTMARKED (OR RECEIVED) NO LATER THAN JUNE 25, 2024**.  IF MAILED, THE CLAIM FORM SHOULD BE ADDRESSED AS FOLLOWS:

*James River Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173139
Milwaukee, WI 53217

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before **June 25, 2024**, is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms.  Please be patient and notify the Claims Administrator of any change of address.

# EXHIBIT B

THE WALL STREET JOURNAL.

Monday, March 4, 2024 | B9

# CLOSED-END FUNDS

Listed are the 300 largest closed-end funds as measured by assets. Closed-end funds sell a limited number of shares and invest the proceeds in securities. Unlike open-end funds, closed-ends generally do not buy their shares back from investors who wish to cash in their holdings. Instead, fund shares trade on a stock exchange. **NA** signifies that the information is not available or not applicable. **NS** signifies funds not in existence for the entire period. 12-month yield is computed by dividing income dividends paid (during the previous 12 months for periods ending at month-end or during the previous 52 weeks for periods ending at any time other than month-end) by the latest month-end market price adjusted for capital gains distributions. Depending on the fund category, either 12-month yield or total return is listed.
Source: Lipper

**Friday, March 1, 2024**

| Fund (SYM) | NAV | Close/Disc | 52 wk Prem Ttl |
|---|---|---|---|

### General Equity Funds
Adams Diversified Eq Inc **ADX** 22.40 19.24 −14.1 33.6
Central Secs **CET** 49.35 39.17 −20.6 15.5
CohenStrsCEOppFd **FOF** 11.18 11.30 +1.1 9.1
EVTxAdvDiv Incm **EVT** 25.17 22.80 −9.4 4.1
GabelliDiv&IncTr **GDV** 26.56 22.38 −15.7 10.1
Gabelli Equity Tr **GAB** 5.43 5.52 +1.7 4.4
GeneralAmer **GAM** 54.88 45.23 −17.6 24.5
JHancockTaxAdvDiv **HTD** 20.83 19.19 −7.9 −10.7
Liberty All-Star Equity **USA** 7.00 6.82 −2.6 20.0
Liberty All-Star Growth **ASG** 5.99 5.47 −8.7 11.6
Royce Micro-Cap Tr **RMT** 10.67 9.42 −11.7 8.3
Royce Value Trust **RVT** 16.82 14.76 −12.2 9.9
Source Capital **SOR** 44.74 41.58 −7.1 16.7
Sprott Focus Trust **FUND** 8.68 7.78 −10.4 −5.3
SRH Total Return **STEW** 18.72 14.82 −20.8 21.8
Tri-Continental **TY** 34.16 29.86 −12.6 14.9

### Specialized Equity Funds
abrdn Glb Prem Prop **AWP** 4.08 3.76 −7.8 0.7
abrdn Global Infra Inc **ASGI** 20.08 17.31 −13.8 6.2
Adams Natural Resources **PEO** 25.72 21.52 −16.3 4.3
ASA Gold & Prec Met Ltd **ASA** 16.68 13.58 −18.6 10.1
BR Enh C&I **CII** 20.79 19.70 −5.2 15.1
BlackRock Energy & Res **BGR** 14.38 12.49 −13.1 3.2
BlackRock Eq Enh Div **BDJ** 9.00 8.07 −10.3 −3.0
BlackRock Enh Glbl Div **BOE** 11.99 10.28 −14.3 9.5
BlackRock Enh Intl Div **BGY** 6.20 5.36 −13.5 5.9
BlackRock ESG Cap Alloc Tr **ECAT** 18.81 17.28 −8.1 29.6
BlackRock Hlth Sci Term **BMEZ** 18.77 16.61 −11.5 10.4
BlackRock Hlth Sciences **BME** 44.35 42.47 −4.2 8.3
BlackRock Innov&Gro Term **BIGZ** 9.30 8.11 −12.8 15.0
BlackRock Res & Comm **BCX** 9.95 8.43 −15.3 −12.9
BlackRock Sci&Tech Term **BSTZ** 22.68 18.39 −16.7 15.6
BlackRock Sci&Tech Trust **BST** 37.16 37.25 +0.2 25.9
BlackRock Utl Inf & Pwr **BUI** 21.67 20.94 −3.4 −0.8
CLEARBRIDGE ENGY MDS OPP **EMO** 34.37 36.66 NA 33.1
CLEARBRIDGE MLP&MDSTM TR **CTR** 34.38 36.86 NA 37.7
ClearBridge MLP & Midstm **CEM** NA 42.81 NA 31.6
ChnStrInfrfl **UTF** 22.15 22.25 +0.5 −1.4
Cohen&SteersQualInc **RQI** 12.75 12.01 −5.8 3.6
Cohen Strs Real Est and I **RLTY** 15.92 14.16 −11.1 5.8
Cohen&Steers TotRet **RFI** 11.71 11.87 +1.4 −1.3
CohenStrsREITPrefInc **RNP** 20.70 20.65 −0.2 5.3
Columbia Sel Prm Tech Gr **STK** 30.62 33.88 +10.6 34.8
DNP Select Income **DNP** 7.62 8.83 +15.9 −7.2
Duff&Ph Utl&Infra Inc Fd **DPG** 10.36 9.16 −11.6 26.8
EtnVncEqtyInc **EOI** 18.70 18.19 −2.7 24.8
EtnVncEqtyIncoII **EOS** 21.51 20.34 −5.4 33.5
EVRskMnDvsEqInc **ETJ** 9.12 8.37 −8.2 16.6
EtnVncTMgdBuyWrInc **ETB** 14.75 13.58 −7.9 10.7
EtnVncTxMgdBuyWrtOpp **ETV** 13.81 13.07 −5.4 8.8
EvTxMnDvsEqInc **ETY** 13.90 13.18 −5.2 20.1
EtnVncTxMgdGlbB **ETW** 9.29 8.02 −11.8 12.6
EVTxMnGblDvEqInc **EXG** 9.09 8.08 −11.1 15.5
Ecofin S&S Impact Term **TEAF** NA 11.34 NA 4.5
First Trust Energy Inc G **FEN** 15.95 15.42 −3.3 21.6
First Tr Enhanced Eq **FFA** 19.63 18.78 −4.3 19.6
FirstTrEnergyInfra **FIF** 17.46 16.96 −2.9 23.2
FirstTrMLPEner&Inc **FEI** 9.46 9.14 −3.4 22.1
Gabelli Healthcare **GRX** 12.23 9.96 −18.6 11675
Gab Utility **GUT** 2.74 5.44 +98.5 −5.0
GAMCOGlGld&NatRes **GGN** 3.71 3.73 +0.5 11.3
J Han Finl Opptys **BTO** 28.37 28.46 +0.3 11.3
Neuberger Brm Enrgy I&I **NML** 8.22 7.16 −12.9 15.5
Neuberger Nxt Gen Conn **NBXG** 14.31 11.98 −16.3 16.9
Nuv Dow 30 Dyn Overwrit **DIAX** 16.36 14.60 −11.8 2.9
NuvCorEqAlpha **JCE** NA 13.98 NA 20.2
Nuveen Nasdaq 100 Dyn Ov **QQQX** 26.38 24.21 −8.2 9.9
Nuv Real Est **JRS** 8.77 7.88 −10.1 1.3
Nuv S&P500 Dyn OvFd **SPXX** 17.19 15.57 −9.4 −5.8

| Fund (SYM) | NAV | Close/Disc | 52 wk Prem Ttl |
|---|---|---|---|

NuvS&P500BuyIncFd **BXMX** 14.69 13.29 −9.5 7.3
ReavesUtilityIncome **UTG** 25.92 26.16 +0.9 0.7
Tortoise Enrgy Infra Crp **TYG** NA 29.38 NA 2.5
Tortoise Midstream Enrgy **NTG** NA 36.40 NA 9.7
VDivInt&PremStr **NFJ** 14.52 12.39 −14.7 11.1
V Art Int&Tech Opps **AIO** NA 19.85 NA 26.2

### Income & Preferred Stock Funds
Dividend and Income **BXSY** 19.98 NA NA NA
CalamosStratTot **CSQ** 16.47 15.99 −2.9 21.2
CohenStrsLtdDurPrefSInc **LDP** 20.93 20.08 −4.1 9.8
CohenStrsSelPref&Income **PSF** 20.82 19.66 −5.6 3.1
CohenStrsTaxAvPreSec&I **PTA** 20.38 19.29 −5.3 9.0
First TrIntDurPref&Inc **FPF** 18.74 17.49 −6.7 7.5
JHanPrefInc **HPI** 15.99 16.50 +3.2 8.1
JHPreflnc II **HPF** 15.85 16.57 +4.5 8.0
HnckJPfdInco III **HPS** 14.27 15.09 +5.7 10.0
J Han Prm **PDT** 13.63 14.63 +7.3 −1.7 −2.3
LMP CapInco **SCD** NA 14.28 NA 27.3
Nuveen Pref & Inc Opp **JPC** 7.90 7.15 −9.5 4.8
Nuveen Pref & Inc Term **JPI** 19.49 18.91 −3.0 2.6
Nuveen Var Rate P&I **NPFD** 19.87 17.46 −12.1 4.2
TCW Strat Income **TSI** NA 4.66 NA −1.2

### Convertible Sec's. Funds
AdvntCnvrtbl&IncFd **AVK** 12.47 11.82 −5.2 8.5
CalamosConvHi **CHY** 10.68 11.90 +11.4 7.2
CalamosConvOp **CHI** 10.10 11.08 +9.7 3.0
V Conv & Inc **NCV** NA 3.24 NA −3.7
V Conv & Inc II **NCZ** NA 2.88 NA 0.7
V Div Inc & Conv **ACV** NA 22.36 NA 20.7
V Eqty & Conv Inc **NIE** NA 22.30 NA 2.3

### World Equity Funds
abrdn Emg Mkts Eq Inc **AEF** NA 5.10 NA 3.1
abrdn Glbl Dyn Div **AGD** NA 9.49 NA 7.6
abrdn Tot Dyn Div **AOD** NA 8.14 NA 8.1
Allspring Glb Div Opty **EOD** 5.40 4.58 −15.2 5.8
BlackRock Cap Alloc Term **BCAT** 17.67 15.75 −10.9 16.2
Calamos GloDynInc **CHW** 7.21 6.24 −13.5 11.8
EV TxAdvGlbDivInc **ETG** 20.42 17.96 −12.0 19.2
EtnVncTxAdvOpp **ETO** 27.38 24.79 −9.5 19.3
Gabelli Multimedia **GGT** 3.77 5.74 +52.3 19.2
GDL Fund **GDL** 10.16 7.87 −22.5 4.9
Highland Global Alloc **HGLB** NA 7.79 NA −11.5
India Fund **IFN** NA 20.75 NA −6.7
Japan Smaller Cap **JOF** 9.46 7.93 −16.2 19.2
LazardGlbTotRetInc **LGI** 18.36 16.01 −12.8 10.0
Mexico **MXF** NA 18.12 NA 10.0
Miller/Howard High Inc E **HIE** 10.66 NA NA 6.8
MS ChinaShrFd **CAF** NA 12.39 NA −14.7
MS India **IIF** 28.53 23.41 −17.9 32.8
MS CBRE Gl In Mlg Term **MEGI** 13.99 12.65 −9.6 −2.4
New Germany **GF** NA 8.52 NA −8.3
Nuveen Multi-Asset Inc **NMAI** 13.94 12.17 −12.7 10.3
Nuveen Rl Asst Inc & Gro **JRI** 13.21 11.49 −13.0 4.3
Templeton Dragon **TDF** 9.33 7.86 −15.8 −27.3
Templeton Em Mkt **EMF** 13.55 11.63 −14.5 9.0

| Fund (SYM) | NAV | Close/Disc | Prem 12 Mo Ttl |
|---|---|---|---|

### U.S. Mortgage Bond Funds
BlckRk Income **BKT** 12.34 11.85 −4.0 8.9

### Investment Grade Bond Funds
Angel Oak FS Inc Trm **FINS** 13.77 12.27 −10.9 10.0
BlRck Core Bond **BHK** 10.74 10.51 −2.1 8.5
BR Credit Alloc Inc **BTZ** 11.40 10.67 −6.4 9.4
Insight Select Income **INSI** 17.47 15.76 −9.8 4.9
InvescoBond **VBF** NA 15.59 NA 5.1
J Han Income **JHS** NA 11.02 NA 6.8
MFS Intrmdt **MIN** 2.87 2.71 −5.6 0.0
Western Asset Inf-Lk Inc **WIA** NA 8.56 NA 1.4
Western Asset Inf-Lk O&I **WIW** NA 8.52 NA 10.1
Wstrn Asst IG Def Opp Tr **IGI** NA 17.14 NA 4.7

### Loan Participation Funds
Apollo Senior Floating **AFT** NA 14.44 NA 10.7
BR Debt Strategy **DSU** 10.81 11.02 +2.4 9.99
BR F/R Inc Str **FRA** 13.22 12.85 −2.8 11.0
BlackRock Floating Rt Inc **BGT** 12.87 13.11 +1.9 10.6
Bls SFR 2027 T **BSL** NA 14.26 NA 8.0
BS St Cr 2027 Trm **BGB** 12.74 11.84 −7.1 9.6
EtnVncFltRteInc **EFT** 13.33 12.80 −4.0 11.1
EV SenFlRtTr **EFR** 13.15 12.69 −3.5 12.3
FT/Sr Fltg Rte Inc 2 **FCT** 11.03 10.14 −8.1 12.0
Highland Opp Fy & Income **HFRO** NA 6.53 NA 13.4
InvDYCrOpp:AX **VTA** 11.16 NA NA 8.8
InvSnrIncTr **VVR** NA 4.30 NA 8.6
Nuveen Credit Strat Inc **JQC** 5.93 5.63 −5.1 11.8

| Fund (SYM) | NAV | Close/Disc | 52 wk Prem Ttl |
|---|---|---|---|

### High Yield Bond Funds
NuvFloatRateIncFd **JFR** 9.29 8.69 −6.5 11.1
AllianceBernGlHlncm **AWF** 11.15 10.52 −5.7 7.7
Allspring Income Opty **EAD** 7.28 6.67 −8.4 8.8
Barings Gb SD HY Bd **BGH** 15.61 14.24 −8.8 10.0
BR Corporate HY **HYT** 9.66 9.78 +1.2 9.6
BlackRock Ltd Dur Inc **BLW** 14.03 14.42 +2.8 8.7
Nuveen AMT-Fr Mu Val **NUW** 16.72 15.92 −4.8 3.6
Nuveen AMT-FrQlty MunI **NEA** 12.82 11.01 −14.1 4.1
Nuveen AMT-Fr Mu Cl **NVG** 13.88 11.87 −14.5 4.5
Nuveen Dyn Muni Opp **NDMO** 11.14 10.95 −1.7 6.8
Nuveen Mu Crdt Opps **NMCO** 11.68 10.58 −9.4 5.5
Nuveen Mu Crdt Income **NZF** 13.85 11.98 −13.5 4.6
NuvMuniHiIncOpp **NMZ** 11.28 10.54 −6.6 5.1
Nuveen Muni Val **NUV** NA 8.69 NA 3.9
Nuveen Quality Muni Inc **NAD** 13.23 11.31 −14.5 4.2
Nuveen Sel TF **NXP** NA 14.54 NA 4.0
PIMCO Muni Inc **PMF** 9.61 9.58 −0.3 5.2
PIMCO Muni Inc II **PML** 8.92 8.57 −3.9 5.5
Pimco Muni III **PMX** 8.21 7.51 −8.5 5.2
PioneerHiIncAdv **MAV** 9.24 8.15 −11.8 9.7
PionrMunHincOpprtp **MAV** 12.69 11.00 −13.3 4.6
PioneerMunHiIncm **MHI** 9.98 8.78 −12.0 4.1
Putnam Mgd Inc **PMM** 6.73 6.12 −9.1 4.7
Putnam Prem Inc **PPT** 7.13 7.37 +3.4 4.6
RiverNorth Flx Mu Inc II **RFMZ** 15.62 14.11 −9.7 7.4
RiverNorth Mgd Dur Mun I **RMM** 16.50 15.17 −8.1 7.2
Western Asset Mgd Mun **MMU** NA 10.17 NA 4.4

### Single State Muni Bond
BlackRock CA Muni **BFZ** 11.75 10.10 −14.0 4.3
BR MH CA Qty Fd Inc **MUC** 12.72 11.05 −13.1 4.0
BR MH NJ Qly **MUJ** 13.20 11.50 −12.9 4.2
BR MH NY Qly **MHN** 12.19 10.66 −12.6 4.0
BlackRock Vir Fd Ml Qly **MYF** 13.16 11.41 −13.3 3.9
BR MuniYld NY Qty **MYN** 11.63 10.53 −0.08 3.9
BlackRock NY Mun **BNY** 12.14 10.60 −12.6 4.0
EVCAMuniBd **EVM** 10.45 9.21 −11.9 4.0
Eaton Vance NY Muni Bd **EVN** 10.86 9.90 −8.8 3.8
InvCaValMunInc Tr **VCV** 11.39 9.76 −14.3 4.1
InvPAValMunInc Tr **VPV** NA 10.11 NA 3.5
InvTrInvGrNYMu **VTN** NA 10.54 NA 3.8
Nuveen CA AMT-F Qual MI **NKX** 13.34 11.52 −13.6 4.4
Nuveen CA Val **NCA** NA 8.74 NA 3.9
Nuveen NY AMT/F Qual MI **NRK** 12.84 11.05 −13.9 4.2
NuvNJ Qual MunInc **NXJ** NA 12.05 NA 5.0
Nuveen NY AMT/F Qual MI **NRK** 12.84 11.05 −13.9 4.2
Nuveen NY Qual Inc Mun **NAN** 12.55 10.80 −13.9 4.1
Nuveen PA Qual Mun Inc **NQP** 13.61 11.65 −14.4 5.1
Nuveen VA Qty Mun Inc **NPV** NA 11.00 NA 3.9

| Fund (SYM) | NAV | Close/Disc | 52 wk Prem Ttl |
|---|---|---|---|

### General Equity Funds
First Trust High Income **FHI** NA NA NA −7.9
First Trust Hdg Strat I **A** NA NA NA 3.1
First Trust Hdg Str II **A** NA NA NA −4.4

### Specialized Equity Funds
Accordant ODCE Index:A NA NA NA NA
Accordant ODCE Index:I 9.68 NA NA NA
Accordant ODCE Index:Y 9.69 NA NA NA
ARK Venture 27.69 NA NA NA
Arrow Mark Financial Corp **BANX** NA NA NA NA
CBRE GlbRlEst **IGR** 5.64 −5.3
CIMRA&C:A 23.90 NA NA NA
CIMRA&C:A 23.90 NA NA NA
CIMRA&C:I 23.91 NA NA NA
CIMRA&C:U 23.91 NA NA NA
Forum RE Income:I 9.73 NA NA NA
Private Opps A NA NA NA NA
Private Opps I NA NA NA NA
Private Opps SDR NA NA NA NA
NexPointRlEstStrat:C 17.28 NA NA NA
NexPointRlEstStrat:Z 17.28 NA NA NA
SEI Alternative Income:Y 17.20 NA NA NA
Yieldstreet Alt Inc NA NA NA NA

### High Yield Bond Funds
Apollo Diversified Cd:A NA NA NA NA
Apollo Diversified Cd:I NA NA NA NA
PIMCO Flexible REl:Inst 10.44 NA NA NA
PREDEX:I NA NA NA NA
PREDEX:W NA NA NA NA
Principal Real Asset:A 25.05 NA NA NA
Principal Real Asset:Ins 25.05 NA NA NA
Principal Real Asset:Y 25.05 NA NA NA
Redwood RI Est:I 25.05 NA NA NA

| Fund (SYM) | NAV | Close/Disc | Prem 12 Mo Yld |
|---|---|---|---|

InvescoMuOppTr **VMO** 11.04 9.63 −12.8 4.4
InvescoMuTr **VKQ** NA 9.57 NA 4.5
InvescoQual Inc **IQI** 11.12 9.61 −13.6 4.6
InvTrInvGrMu **VGM** 11.40 9.88 −13.3 4.3
InvescoValMunInc **IIM** 13.55 11.83 −13.0 4.6
MAINSTAY MKDEFTERMMUNIOPP **MMD** 17.30 16.42 −3.7 4.9
NeubrgrBrm **NBH** NA 10.39 NA 4.3
Nuveen AMT-Fr Mu Val **NUW** NA 13.67 NA 3.6
Nuveen AMT-FrQlty MunI **NEA** 12.82 11.01 −14.1 4.1
Nuveen AMT-Fr Mu Cl **NVG** 13.88 11.87 −14.5 4.5
Nuveen Dyn Muni Opp **NDMO** 11.14 10.95 −1.7 6.8
NuvMuniHiIncOpp **NMZ** 11.28 10.54 −6.6 5.1
Nuveen Muni Val **NUV** NA 8.69 NA 3.9
Nuveen Quality Muni Inc **NAD** 13.23 11.31 −14.5 4.2

### Convertible Sec's. Funds
Calmos Dyn Conv and Inc **CCD** 19.50 21.32 +9.3 8.5

### World Equity Funds
Cantor Fitzgerald S1:C NA NA NA NA
Cantor Fitzgerald S1:I NA NA NA NA
Cantor Fitzgerald:U NA NA NA NA
Primark Priv Eq Inv:I 12.73 NA NA 12.9
Sweater Cashmere 21.01 NA NA 2.2
Thornburg Inc Bldr Opps **TBLD** 18.12 15.96 −11.9 12.4
VirtusTotalRetFd **ZTR** NA 5.29 NA NA

| Fund (SYM) | NAV | Close/Disc | 52 wk Prem Ttl |
|---|---|---|---|

The Private Shares;A 39.29 NA NA −4.6
The Private Shares;I 39.95 NA NA −4.4
The Private Shares;L 38.67 NA NA −4.8
Thirdline Real Estatel 10.13 NA NA 6.8
USQ Core Real Estatel 23.58 NA −13.2
USQ Core Real Estate:IS 23.65 NA NA −13.1
Versus Cap MMgr RE Inc:I 25.11 NA NA NE
Versus Capital Real Asst 27.55 NA NA 2.9
Wildermuth:I 7.45 NA NA −37.4

### Income & Preferred Stock Funds
Alpha Alternative Assets 6.25 NA NA 2.6
Calamos L/S Eqty and Dl **CPZ** 17.46 15.08 −13.6 2.5
Carlyle AlpInv Pvt Mkt:A NA NA NA NS
Flat Rock Opportunity 19.34 NA NA 14.7
Lord Abbett Spec Sit I:A 9.27 NA NA 13.4
Lord Abbett Spec Sit I:I 9.27 NA NA 14.2
Variant Altrntv Inc:Inst 28.69 NA NA 9.8
Variant Impact;Instl 28.25 NA NA 12.8

### Convertible Sec's. Funds
ACAP Strategic:A 21.56 NA NA 33.5
ACAP Strategic:W 16.19 NA NA 34.5
CalamosGlbTotRet **CGO** 11.09 9.95 −10.3 19.7

### U.S. Mortgage Bond Funds
Arca US Treasury 9.24 NA NA NA
Ellington Inc Opp:A 9.24 NA NA NA
Ellington Inc Opp:M 9.11 NA NA NA

### Loan Participation Funds
1WS Credit Income;Inst NA NA NA 6.8
1WS Credit Income;Inst NA NA NA 6.8
Axonic Alternative Inc NA NA NA 8.8
AXONIC ALTERNATIVE INC:A NA NA NA NA
Blackstone FR EI:D NA NA NA NA
Blackstone FR EI:I NA NA NA NA
Blackstone FR EI:T NA NA NA NA
Blackstone FR EI:U NA NA NA NA
Bluerock H Inst Crd:A NA NA NA NA
Bluerock H Inst Crd:C NA NA NA NA
Bluerock H Inst Crd:F NA NA NA NA
Bluerock H Inst Crd:I NA NA NA NA
BNYM Alcntr Glb MS Cr Fd 92.25 NA NA NA
CliffwaterCFd:D 9.73 NA NA NA
CliffwaterElFd:I NA NA NA NA
CNR Strategic Credit 7.49 NA NA NA
Flat Rock Core Income NA NA NA NA
Flat Rock Enhanced Inc NA NA NA NA
InvDYCrOpp:A NA NA NA NA
InvDYCrOpp:R6 NA NA NA NA
InvDYCrOpp:Y NA NA NA NA
Invesco Sr Loan A NA NA NA NA
Invesco Sr Loan C NA NA NA NA
Invesco Sr Loan IB NA NA NA NA
Invesco Sr Loan IC NA NA NA NA
Lord Abbett FR Hi Incm:I NA NA NA NA
Lord Abbett FR Hi Inc:I NA NA NA NA
Monachil Credit Income:I NA NA NA NA
Nomura Alt Inc:I NA NA NA NA
OFS Credit Company **OCCI** 7.37 NA NA 8.40
NexPointRlEstStrat:A 17.28 NA NA −7.7
NexPointRlEstStrat:C 17.28 NA NA −8.4

| Fund (SYM) | NAV | Close/Disc | Prem 12 Mo Yld |
|---|---|---|---|

PIMCO Flexible Cr I;A-1 6.97 NA NA 10.5
PIMCO Flexible Cr I;A-2 6.97 NA NA 10.5
PIMCO Flexible Cr I;A-3 6.97 NA NA 10.2
PIMCO Flexible Cr I;A-4 6.97 NA NA 10.2
PIMCO Flexible Cr I;Inst 6.97 NA NA 11.0

### Other Domestic Taxable Bond Funds
AFA Private Credit:Fndr 9.48 NA NA 7.7
AFA Private Credit:Inst 9.50 NA NA 7.7
Alternative Credit Inc:A NA NA NA 7.2
Alternative Credit Inc:C NA NA NA 6.4
Alternative Credit Inc:I NA NA NA 7.4
Alternative Credit Inc:L NA NA NA 6.9
Alternative Credit Inc:W NA NA NA 7.2
Angel Oak Str Crdt:FI 20.90 NA NA 8.1
Angel Oak Str Crdt:Inst 20.89 NA NA 8.1
BR Credit Strat;A 8.62 NA NA 8.0
BR Credit Strat;Inst 8.60 NA NA 8.7
BR Credit Strat;Inst 8.61 NA NA 8.0
BR Credit Strat;U 8.62 NA NA 8.0
CION Ares Dvsfd Crdt;A NA NA NA 8.4
CION Ares Dvsfd Crdt;C NA NA NA 8.6
CION Ares Dvsfd Crdt;I NA NA NA 8.1
CION Ares Dvsfd Crdt;L NA NA NA 7.9
CION Ares Dvsfd Crdt;U2 NA NA NA 7.9
CION Ares Dvsfd Crdt;W NA NA NA 8.1
CNR Select Strategies 14.35 NA NA 0.0
First Eagle Crdt Opps;A 23.63 NA NA 10.4
First Eagle Crdt Opps;A2 23.54 NA NA 10.1
First Eagle Crdt Opps;I 23.49 NA NA 10.9
First Trust Private Cr;A NA NA NA NS
First Trust Private Cr;I NA NA NA NS
Franklin BSP Pvt Cr:A 10.36 NA NA 8.4
Franklin BSP Pvt Cr:Adv 10.37 NA NA 7.2
FS Credit Income;A NA NA NA 8.5
FS Credit Income;I NA NA NA 8.9
FS Credit Income;T NA NA NA 8.2
FS Credit Income;U NA NA NA 8.2
GL Beyond Income 0.39 NA NA 9.0
KKR CREDIT OPPTY;D NA NA NA 8.1
KKR CREDIT OPPTY;I NA NA NA 8.3
KKR CREDIT OPPTY;U NA NA NA 8.3
NIAGARA INCOME OPPORTNTS NA NA NA 9.1

### World Income Funds
BlueBay Destra It| E:A 23.65 NA NA 7.3
BlueBay Destra It| E:I 23.65 NA NA 7.3
BlueBay Destra It| E:L 23.62 NA NA 6.8
BlueBay Destra It| E:T 23.51 NA NA 6.6
Calamos-Aksia ACI:A 10.46 NA NA NA
Calamos-Aksia ACI:C 10.46 NA NA NA
Calamos-Aksia ACI:I 10.46 NA NA NA
Calamos-Aksia ACI:M 10.46 NA NA NA

### National Muni Bond Funds
Ecofin Tax-Exempt Prv Cr 8.40 NA NA 0.0
Lind Cap Pt Mun Crd Inc 8.48 NA NA NA
Nuveen En HY Muni Bd:A2 7.46 NA NA 5.4
Nuveen En HY Muni Bd:I 7.46 NA NA 5.3
Nuveen En HY Muni Bd:I 7.46 NA NA 5.3
Nuveen En HY Muni Bd:I 7.46 NA NA 5.3

### Single State Muni Bond
PIMCO CA FMI:A-1 10.20 NA NA 4.3
PIMCO CA FMI:Inst NA NA NA 4.5

---

## Cash Prices
Friday, March 1, 2024

These prices reflect buying and selling of a variety of actual or "physical" commodities in the marketplace—separate from the futures price on an exchange, which reflects what the commodity might be worth in future months.

| | Friday |
|---|---|

### Energy
Coal,C.Aplc.,12500Btu,1.2SO2-r,w 75.500
Coal,PwdrRvrBsn,8800Btu,0.8SO2-r,w 13.900

### Metals
**Gold, per troy oz**
Engelhard industrial 2053.00
Handy & Harman base 2049.80
Handy & Harman fabricated 2275.28
LBMA Gold Price AM *2032.80
LBMA Gold Price PM *2048.05
Krugerrand,wholesale-e 2171.42
Maple Leaf-e 2192.30
American Eagle-e 2192.30
Mexican peso-e 2525.38
Austria crown-e 2049.56
Austria phil-e 2192.30
**Silver, troy oz.**
Engelhard industrial 22.8000
Handy & Harman base 23.1140
Handy & Harman fabricated 28.8930
LBMA spot price *£17.6600
(U.S.$ equivalent) *22.3400
Coins,wholesale $1,000 face-a 18572
**Other metals**
LBMA Platinum Price PM *887.0
Platinum,Engelhard industrial 875.0
Palladium,Engelhard industrial 946.0
Aluminum, LME, $ per metric ton *2163.0
Copper,Comex spot 3.8550
Iron Ore, 62% Fe CFR China-s *117.1
Steel, HRC USA, FOB Midwest Mill-s *840.0
**Battery/EV metals**
BMI Lithium Carbonate, EXW China, =99.2%-v,w 13275
BMI Lithium Hydroxide, EXW China, =56.5%-v,w 14625
BMI Cobalt sulphate, EXW China, >20.5%-v,m 4413
BMI Nickel Sulphate, EXW China, >22%-v,m 3920
BMI Flake Graphite, FOB China, -100 Mesh, 94-95%-v,m 538

### Fibers and Textiles
Burlap,10-oz,40-inch NY yd-n,w 0.7775
Cotton,1.1/16 std lw-mdMphs-u 0.9282
Cotlook 'A' Index-t *107.00
Hides,hvy native steers piece fob-u n.a.

| | Friday |
|---|---|

Wool,64s,staple,Terr del-u,w n.a.

### Grains and Feeds
Bran,wheat middlings, KC-u,w 80
Corn,No. 2 yellow,Cent IL-bp,u 3.9200
Corn gluten feed,Midwest-u,w 131.2
Corn gluten meal,Midwest-u,w 416.3
Cottonseed meal-u,w 355
Hominy feed,Cent IL-u,w 125
Meat-bonemeal,50% pro Mnpls-u,w 305
Oats,No.2 milling,Mnpls-u 4.3175
Rice, Long Grain Milled, No. 2 AR-u,w 36.25
Sorghum,(Milo) No.2 Gulf-u n.a.
SoybeanMeal,Cent IL,rail,ton48%-u,w 355.50
Soybeans,No.1 yllw IL-bp,u 11.1800
Wheat,Spring14%-pro Mnpls-u 8.2375
Wheat,No.2 soft red,St.Louis-u 5.8375
Wheat - Hard - KC (USDA) $ per bu-u 6.0850
Wheat,No.1soft white,Portld,OR-u 5.9750

### Food
Beef,carcass equiv. index
 choice 1-3,600-900 lbs.-u 286.00
 select 1-3,600-900 lbs.-u 274.46
Broilers, National comp wtd. avg.-u,w 1.2607
Butter,AA Chicago-d 2.7575
Cheddar cheese,bbl,Chicago-d 165.00
Cheddar cheese,blk,Chicago-d 155.00
Milk,Nonfat dry,Chicago lb.-d 1.1875
Coffee,Brazilian,Comp-y 1.8673
Coffee,Colombian, NY-y 2.0767
Eggs,large white,Chicago-u 3.0550
Flour,hard winter KC-p 17.65
Hams,17-20 lbs,Mid-US fob-u 0.85
Hogs,Iowa-So. Minnesota-u 80.68
Pork bellies,12-14 lb MidUS-u n.a.
Pork loins,13-19 lb MidUS-u 1.0847
Steers,Tex.-Okla. Choice-u 183.00
Steers,feeder,Okla. City-u,w 294.50

### Fats and Oils
Degummed corn oil, crude wtd. avg.-u,w n.a.
Grease,choice white,Chicago-h 0.3650
Lard,Chicago-u n.a.
Soybean oil,crude,Cent IL-u,w 0.4489
Tallow,bleach;Chicago-h 0.4213
Tallow,edible,Chicago-u n.a.

KEY TO CODES: A=ask; B=bid; BP=country elevator bids to producers; C=corrected; D=CME; E=Manfra,Tordella & Brookes; H=American Commodities Brokerage Co; K=bi-weekly; M=monthly; N=nominal; n.a.=not quoted or not available; P=Sosland Publishing; R=SNL Energy; S=Platts-TSI; T=Cotlook Limited; U=USDA; V=Benchmark Mineral Intelligence; W=weekly; Y=International Coffee Organization; Z=not quoted. *Data as of 2/29

Source: Dow Jones Market Data

---

## Currencies
U.S.-dollar foreign-exchange rates in late New York trading

| Country/currency | in US$ | Fri per US$ | US$ vs. YTD chg (%) |
|---|---|---|---|
| **Americas** | | | |
| Argentina peso | .0012843.2500 | | 4.3 |
| Brazil real | .2018 4.9548 | | 2.1 |
| Canada dollar | .7372 1.3565 | | 2.4 |
| Chile peso | .001034 966.98 | | 10.5 |
| Colombia peso | .000254 3941.65 | | 1.7 |
| Ecuador US dollar | 1 1 | | unch |
| Mexico peso | .0588 17.0162 | | 0.3 |
| Uruguay peso | .02560 39.0650 | | 0.01 |
| **Asia-Pacific** | | | |
| Australia dollar | .6527 1.5321 | | 4.4 |
| China yuan | .1390 7.1968 | | 1.2 |
| Hong Kong dollar | .1277 7.8283 | | 0.2 |
| India rupee | .01207 82.849 | | −0.4 |
| Indonesia rupiah | .0000636 15725 | | 2.2 |
| Japan yen | .006661 150.13 | | 6.4 |
| Kazakhstan tenge | .002215 451.54 | | −0.8 |
| Macau pataca | .1240 8.0675 | | 0.2 |
| Malaysia ringgit | .2107 4.7455 | | 3.3 |
| New Zealand dollar | .6106 1.6377 | | 3.5 |
| Pakistan rupee | .00358 279.500 | | −0.6 |
| Philippines peso | .0178 56.110 | | 1.3 |
| Singapore dollar | .7439 1.3442 | | 1.9 |
| South Korea won | .0007508 1331.90 | | 2.9 |
| Sri Lanka rupee | .0032431 308.35 | | −4.8 |
| Taiwan dollar | .03167 31.574 | | 2.9 |

| Country/currency | in US$ | Fri per US$ | US$ vs. YTD chg (%) |
|---|---|---|---|
| **Thailand** baht | .02796 35.770 | | 4.0 |
| **Vietnam** dong | .00004056 24655 | | 1.6 |
| **Europe** | | | |
| Czech Rep. koruna | .04276 23.387 | | 4.5 |
| Denmark krone | .1454 6.8789 | | 1.5 |
| Euro area euro | 1.0841 .9225 | | 1.8 |
| Hungary forint | .002750 363.60 | | 4.8 |
| Iceland krona | .007241 138.10 | | 1.5 |
| Norway krone | .0949 10.5413 | | 3.6 |
| Poland zloty | .2510 3.9836 | | 1.2 |
| Sweden krona | .0968 10.3329 | | 2.3 |
| Switzerland franc | 1.1328 .8828 | | 4.9 |
| Turkey lira | .0319 31.3516 | | 6.4 |
| Ukraine hryvnia | .0262 38.1500 | | unch |
| UK pound | 1.2654 .7903 | | 0.6 |
| **Middle East/Africa** | | | |
| Bahrain dinar | 2.6532 .3769 | | −0.01 |
| Egypt pound | .0324 30.8971 | | −0.1 |
| Israel shekel | .2806 3.5634 | | −1.1 |
| Kuwait dinar | 3.2486 .3078 | | 0.2 |
| Oman sul rial | 2.5974 .3850 | | 0.01 |
| Qatar rial | .2747 3.641 | | −0.1 |
| Saudi Arabia riyal | .2666 3.7504 | | 0.01 |
| South Africa rand | .0523 19.1136 | | 4.5 |

| | Close | Net Chg | % Chg | YTD%Chg |
|---|---|---|---|---|
| WSJ Dollar Index | 98.48 | −0.16 −0.17 | | 2.76 |

Sources: Tullett Prebon, Dow Jones Market Data

---

**ADVERTISEMENT**

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

## BUSINESS OPPORTUNITIES

**EXCLUSIVE OPPORTUNITY TO ACQUIRE 5200+/- CONTIGUOUS, UNDEVELOPED ACRES ON THE BLUE RIDGE PARKWAY.**

Located in Jackson County, North Carolina, this unrivaled property has been thoughtfully stewarded by a single family for generations. With elevations ranging from 3000 – to nearly 6000 feet, the property offers spectacular views of the Great Smoky Mountains and has a rich biodiversity including native wildlife, hardwood forests, and 20+miles of perennial streams. The property also contains an extensive road network and has supported an income-producing timber operation.

Additional information is available at:
Blueridgemountains.
landforsale@gmail.com.
Serious inquiries only.

**SEEKING INVESTMENT BANK**
UNDERWRITER for Private Company
BIDBIRD® BONDS
Patent Pending Cargo Transshipment Inventions
- - - Solves - - -
**PANAMA CANAL**
Drought Crisis. Locks Not Used.
bidbird.co/canal  +1 (602) 455-1480



THE WALL STREET JOURNAL.

# THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds

## CLASS ACTION

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

IN RE JAMES RIVER GROUP HOLDINGS, LTD.
SECURITIES LITIGATION

Case: 3:21-cv-00444-DJN

CLASS ACTION

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO:** All persons and entities who purchased or otherwise acquired the common stock of James River Group Holdings, Ltd. ("James River" or the "Company") during the period from February 22, 2019 through October 25, 2021, inclusive (the "Class Period"), and who were damaged thereby (the "Settlement Class")[1]:

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of Virginia (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiffs Employees' Retirement Fund of the City of Fort Worth d/b/a Fort Worth Employees' Retirement Fund and The City of Miami General Employees' & Sanitation Employees' Retirement Trust (together, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class, have reached a proposed settlement of the Action for **$30,000,000** in cash (the "Settlement"). If approved, the Settlement will resolve all claims in the Action.

The Action involves allegations that James River and certain of its senior officers violated federal securities laws. Lead Plaintiffs allege, among other things, that James River and certain of its executives made material misrepresentations and omissions about James River's financial condition and alleged systemic policy of under-reserving for claims during the Class Period in violation of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), and that the executive defendants controlled James River when the misstatements were made, in violation of Section 20(a) of the Exchange Act. Defendants[2] deny all allegations in the Action and deny any violations of the federal securities laws. Issues and defenses at issue in the Action included (i) whether Defendants made materially false statements or omissions; (ii) whether Defendants made the statements with the required state of mind; (iii) whether the alleged misstatements caused class members' losses; and (iv) the amount of damages, if any.

A hearing will be held on **May 24, 2024, at 11:00 a.m.**, before the Honorable David J. Novak of the United States District Court for the Eastern District of Virginia, in person in Courtroom 6300 of the Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, 701 East Broad Street, Richmond, VA 23219 to determine: (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Lead Plaintiffs should be certified as Class Representatives for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (iii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the Notice) should be granted; (iv) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (v) whether Lead Counsel's application for an award of attorneys' fees and expenses should be approved.

If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Net Settlement Fund. If you have not yet received the Notice and the Proof of Claim and Release Form ("Claim Form"), you may obtain copies of these documents by contacting the Claims Administrator at: *James River Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173139, Milwaukee, WI 53217; (877) 495-0945; info@JamesRiverSecuritiesLitigation.com. Copies of the Notice and Claim Form can also be downloaded from the Settlement website, www.JamesRiverSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment from the Settlement, you must submit a Claim Form *postmarked* **(if mailed) or online by no later than June 25, 2024**. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to receive a payment from the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* **no later than May 3, 2024**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to receive a payment from the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* **no later than May 3, 2024**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Office of the Clerk of the Court, Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to the Claims Administrator or Lead Counsel.**

Requests for the Notice and Claim Form should be made to:

*James River Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173139
Milwaukee, WI 53217
(877) 495-0945
info@JamesRiverSecuritiesLitigation.com
www.JamesRiverSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

Rebecca Boon
Jeremy P. Robinson
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
(800) 380-8496
settlements@blbglaw.com

David R. Kaplan
Saxena White P.A.
505 Lomas Santa Fe Drive
Suite 180
Solana Beach, CA 92075
(858) 997-0860
settlements@saxenawhite.com

By Order of the Court

[1] Certain persons and entities are excluded from the Settlement Class by definition, as set forth in the full Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice"), available at www.JamesRiverSecuritiesLitigation.com.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as in the Stipulation and Agreement of Settlement dated December 22, 2023 ("Stipulation"). The Stipulation can be viewed and/or obtained at www.JamesRiverSecuritiesLitigation.com.

© 2024 Dow Jones & Company, Inc. All Rights Reserved.

# EXHIBIT C

# Bernstein Litowitz Berger & Grossmann LLP and Saxena White P.A. Announce Pendency of Class Action And Proposed Settlement For All Persons And Entities Who Purchased or Otherwise Acquired the Common Stock of James River Group Holdings, Ltd., During the Period From February 22, 2019 Through October 25, 2021, Inclusive

NEWS PROVIDED BY

**Bernstein Litowitz Berger & Grossmann LLP and Saxena White, P.A.** →

04 Mar, 2024, 10:00 ET

NEW YORK, March 4, 2024 /PRNewswire/ --

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | |
|---|---|
| IN RE JAMES RIVER GROUP HOLDINGS, LTD. SECURITIES LITIGATION | Case: 3:21-cv-00444-DJN<br><br><br>CLASS ACTION |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION**

**AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND**

**(III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

TO:   All persons and entities who purchased or otherwise acquired the common stock of James River Group Holdings, Ltd. ("James River" or the "Company") during the period from February 22, 2019 through October 25, 2021, inclusive (the "Class Period"), and who were damaged thereby (the "Settlement Class")[1]:

**PLEASE READ THIS NOTICE CAREFULLY.  YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of Virginia (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiffs Employees' Retirement Fund of the City of Fort Worth d/b/a Fort Worth Employees' Retirement Fund and The City of Miami General Employees' & Sanitation Employees' Retirement Trust (together, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class, have reached a proposed settlement of the Action for **$30,000,000** in cash (the "Settlement").  If approved, the Settlement will resolve all claims in the Action.

The Action involves allegations that James River and certain of its senior officers violated federal securities laws.  Lead Plaintiffs allege, among other things, that James River and certain of its executives made material misrepresentations and omissions about James River's financial condition and alleged systemic policy of under-reserving for claims during the Class Period in violation of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), and that the executive defendants controlled James River when the misstatements were made, in violation of Section 20(a) of the Exchange Act.  Defendants[2] deny all allegations in the Action and deny any violations of the federal securities laws.  Issues and defenses at issue in the Action included (i) whether Defendants made materially false statements or omissions; (ii) whether Defendants made the statements with the required state of mind; (iii) whether the alleged misstatements caused class members' losses; and (iv) the amount of damages, if any.

A hearing will be held on **May 24, 2024, at 11:00 a.m.**, before the Honorable David J. Novak of the United States District Court for the Eastern District of Virginia, in person in Courtroom 6300 of the Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, 701 East Broad Street, Richmond, VA 23219 to determine: (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Lead Plaintiffs should be certified as Class Representatives for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (iii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the Notice) should be granted; (iv) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (v) whether Lead Counsel's application for an award of attorneys' fees and expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Net Settlement Fund**.  If you have not yet received the Notice and the Proof of Claim and Release Form ("Claim Form"), you may obtain copies of these documents by contacting the Claims Administrator at:  *James River Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173139, Milwaukee, WI 53217; (877) 495-0945; **info@JamesRiverSecuritiesLitigation.com**.  Copies of the Notice and Claim Form can also be downloaded from the Settlement website, **www.JamesRiverSecuritiesLitigation.com**.

If you are a member of the Settlement Class, in order to be eligible to receive a payment from the Settlement, you must submit a Claim Form **postmarked (if mailed) or online by no later than June 25, 2024**.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to receive a payment from the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is **received no later than May 3, 2024**, in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to receive a payment from the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* **no later than May 3, 2024**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Office of the Clerk of the Court, Defendants, or their counsel regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to the Claims Administrator or Lead Counsel.**

Requests for the Notice and Claim Form should be made to:

*James River Securities Litigation*

c/o A.B. Data, Ltd.

P.O. Box 173139

Milwaukee, WI 53217

(877) 495-0945

info@JamesRiverSecuritiesLitigation.com

www.JamesRiverSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

| | |
|---|---|
| Rebecca Boon | David R. Kaplan |
| Jeremy P. Robinson | Saxena White P.A. |
| Bernstein Litowitz Berger & Grossmann LLP | 505 Lomas Santa Fe Drive |
| 1251 Avenue of the Americas, 44th Floor | Suite 180 |
| New York, NY 10020 | Solana Beach, CA 92075 |
| (800) 380-8496 | (858) 997-0860 |
| settlements@blbglaw.com | settlements@saxenawhite.com |

By Order of the Court

[1] Certain persons and entities are excluded from the Settlement Class by definition, as set forth in the full Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice"), available at **www.JamesRiverSecuritiesLitigation.com**.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as in the Stipulation and Agreement of Settlement dated December 22, 2023 ("Stipulation").  The Stipulation can be viewed and/or obtained at **www.JamesRiverSecuritiesLitigation.com**.

SOURCE Bernstein Litowitz Berger & Grossmann LLP and Saxena White, P.A.