# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE JAMES RIVER GROUP HOLDINGS, LTD. SECURITIES LITIGATION | Case: 3:21-cv-00444-DJN |

**DECLARATION OF ADAM D. WALTER REGARDING**
**DEFENDANT'S NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715(b)**

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury as follows:

1.       I am a Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. I am over 21 years of age and I am not a party to the above-captioned litigation. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.       Pursuant to the Stipulation and Agreement of Settlement Between Lead Plaintiffs and on behalf of the Defendants (the "Stipulation"), notice was required to be served on certain government officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 et seq. ("CAFA") no later than ten (10) calendar days following the December 22, 2023 filing of the Stipulation with the Court.

3.       On December 29, 2023, A.B. Data caused fifty-two (52) CAFA Notices to be sent via the United States Postal Service ("USPS") Priority Mail or Certified Mail (where Priority Mail was not available) to the United States Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, and the Attorneys General of the recognized U.S. Territories. The CAFA Notices included portable media that included all documents and information as required by CAFA. A copy of the CAFA Notice is attached as Exhibit A.

2

4.      As of the date of this declaration, none of the CAFA Notices have been returned to A.B. Data by the USPS as undeliverable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2024.

_____
Adam D. Walter

2

# EXHIBIT A



Class

Action

Administration

December 29, 2023

*VIA USPS PRIORITY MAIL*

Attorney General of the United States
and All State Attorneys General

> Re:   **Notice of Proposed Class Action Settlement in *In re James River Group Holdings, Ltd. Securities Litigation,* Civil No. 3:21-cv-00444-DJN. Pursuant to 28 U.S.C. § 1715**

Dear Sir/Madam:

Pursuant to Section 3 of the Class Action Fairness Act, 28 U.S.C. § 1715, this letter is to notify you of a proposed settlement of the above-captioned federal securities laws class action lawsuit (the "Class Action") currently pending in the United States District Court for the Eastern District of Virginia (the "Court") before the Honorable Judge David J. Novak.   This notice is provided by A.B. Data, Ltd. on behalf of all of the defendants in the Class Action, each of whom deny any wrongdoing or liability, but have decided to settle the Class Action to eliminate the uncertainty, burden, and expense of further protracted litigation.

Enclosed is a CD containing the documents referenced below.

**28 U.S.C. § 1715(b)(1):  A copy of the complaint and any materials filed with the complaint and any amended complaints**

The original Class Action Complaint, filed on July 9, 2021 (ECF No. 1), the Amended Class Action Complaint, filed on November 19, 2021 (ECF No. 41), and the Second Amended Complaint, filed on September 9, 2022 (ECF No. 69) are included on the enclosed CD in the folder labeled "Tab 1."

These documents, as well as all other documents referenced in this letter, are also available on the Internet via the federal government's Pacer service at https://pacer.login.uscourts.gov/csologin/login.jsf. Additional information about Pacer may be found at https://www.pacer.gov/.

CAFA Notice of Proposed Class Action Settlement in                     December 29, 2023
*In Re James River Group Holdings, Ltd. Securities Litigation*

                                                                        Page 2

**28 U.S.C. § 1715(b)(2):  Notice of any scheduled judicial hearing in the class action**

On December 22, 2023, Lead Plaintiffs' in the Class Action filed a motion (the "Preliminary Approval Motion") (ECF No. 114) requesting (i) preliminarily approval of the proposed Settlement; (ii) approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class; and (iii) the scheduling of a hearing to consider final approval of the Settlement and approval of the Plan of Allocation, and Lead Counsel's motion for attorneys' fees and expenses.  The Court has not yet scheduled a hearing on the Preliminary Approval Motion.  The Preliminary Approval Motion, its accompanying exhibits, and the memorandum in support of the Preliminary Approval Motion are included on the enclosed CD in the folder labeled "Tab 2."

If the Court grants preliminary approval, it will also set a second hearing date, several months in the future, to consider whether to grant final approval to the settlement.  That date, once set, will be included in the notice to be mailed to class members (see below).

**28 U.S.C. § 1715(b)(3):  Any proposed notification to class members of (a)  the members' rights to request exclusion from the class action and (b) a proposed settlement of a class action**

A proposed notice to class members (the "Notice") is attached as Exhibit A-1 to the Stipulation and Agreement of Settlement (the "Settlement Agreement") that was filed with the Court on December 22, 2023 (ECF No. 114-1), and a proposed summary notice to class members (the "Summary Notice") is attached as Exhibit A-3 to the Settlement Agreement.  The Notice and Summary Notice are included on the enclosed CD in the folder labeled "Tab 3."

**28 U.S.C. § 1715(b)(4):  Any proposed class action settlement**

A copy of the Settlement Agreement and its accompanying exhibits is included on the enclosed CD in the folder labeled "Tab 4."

**(28 U.S.C. § 1715(b)(5):  Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants**

The parties have entered into a confidential supplemental agreement regarding requests for exclusion, which is referenced in Paragraph 38 of the Settlement Agreement.

**(28 U.S.C. § 1715(b)(6)):  Any final judgment or notice of dismissal**

No final judgment or notice of dismissal has yet been entered in the Class Action. A proposed judgment approving the class settlement is attached as Exhibit B to the Settlement Agreement and is included on the enclosed CD in the folder labeled "Tab 5."

CAFA Notice of Proposed Class Action Settlement in                                    December 29, 2023
*In Re James River Group Holdings, Ltd. Securities Litigation*

Page 3

**28 U.S.C. § 1715(b)(7)): (a) If feasible, the names of the class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to the State's appropriate State official; or (b) if not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement**

As of the date of this CAFA Notice, it is not feasible to provide the names of class members who reside in each state or a reasonable estimate of the number of class members residing in each state, with an estimated proportionate share of the claims of such members to the entire settlement.

**28 U.S.C. § 1715(b)(8):  Any written judicial opinion relating to the materials described under (3) through (6) above.**

There have been no written judicial opinions issued in this action relating to the materials described in 28 U.S.C. §§ 1715(b)(3) through (b)(6).

However, a prior opinion of the Court dated August 28, 2023 (ECF No. 82) denied a motion to dismiss the Second Amended Complaint.  A copy of that opinion is included on the enclosed CD in the folder labeled "Tab 6."

We trust that you find this notice to be appropriate and complete.  If you have any questions about this notice, please do not hesitate to contact me by telephone at (561) 336-1802 or by e-mail at adam.walter@abdata.com.

Very truly yours,

**A.B. Data, Ltd.**

By:_____

Adam D. Walter
Director

Enclosure