# EXHIBIT 8

**EXHIBIT 8**

*In re James River Group Holdings, Ltd. Securities Litigation*
Case No. 3:21-cv-00444-DJN (E.D. Va.)

**BREAKDOWN OF PLAINTIFFS' COUNSEL'S
EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $825.00 |
| Service of Process | $2,044.73 |
| Online Factual Research & Legal Research | $68,367.07 |
| Document Management & Litigation Support | $51,238.44 |
| Telephone | $92.41 |
| Postage & Express Mail | $634.31 |
| Local Transportation | $1,634.03 |
| Copying and Printing | $1,270.04 |
| Out-of-Town Travel | $12,137.29 |
| Working Meals | $2,312.58 |
| Experts & Consultants | $422,722.93 |
| Witness Counsel (HRS&C) | $11,328.00 |
| Court Reporting & Transcripts | $96.00 |
| Mediation | $28,800.63 |
| Press Releases & Marketing | $650.00 |
| Interest Earned in Litigation Fund | ($188.26) |
| **TOTAL:** | **$603,965.20** |