# Exhibit 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| IN RE JAMES RIVER GROUP HOLDINGS, LTD. SECURITIES LITIGATION | Case: 3:21-cv-00444-DJN <br><br> CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING:**
**(A) MAILING OF THE NOTICE AND CLAIM FORM AND**
**(B) REPORT ON OBJECTIONS AND REQUESTS FOR EXCLUSION**

I, ADAM D. WALTER, hereby declare under penalty of perjury as follows:

1.    I am a Client Services Director of the Class Action Administration Company at A.B. Data, Ltd. ("A.B. Data").  Pursuant to the Court's January 26, 2024 Order Preliminarily Approving Settlement and Authorizing Dissemination of Settlement Notice (ECF No. 119) (the "Preliminary Approval Order"), A.B. Data was appointed to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action (the "Action").[1]  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Adam D. Walter Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated April 18, 2024 (ECF No. 126-5) (the "Initial Mailing Declaration").  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated December 22, 2023 (ECF No. 114-1) (the "Stipulation").

**CONTINUED MAILING OF THE NOTICE PACKET**

2.      Since the execution of the Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to additional requests from potential Settlement Class Members and nominees.  As of the date of this Declaration, A.B. Data has mailed a total of 38,759 Notice Packets to potential Settlement Class Members and nominees.  In addition, A.B. Data has re-mailed a total of 715 Notice Packets to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were provided to A.B. Data by the Postal Service.

**TELEPHONE HELPLINE AND WEBSITE**

3.      A.B. Data continues to maintain the toll-free telephone helpline (1-877-495-0945) with an interactive voice response system and live operators during business hours to accommodate any inquiries from potential members of the Settlement Class.

4.      A.B. Data also continues to maintain the dedicated website for the Action (www.JamesRiverSecuritiesLitigation.com) in order to assist Settlement Class Members.  On April 22, 2024, A.B. Data posted to the website copies of the papers filed in support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation and Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses.  A.B. Data will continue to maintain and, as appropriate, update the Settlement website and toll-free telephone helpline until the conclusion of this administration.

**REPORT ON OBJECTIONS AND REQUESTS FOR EXCLUSION**

5.      The Notice informed potential members of the Settlement Class that requests for exclusion from the Settlement Class were to be sent to the Claims Administrator so that they are received no later than May 3, 2024.  The Notice also sets forth the information that must be

included in each request for exclusion.  As of the date of this Declaration, A.B. Data has received one request for exclusion, which was received before May 3, 2024.  The individual requesting exclusion did not provide sufficient details on the timing of his transactions in James River stock to determine whether he suffered any loss due to the alleged fraud; but even assuming that all 50 shares he purchased were damaged, they would represent less than 0.0002% of total damaged shares estimated by Lead Plaintiffs' damages expert.  A copy of the request for exclusion is attached hereto as Exhibit 1.  In the interest of privacy, the request for exclusion has been redacted to remove the requester's street address, email addresses, and telephone numbers.

6.    The Notice also informed potential members of the Settlement Class that they may object to the Settlement, the proposed Plan of Allocation or Lead Plaintiffs' and Lead Counsels' request for attorneys' fees and expenses.  Specifically, the Notice informed potential members of the Settlement Class that, pursuant to the Preliminary Approval Order, any objections must be filed with the Court and served on Lead Counsel and Defendants' Counsel such that that are received no later than May 3, 2024.  As of the date of this Declaration, A.B. Data has not received or been informed of any objection by any Settlement Class Member to any aspect of the Settlement, the Plan of Allocation, or Lead Plaintiffs' and Lead Counsel's request attorneys' fees and expenses.

I declare, under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of May 2024, in Palm Beach Gardens, Florida.

_____
ADAM D. WALTER

3

# EXHIBIT 1

**TO**: James River Securities Litigations
**EXCLUSIONS**: C/o A.B. Datat Ltd.
P.O. Box 173001
Milwaukee, Wisconsin
53217

To Whom it May Concern

My name is Joel Anthony Zrolka. I am writing to request exclusion from the "Settlement Class **In re** James River Group Holdings, Ltd Securities Litigation Case: 3:21-cv-00444-DJN."

Without rummaging through records from a few years ago, I can admit that I purchased and sold approximately 50 shares through TD Ameritrade without brokerage between the dates that are stated in a Class Action claim form that I received in the postage mail. The dates stated "opening of 22 February, 2019 through 25 October, 2021. I have no claimant desire to file lawsuit against JRVR: CUSIP G5005R107 James River Group Holdings Insurance.

I have no desire to rummage through bank statements to locate the exact dates of purchase or sale and, request that any lawsuit; complaint; settlement etc. that was reserved, made, filed, reputed, reported etc. be withdrawn from the pending Class Action Claim ("Settlemen Class In re James River Group Holdings, Ltd Securities Litigation Case: 3:21-cv-00444-DJN.") in reference to the following contact (Self- POC) for this request for exclusion:

Joel Anthony Zrolka

Mcallen, Texas
78504
Cell: 
Home/Fax: 

My lack of desire to rummage for dates of purchase and sales is in addition, motivated by my lack of desire to be coerced to request for exclusion from the litigation in regards to Settlement Class **In re** James River Group Holdings, Ltd Securities Litigation Case: 3:21-cv-00444-DJN." Thank you.

Sincerely,

Joel Anthony Zrolka



McAllen, Texas
78504
Cell: 
Home/Fax

Joel Anthony Zrolka

McAllen, Texas 78504

MCALLEN TX 785

02 APR 2024 PM 1 T

James River Securities Litigation
EXCLUSIONS: C/o AB Data, Ltd.
P.O. Box 173001
Milwaukee, Wisconsin
53217

5921788012