# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE NEUSTAR, INC. SECURITIES LITIGATION | Case No. 14-CV-00885 |

**ORDER AUTHORIZING DISTRIBUTION OF NET
SETTLEMENT FUND TO AUTHORIZED CLAIMANTS AND RELATED RELIEF**

**THIS MATTER** having come before the Court on the motion of Lead Plaintiff Indiana Public Retirement System for authorization to distribute the Net Settlement Fund; the Settlement having reached its Effective Date; and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated as of July 28, 2015 (the "Settlement Agreement, ECF No. 48-2).

2. The administrative recommendations of A.B. Data, Ltd. ("A.B. Data" or "Claims Administrator"), the Court-appointed Claims Administrator, to accept the Proof of Claim and Release forms ("Proofs of Claim"), including the late but otherwise eligible Proofs of Claim, listed in Exhibits D and E to the Declaration of Adam D. Walter on Behalf of A.B. Data, Ltd. in Support of Lead Plaintiff's Motion for Authorization to Distribute Net Settlement Fund, dated December 12, 2107 ("A.B. Data Declaration" or "A.B. Data Decl."), are hereby APPROVED.

3. As determined by the Claims Administrator, wholly rejected or otherwise ineligible Proofs of Claim are hereby REJECTED.

4.  The distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with the Settlement Agreement, the Court-approved Plan of Allocation, and the distribution plan for payment of the Net Settlement Fund set forth in paragraph 40 of the A.B. Data Declaration, which is hereby APPROVED.

5.  No Proofs of Claim received or adjusted after October 22, 2017 will be eligible for payment for any reason, subject only to the provision of paragraph 40(d) of the Distribution Plan.

6.  A payment in the amount of $39,381.81 from the Settlement Fund for A.B. Data's estimate of its fees and expenses to be incurred in connection with the initial distribution of the Net Settlement Fund is hereby AUTHORIZED.  If the incurred fees and expenses for the initial distribution are lower than the estimate, the Claims Administrator shall promptly reimburse the Net Settlement Fund.

7.  The administration of the Settlement and the proposed distribution of the Net Settlement Fund comply with the terms of the Settlement Agreement and the Plan of Allocation.

8.  The Claims Administrator is authorized to destroy paper copies of the Proofs of Claim and all supporting documents one year after the initial distribution of the Net Settlement Fund, and to destroy electronic copies of the same one year after all funds have been distributed.

9.  The Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate.

**IT IS SO ORDERED.**

Dated: _Dec. 18, 2017_

Honorable Claude M. Hilton
United States District Judge

3